American States Insurance Company
American Economy Insurance Company

Dear Policyholder:

We are very pleased to be your insurance company and hope our service will exceed your expectations.

Several hundred agents represent the American States property, casualty and life companies servicing our business in Illinois. These fine professional insurance men and women share our concern for good service and stand ready to answer any question or problem you may have relating to your insurance coverage with one of our companies.

The American States Insurance Company is also willing to be of service. Feel free to contact our Indianapolis Region or the Department of Insurance. The addresses are shown below:

American States Insurance Companies
Joe Ricigliano, Commercial Insurance
Indianapolis, IN 46204

Department of Insurance
Public Service Division
320 West Washington Street
Springfield, Illinois 62767

Again, we and your agent appreciate the opportunity to provide insurance service to you.

_____

(6-97)

**AMERICAN STATES INSURANCE COMPANY**
INDIANAPOLIS, INDIANA

CURRY ICE & COAL OF
CARLINVILLE, INC.
RR 2 BOX 50
CARLINVILLE, IL 62626

POLICY NUMBER 01-CE-430322-10

AGENT: LEE/O'KEEFE INSURANCE AGY, INC
2501 CHATHAM RD, STE 100
P O BOX 13080
SPRINGFIELD, IL 62791
12-27449            (217) 528-5679

## NOTICE OF NONRENEWAL

The policy will expire and all liability cease on 09-04-99 at the hour on which this policy became effective. No further notice will be sent.

The company will terminate this policy on the date above for the following reason(s):
YOUR INSURANCE NO LONGER MEET COMPANY'S UNDERWRITING GUIDELINES. THEREFORE, COMPANY IS EXERCISING ITS OPTION TO NONRENEW COVERAGE. LOSS INFORMATION IS AVAILABLE UPON REQUEST.

*[handwritten: Loss info forwarded 6/17]*

165 (04-84)  INDIANAPOLIS    25 (15419) COMPANY COPY                PREPARED 06-14-99

```
                    AMERICAN STATES INSURANCE COMPANY          PAGE  01
                           INDIANAPOLIS, INDIANA
**************************************
*          POLICY CHANGE             *
*       EFFECTIVE: 09-04-98          *              POLICY NUMBER: 01-CE-430322-1
**************************************

NAMED   : CURRY ICE & COAL OF            AGENT: LEE/O'KEEFE INSURANCE AGY, INC
INSURED   CARLINVILLE, INC.                     2501 CHATHAM RD, STE 100
MAILING  RR 2 BOX 50                            P O BOX 13080
ADDRESS: CARLINVILLE, IL 62626                  SPRINGFIELD, IL 62791
                                                12-47449         (226)
                                                (217) 528-5679
         SEE NAMED INSURED EXTENSION

POLICY PERIOD:   FROM 09-04-98 TO 09-04-99

*****************************************************************************
*                                                                           *
*  THE CHANGE IN YOUR POLICY RESULTS IN NO CHANGE IN PREMIUM.               *
*                                                                           *
*  ADDING MCS-90 ENDORSEMENT                                                *
*                                                                           *
*****************************************************************************
```

9-CM(01-86) INDIANAPOLIS          (15419)   COMPANY COPY          PREPARED 05-19-99

**American States Insurance**
A SAFECO Company

**NAMED INSURED EXTENSION**
AMERICAN STATES INSURANCE COMPANY
INDIANAPOLIS, INDIANA

PAGE 2

POLICY NUMBER: 01-CE-430322-1

The following is a complete list of the named insureds:

CURRY ICE & COAL OF CARLINVILLE, INC.
CURRY ICE & COAL OF ILLIOPOLIS, INC.
CURRY ICE & COAL OF OTTAWA, INC.
CURRY ICE & COAL OF PERRYSVILLE, INC.
CURRY ICE & COAL OF PEORIA, INC.
CURRY ICE & COAL OF SPRINGFIELD, INC.

POLICY CHANGE EXTENSI
EFFECTIVE: 09/04/98                                                  PAGE  02

NAMED INSURED:  CURRY ICE & COAL OF           POLICY NUMBER: 01-CE-430322-1

**************************
* COMMERCIAL AUTO *
**************************

THE FOLLOWING HAS BEEN CHANGED

ITEM TWO — SCHEDULE OF COVERAGES AND COVERED AUTOS

| COVERAGES | LIMIT OF INSURANCE | DEDUCTIBLE | COVERED AUTO SYMBOL | PREMIUM |
|---|---|---|---|---|
| LIABILITY | $ 1,000,000 | | 1 | $     165.00 |
| | | | ENDORSEMENT PREMIUM | $850,552.00 |

THE FOLLOWING FORMS HAVE BEEN ADDED
    MCS-90(0190)

9-CM(01 86) INDIANAPOLIS            (15419)                PREPARED 05-19-99