**American States Insurance** — A SAFECO Company

MCS-90 (1-90)

# ENDORSEMENT FOR MOTOR CARRIER POLICIES OF INSURANCE FOR PUBLIC LIABILITY UNDER SECTIONS 29 and 30 OF THE MOTOR CARRIER ACT OF 1980

**DEFINITIONS AS USED IN THIS ENDORSEMENT**

**ACCIDENT** includes continuous or repeated exposure to conditions which results in bodily injury, property damage, or environmental damage which the insured neither expected nor intended.

**MOTOR VEHICLE** means a land vehicle, machine, truck, tractor, trailer, or semitrailer propelled or drawn by mechanical power and used on a highway for transporting property, or any combination thereof.

**BODILY INJURY** means injury to the body, sickness, or disease to any person, including death resulting from any of these.

**ENVIRONMENTAL RESTORATION** means restitution for the loss, damage, or destruction of natural resources arising out of the accidental discharge, dispersal, release or escape into or upon the land, atmosphere, watercourse, or body of water, of any commodity transported by a motor carrier. This shall include the cost of removal and the cost of necessary measures taken to minimize or mitigate damage to human health, the natural environment, fish, shellfish, and wildlife.

**PROPERTY DAMAGE** means damage to or loss of use of tangible property.

**PUBLIC LIABILITY** means liability for bodily injury, property damage, and environmental restoration.

The insurance policy to which this endorsement is attached provides automobile liability insurance and is amended to assure compliance by the insured, within the limits stated herein, as a motor carrier of property, with Sections 29 and 30 of the Motor Carrier Act of 1980 and the rules and regulations of the Federal Highway Administration (FHWA) and the Interstate Commerce Commission (ICC).

In consideration of the premium stated in the policy to which this endorsement is attached, the insurer (the company) agrees to pay, within the limits of liability described herein, any final judgment recovered against the insured for public liability resulting from negligence in the operation, maintenance or use of motor vehicles subject to the financial responsibility requirements of Sections 29 and 30 of the Motor Carrier Act of 1980 regardless of whether or not each motor vehicle is specifically described in the policy and whether or not such negligence occurs on any route or in any territory authorized to be served by the insured or elsewhere. Such insurance as is afforded, for public liability, does not apply to injury to or death of the insured's employees while engaged in the course of their employment, or property transported by the insured,

designated as cargo. It is understood and agreed that no condition, provision, stipulation, or limitation contained in the policy, this endorsement, or any other endorsement thereon, or violation thereof, shall relieve the company from liability or from the payment of any final judgment, within the limits of liability herein described, irrespective of the financial condition, insolvency or bankruptcy of the insured. However, all terms, conditions, and limitations in the policy to which the endorsement is attached shall remain in full force and effect as binding between the insured and the company. The insured agrees to reimburse the company for any payment made by the company on account of any accident, claim, or suit involving a breach of the terms of the policy, and for any payment that the company would not have been obligated to make under the provisions of the policy except for the agreement contained in this endorsement.

It is further understood and agreed that, upon failure of the company to pay any final judgment recovered against the insured as provided herein, the judgment creditor may maintain an action in any court of competent jurisdiction against the company to compel such payment.

The limits of the company's liability for the amounts prescribed in this endorsement apply separately to each accident and any payment under the policy because of any one accident shall not operate to reduce the liability of the company for the payment of final judgments resulting from any other accident.

The policy to which this endorsement is attached provides primary or excess insurance, as indicated by "[X]", for the limits shown:

[X] This insurance is primary and the company shall not be liable for amounts in excess of $1000000 for each accident.

[ ] This insurance is excess and the company shall not be liable for amounts in excess of $ _____ for each accident in excess of the underlying limit of $ _____ for each accident.

Whenever required by the Federal Highway Administration (FHWA) or the ICC the company agrees to furnish the FHWA or the ICC a duplicate of said policy and all its endorsements. The company also agrees, upon telephone request by an authorized representative of the FHWA or the ICC, to verify that the policy is in force as of a particular date. The telephone number to call is: 317--26-2-77



MCS-90
(1-  )

Cancellation of this endorsement may be effected by the company or the insured by giving (1) thirty-five (35) days notice in writing to the other party (said 35 days notice to commence from the date the notice is mailed, proof of mailing shall be sufficient proof of notice), and (2) if the insured is subject to the ICC's jurisdiction, by providing thirty (30) days notice to the ICC (said 30 days notice to commence from the date notice is received by the ICC at its office in Washington, D.C.).

Issued to CURRY COAL & ICE
Dated at INDPLS
Amending Policy No. 01CE4303221    Effective Date 09-04-98
Name of Insurance Company    AMERICAN STATES INSURANCE COMPANY

Countersigned by _____
Authorized Company Representative

The Motor Carrier Act of 1980 requires limits of financial responsibility according to type of carriage and commodity transported by the motor carrier. It is the MOTOR CARRIER'S obligation to obtain the required limits of financial responsibility.

