E-FILED
Thursday, 23 December, 2004  12:43:44 PM
Clerk, U.S. District Court, ILCD



## IN THE CIRCUIT COURT OF SEVENTH JUDICIAL CIRCUIT
## SANGAMON COUNTY, ILLINOIS

| | |
|---|---|
| AMERICAN STORES PROPERTIES, INC., a Delaware corporation,<br><br>    Plaintiff,<br>vs.<br><br>DEARBORN CONSTRUCTION, INC., an Idaho corporation, and PERRY BROUGHTEN TRUCKING & EXCAVATING, INC., a Delaware corporation,<br><br>    Defendants. | No. 2002-L-0147<br><br>Judge Graves<br><br>**\*IMPORTANT**<br>THIS SUBPOENA WILL NOT NECESSITATE YOUR PERSONAL APPEARANCE IF YOU SIGN THE ENCLOSED STATEMENT AND SUBMIT ALL THE REQUESTED DOCUMENTS BY THE DUE DATE INDICATED IN THE SUBPOENA<br>**FOR INFORMATION CALL**<br>(801) 534-7270 |

### SUBPOENA FOR DEPOSITION DUCES TECUM

**To:**   CURRY OFFICE SUPPLY, INC
         RR 2, BOX 50
         CARLINVILLE, ILLINOIS, 62626

YOU ARE COMMANDED to appear to give your discovery deposition\* before a notary public at Menges & Molzahn, L.L.C., 20 North Clark, Suite 2300, Chicago, Illinois on April 23, 2004 at 9:00 a.m.

YOU ARE COMMANDED ALSO to bring the following in your possession or control:

1. Documents which mention, refer to or concern the hauling and/or sale of flyash, ash, bottom ash and/or scrubber sludge for use as structural fill and/or the chemical treatment of fill at the Osco Drug Store located at MacArthur Boulevard and Outer Park Road in Springfield, Illinois.

2. Documents which mention, refer to or concern the "ash" referred to on the Freight Bill attached hereto as Exhibit "A."

635948v2

3. Documents which mention, refer to or concern the sale and/or delivery by Curry Office Supply, Inc., Curry Ice & Coal, Inc., and/or Curry Ice & Coal of Carlinville, Inc., (collectively, "Curry") of the "ash" referred to in the Freight Bill attached hereto as Exhibit "A."

4. Documents which mention, refer to or concern the hauling, sale and/or delivery by Curry of flyash, ash, bottom ash and/or scrubber sludge for or to Perry Broughten Trucking & Excavating, Inc., ("Broughten") during May 1998.

5. Documents which mention, refer to or concern the source, method of collection, method of processing and/or storage, chemical composition, physical properties, or uses of flyash, ash, bottom ash and/or scrubber sludge hauled, sold and/or delivered by Curry for or to Broughten during May 1998.

YOUR FAILURE TO APPEAR IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.

4/1/04

Clerk of Court

(Seal of Court)

**CRAIG R. MARIGER**
Jones Waldo Holbrook & McDonough PC
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
Telephone: (801) 521-3200
Facsimile: (801) 328-0537

**STEVEN P. ROUSE**
**PAUL PORVAZNIK**
Menges & Molzahn, L.L.C.
20 North Clark, Suite 2300
Chicago, IL 60602
Telephone: (312) 917-1880
Facsimile: (312) 917-1851

635948v2



| CORPORATE HEADQUARTERS<br>CRM READY-MIX COMPANIES<br>CURRY ICE & COAL COMPANIES<br>21149 Route 4<br>Carlinville, IL 62626<br>Phone: (217) 854-3101<br>Fax: (217) 854-2740<br><br>CURRY ICE & COAL COMPANIES<br>CENTRAL DISPATCH<br>Phone: (217) 854-3101<br>(800) 525-8988<br>Fax: (217) 854-2740<br>Pager: (800) 602-4550 |  | CURRY ICE & COAL COMPANIES<br>LIPPOLD & ARNETT<br>RECRUITING OFFICE<br>1302 S. Broad St.<br>Carlinville, IL 62626<br>Phone: (217) 854-2508<br>Fax: (217) 854-2742<br>(800) 252-8848<br><br>SCHWEND'S E-MIX<br>CENTRAL DISPATCH<br>405 West Main St.<br>Highland, IL 62249<br>Phone: (800) 551-3649<br>Fax: (618) 654-1926 |
|---|---|---|

