**E-FILED**
Monday, 27 December, 2004  09:07:12 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Central | DISTRICT OF | Illinois |
|---|---|---|

AMERICAN STATES INSURANCE COMPANY,
　　　PLAINTIFF
VS.
CURRY ICE & COAL, INC., ET AL
　　　DEFENDANTS

**APPEARANCE**

Case Number: 04-3276

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

AMERICAN STATES INSURANCE COMPANY

**FILED**

DEC 2 0 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I certify that I am admitted to practice in this court.

| 12 17 04 | | |
|---|---|---|
| Date | | Signature |
| | | GREGORY G. VACALA | 6184543 |
| | | Print Name | Bar Number |

10 S. RIVERSIDE PLAZA, SUITE 1530
Address

| | | 60606 |
|---|---|---|
| CHICAGO | IL | |
| City | State | Zip Code |
| (312) 454-5298 | | (312) 454-6166 |
| Phone Number | | Fax Number |