E-FILED
Thursday, 17 February, 2005  03:48:43 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT

__CENTRAL__     DISTRICT OF     __ILLINOIS__

SPRINGFIELD DIVISION

AMERICAN STATES INSURANCE COMPANY,         **APPEARANCE**
Plaintiff

vs.

CURRY ICE & COAL, INC., et al,          Case No: 04 cv 03276-JES-BGC

Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

**AMERICAN STORES PROPERTIES, INC.**

I certify that I am admitted to practice in this court.

FILED
FEB 1 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

__February 14, 2005__                    _/s/ Steven P. Rouse_
Date                                      Signature

Steven P. Rouse            6189672
Print Name                 Bar Number

20 North Clark Street, Suite 2300
Address

Chicago        Illinois       60602
City           State          Zip Code

312-917-1880                  312-917-1851
Phone Number                  Fax Number