UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> CURRY ICE & COAL, INC.; DEARBORN ) </br> CONSTRUCTION, INC., an Idaho corporation; ) </br> PERRY BOUGHTON TRUCKING & ) </br> EXCAVATING, INC., a Delaware corporation ) </br> ARCHER DANIELS MIDLAND COMPANY; ) </br> and AMERICAN STORES PROPERTIES, INC., ) </br> a Delaware corporation, ) </br> ) </br> Defendants. ) | No.: 04 cv 03276-JES-BGC </br></br> FILED </br> FEB 1 6 2005 </br> JOHN M. WATERS, Clerk </br> U.S. DISTRICT COURT </br> CENTRAL DISTRICT OF ILLINOIS |

The undersigned, counsel of record for AMERICAN STORES PROPERTIES, INC., furnishes the following in compliance with Rule 11.3 of this court.

(1) The full name of every party or amicus the undersigned attorney represents in this case is:

**AMERICAN STORES PROPERTIES, INC.**

(2) AMERICAN STORES PROPERTIES, INC. is a publicly held company.

(a) AMERICAN STORES PROPERTIES, INC.'S is wholly owned by its parent corporation:

**AMERICAN FOOD AND DRUG, INC.**

(b) The list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of AMERICAN FOOD AND DRUG, INC. is:

**AMERICAN STORES COMPANY, LLC,** which is wholly owned by
**ALBERTSON'S, INC.**

1

(3) The name of all law firms, and their partners or associates, who are expected to appear on behalf of AMERICAN STORES PROPERTIES, INC. in this case are as follows:

MENGES & MOLZAHN, LLC.
20 North Clark, Suite 2300
Chicago, Illinois 60602
312-917-1880
312-917-1851 (facsimile)

| | | | |
|---|---|---|---|
| (a) Steven P. Rouse, Partner | Lead Attorney | ARDC # 6189672 |
| (b) Randall G. Talan, Parnter | Trial Attorney | ARDC# 2794470 |
| (c) Thomas R. Schutt | Trial Attorney | ARDC#6183368 |

AMERICAN STORES PROPERTIES, INC.

Dated this 14th day of February, 2005    By: _____
Steven P. Rouse
ARDC # 6189672
One of Its Attorneys

MENGES & MOLZAHN, LLC
20 North Clark Street
Suite 2300
Chicago, IL 60602-5002
Ph: 312/917-1880
Fax: 312/917-1851