**E-FILED**

Thursday, 17 February, 2005  04:08:47 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

*FILED*

*JOHN M. WATERS, Clerk*
*U.S. DISTRICT COURT*
*CENTRAL DISTRICT OF ILLINOIS*
*FEB 1 6 2005*

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CURRY ICE & COAL, INC.; DEARBORN ) | No.: 04 cv 03276-JES-BGC |
| CONSTRUCTION, INC., an Idaho corporation; ) | |
| PERRY BOUGHTON TRUCKING & ) | |
| EXCAVATING, INC., a Delaware corporation ) | |
| ARCHER DANIELS MIDLAND COMPANY; ) | |
| and AMERICAN STORES PROPERTIES, INC., ) | |
| a Delaware corporation, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

> **TO:   GREGORY G VACALA**
> **JAMES C BARROW**
> **RUSIN, MACIORWSKI & FRIEDMAN, LTD**
> **10 South Riverside Plaza, Suite 1530**
> **Chicago, Illinois  60606**

**PLEASE TAKE NOTICE** that on the _____ *15th* day of _____ **February** , **2005**, there was filed with the Clerk of the United States District Court for the Central District of Illinois, Springfield Division, located at 600 East Monroe, 151 Federal Bldg., Springfield, Illinois  62701, Defendant AMERICAN STORE PROPERTIES, INC.'s **Appearance** and **Certificate of Interest**, copies of which are hereto attached and served upon you.

AMERICAN STORES PROPERTIES, INC.

By:_____
Steven P. Rouse,  ARDC # 6189672
One of Its Attorneys

MENGES & MOLZAHN, LLC
20 North Clark Street
Suite 2300
Chicago, IL 60602-5002
Ph:  312/917-1880
Fax:  312/917-1851

1

## CERTIFICATE OF SERVICE

I, Steven P. Rouse, an attorney hereby certify that I served the foregoing Appearance, Certificate of Interest and Notice of Filing same by mailing a copy to counsel of record listed above and depositing the same, postage prepaid, in the U.S. Mail at 20 North Clark Street, Chicago, Illinois 60602 on the ___15th___ day of February, 2005.

Subscribed and sworn to before me
this ___15th___ day of February , 2005.

OFFICIAL SEAL
GREGORY F KELLY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/05/07

MENGES & MOLZAHN, LLC
20 North Clark Street
Suite 2300
Chicago, IL 60602-5002
Ph: 312/917-1880
Fax: 312/917-1851

2