UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
FEB 1 6 2005
JOHN M. WATERS, Clerk
U S DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CURRY ICE & COAL, INC.; DEARBORN ) <br> CONSTRUCTION, INC., an Idaho corporation; ) <br> PERRY BOUGHTON TRUCKING & ) <br> EXCAVATING, INC., a Delaware corporation ) <br> ARCHER DANIELS MIDLAND COMPANY; ) <br> and AMERICAN STORES PROPERTIES, INC., ) <br> a Delaware corporation, ) <br> ) <br> Defendants. ) | No.: 04 cv 03276-JES-BGC |

**MOTION OF DEFENDANT AMERICAN STORES PROPERTIES, INC. TO
DISMISS PURSUANT TO RULE 12(b)(1)**

NOW COMES the Defendant, AMERICAN STORES PROPERTIES, INC., by its attorney, STEVEN P. ROUSE of MENGES & MOLZAHN, LLC, and pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, moves this Court to dismiss plaintiff's Complaint for lack of subject matter jursidiction, and in support thereof, states as follows:

1.  That on December 20, 2004, the date of filing of this action, both the plaintiff and the defendant CURRY ICE & COAL, INC., were citizens of the State of Illinois, wherein this district is located, as more fully appears from the face of the Complaint for Declaratory Judgment, in particular paragraphs 1 and 2 contained therein; and that by reason thereof there is a lack of diversity of citizenship between the parties. A copy of the Complaint for Declaratory Judgment is hereby attached as Exhibit A. The exhibits thereto are excluded due to their volume.

2.  That in the alternative and without prejudice to any other defenses set forth herein, the Complaint for Declaratory Judgment fails to aver the citizenship of the Plaintiff and the citizenship of all other necessary parties defendant contained therein, in particular DEARBORN CONSTRUCTION, INC., PERRY BROUGTHON TRUCKING & EXCAVATING, INC., ARCHER DANIELS MIDLAND COMPANY, and AMERICAN STORES PROPERTIES, INC.; and that by reason thereof there is a lack of diversity of citizenship between the parties.

3.  That in the alternative and without prejudice to any other defenses set forth herein, the Complaint for Declaratory Judgment fails to aver the grounds upon which the court's jurisdiction depends as is required by Federal Rule of Civil Procedure 8(a)(1); and that by reason thereof there is a lack of sufficient showing of this court having subject matter jurisdiction based upon diversity of citizenship between the parties.

4.  That in the alternative and without prejudice to any other defenses set forth herein, the Complaint for Declaratory Judgment fails to aver the basis for the filing of the Complaint for Declaratory Judgment in the Springfield Division of the United States District Court for the Central District of Illinois as is required by the General and Civil Rules of the Unites States District Court for the Central District of Illinois 40.1; and that by reason thereof there is a lack of sufficient showing of this court having proper jurisdiction.

WHEREFORE, for the reasons aforesaid, Defendant, AMERICAN STORES PROPERTIES, INC. respectfully requests this Court to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction.

|  |  |
|---|---|
|  | AMERICAN STORES PROPERTIES, INC. |
| Dated this 14th day of February, 2005 | By: *[signature]* Steven P. Rouse<br>ARDC # 6189672<br>One of Its Attorneys |

MENGES & MOLZAHN, LLC
20 North Clark Street
Suite 2300
Chicago, IL 60602-5002
Ph: 312/917-1880
Fax: 312/917-1851