**THE SCHEDULE OF LIMITS SHOWN BELOW DOES NOT PROVIDE COVERAGE.**

The limits shown in this schedule are for information purposes only.

### SCHEDULE OF LIMITS
### Public Liability

| *Type of Carriage | Commodity Transported | Minimum Insurance |
|---|---|---|
| (1) For-hire (In interstate or foreign commerce). | Property (nonhazardous). | $750,000 |
| (2) For-hire and Private (In interstate, foreign or intrastate commerce). | Hazardous substances, as defined in 49 CFR 171.8; liquefied compressed gas, or compressed gas; transported in cargo tanks, portable tanks, or hopper-type vehicles with capacities in excess of 3,500 water gallons; or in bulk (any quantity) Class A or B explosives or poison gas; or large quantity radioactive materials as defined in 49 CFR 173.403. | $5,000,000 |
| (3) For-hire and Private (In interstate or foreign commerce: in any quantity) or (In intrastate commerce: in bulk only). | Oil listed in 49 CFR 172.101; hazardous waste, hazardous materials and hazardous substances defined in 49 CFR 171.8 and listed in 49 CFR 172.101, but not mentioned in (2) above or (4) below. | $1,000,000 |
| (4) For-hire and Private (In interstate or foreign commerce). | Any quantity of Class A or B explosives; any quantity of poison gas; or large quantity radioactive materials as defined in 49 CFR 173.403. | $5,000,000 |

*NOTE: The type of carriage listed under numbers (1), (2) and (3) apply to vehicles with a gross vehicle weight rating of 10,000 pounds or more. The type of carriage listed under number (4) applies to all vehicles with a gross vehicle weight rating of less than 10,000 pounds.

AMERICAN STATES INSURANCE COMPANY          PAGE 01
INDIANAPOLIS, INDIANA

```
*******************************
*       POLICY CHANGE         *                    POLICY NUMBER:  01-CE-430322-1
*    EFFECTIVE: 09-14-98      *
*******************************
```

NAMED     CURRY ICE & COAL OF            AGENT:  LEE/O'KEEFE INSURANCE AGY, INC
INSURED   CARLINVILLE, INC.                      2501 CHATHAM RD, STE 100
MAILING   RR 2 BOX 50                            P O BOX 13080
ADDRESS:  CARLINVILLE, IL 62626                  SPRINGFIELD, IL 62791
                                                 12-47449        (226)
                                                 (217) 528-5679

          SEE NAMED INSURED EXTENSION

POLICY PERIOD:   FROM 09-04-98 TO 09-04-99

```
************************************************************************
*                                                                       *
*   THE CHANGE IN YOUR POLICY RESULTS IN NO CHANGE IN PREMIUM.          *
*   ADDING ADDITIONAL INSURED ENDORSEMENT FORM CG2010.                  *
*                                                                       *
************************************************************************
```

**American States Insurance**
A SAFECO Company

**NAMED INSURED EXTENSION**
**AMERICAN STATES INSURANCE COMPANY**
**INDIANAPOLIS, INDIANA**

PAGE 2

POLICY NUMBER: 01-CE-430322-1

The following is a complete list of the named insureds:

CURRY ICE & COAL OF CARLINVILLE, INC.
CURRY ICE & COAL OF ILLIOPOLIS, INC.
CURRY ICE & COAL OF OTTAWA, INC.
CURRY ICE & COAL OF PERRYSVILLE, INC.
CURRY ICE & COAL OF PEORIA, INC.
CURRY ICE & COAL OF SPRINGFIELD, INC.

```
POLICY CHANGE EXTENSION                                            PAGE  02
EFFECTIVE: 09/14/98

NAMED INSURED:   CURRY ICE & COAL OF          POLICY NUMBER: 01-CE-430322-1

*********************
*GENERAL LIABILITY*
*********************

THE FOLLOWING FORMS HAVE BEEN ADDED OR CHANGED

CG2010(0397)
```



9-CM(01-86) GREAT LAKES REGION    (15419)                PREPARED 11-04-98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**American States Insurance**
A SAFECO Company

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

CG 20 10 05 97

COMMERCIAL GENERAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of Person or Organization:**

FIRSTAR EQUIPMENT FINANCE CORP.
6000 CLEARWATER
MINNETONKA, MN 55343

CENTRAL ILLINOIS LIGHT COMPANY
RISK MANAGEMENT SERVICES
300 LIBERTY STREET
PEORIA, IL 61602

HERZOG CONTRACTING CORP.
ATTN: DAVE MOONEY
PO BOX 1089, ST JOSEPH, MO 64507

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of your ongoing operations performed for that insured.

Copyright, Insurance Services Office, Inc., 1996                Page 1 of 1

C-CG-04-PRINTGS 0162 0507 K