May 5, 2004

Mr. Paul Porvaznik
Menges & Molzahn, L.L.C.
20 North Clark, Suite 2300
Chicago, Illinois 60602



Re: Subpoena for Deposition Duces Tecum

Dear Mr. Porvaznik:

In confirmation of our telephone conversation of earlier today, please find the enclosed documents provided in accordance with the above-referenced subpoena relative to the American Stores Properties, Inc. vs. Dearborn Construction, Inc. and Perry Broughton Trucking and Excavating, Inc. litigation.

The enclosed information represents any and all documents that our company has in its possession regarding this matter.

Should you have questions or require any additional information in regard to this matter, please contact me at (217) 854-3101, extension 238.

Respectfully submitted,

Bruce Garner
Chief Operating Officer

 

ATTORNEYS & COUNSELORS
EST. 1875

TEL: 801-521-3200
FAX: 801-328-0537

170 SOUTH MAIN ST, SUITE 1500
SALT LAKE CITY, UTAH 84101

WWW.JONESWALDO.COM

June 2, 2004

**Via Fax Transmission and U.S. Mail**

Bruce Garner
Chief Operating Officer
The Curry Companies
21149 Route 4
Carlinville, IL 62626

    Re:    American Stores Properties, Inc., et al. v. Dearborn Construction, Inc., et al.
           Depositions of Tracy Heath and Scott Roberts

Dear Mr. Garner:

    Thank you for your agreement to cooperate with us in obtaining brief deposition testimony from Tracy Heath and Scott Roberts, current employees of The Curry Companies ("Curry"), regarding documents produced by Curry in response to a Subpoena for Deposition Duces Tecum previously served in the above-described litigation. Enclosed with your letter of May 5, 2004 to Mr. Paul Porvaznik were Truck Bills responsive to the Subpoena completed by Curry drivers, including Mr. Heath and Mr. Roberts. I have communicated to you my interest in obtaining brief testimony from Mr. Heath and Mr. Roberts regarding their preparation of the Truck Bills and their recollections, if any, of the haulage of ash to the Springfield, Illinois Osco Drug Store site at MacArthur Boulevard and Otter Park Drive in May, 1998. At your suggestion, I telephoned Ralph Clark and verified that 4:30 p.m. would be the most convenient time for these depositions. I do not expect the depositions to be longer than 30 minutes per deposition.

    Pursuant to our telephone conversation and my telephone conversation with Mr. Clark, I have noticed the depositions for 4:30 p.m. on June 8, 2004 at your offices in Carlinville, Illinois. I understand that the drivers complete their deliveries sometime between 4:00 p.m. and 5:00 p.m., and that the depositions may not commence promptly at 4:30 p.m. It is my understanding that Mr. Heath and Mr. Roberts will appear for the depositions voluntarily and without service of a Subpoena. I have agreed to provide to each witness a witness fee in the statutory amount. It is my understanding that you will make available to us a conference room for the taking of these depositions at your facility in Carlinville, Illinois. If any instructions are necessary for us to locate the proper office building where the deposition will occur, please provide this information to me and I will provide it to other counsel.

646325v1

June 2, 2004
Page 2

    I have enclosed a copy of the Notices of Deposition for your file. Thank you again for your cooperation.

                Very truly yours,

                JONES WALDO HOLBROOK & McDONOUGH PC

                Craig R. Mariger

CRM:ms
Encls.
cc:    Christian Ambler, Esq.
        William Knapp, Esq.
        Ralph Clark
        Daniel S. Day, Esq.