UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CURRY ICE & COAL, INC.; DEARBORN ) <br> CONSTRUCTION, INC., an Idaho corporation; ) <br> PERRY BOUGHTON TRUCKING & ) <br> EXCAVATING, INC., a Delaware corporation ) <br> ARCHER DANIELS MIDLAND COMPANY; ) <br> and AMERICAN STORES PROPERTIES, INC., ) <br> a Delaware corporation, ) <br> ) <br> Defendants. ) | No.: 04 cv 03276-JES-BGC <br><br> **FILED** <br> FEB 1 6 2005 <br> JOHN M. WATERS, Clerk <br> U.S. DISTRICT COURT <br> CENTRAL DISTRICT OF ILLINOIS |

NOTICE OF MOTION

TO:   GREGORY G VACALA
      JAMES C BARROW
      RUSIN, MACIORWSKI & FRIEDMAN, LTD
      10 South Riverside Plaza, Suite 1530
      Chicago, Illinois  60606

PLEASE TAKE NOTICE that on the __15th__ day of __February__, 2005, there was filed with the Clerk of the United States District Court for the Central District of Illinois, Springfield Division, located at 600 East Monroe, 151 Federal Bldg., Springfield, Illinois 62701, **MOTION OF DEFENDANT AMERICAN STORES PROPERTIES, INC TO DISMISS PURSUANT TO RULE 12(b)(1)**, a copy of which is hereto attached and served upon you, and for which a briefing and hearing date is requested thereon.

AMERICAN STORES PROPERTIES, INC.

By: _/s/ Steven P. Rouse_
Steven P. Rouse,  ARDC # 6189672
One of Its Attorneys
MENGES & MOLZAHN, LLC
20 North Clark Street
Suite 2300
Chicago, IL 60602-5002
Ph: 312/917-1880   Fax: 312/917-1851

1

## CERTIFICATE OF SERVICE

I, Steven P. Rouse, an attorney hereby certify that I served the foregoing **MOTION OF DEFENDANT AMERICAN STORES PROPERTIES, INC TO DISMISS PURSUANT TO RULE 12(b)(1)** and **NOTICE OF MOTION** for the same by mailing a copy to counsel of record listed above and depositing the same, postage prepaid, in the U.S. Mail at 20 North Clark Street, Chicago, Illinois 60602 on the ____15th____ day of February, 2005.

_____

Subscribed and sworn to before me
this _____ day of February____, 2005.

_/s/ Gregory F. Kelly_
MENGES & MOLZAHN, LLC
20 North Clark Street
Suite 2300
Chicago, IL 60602-5002
Ph: 312/917-1880
Fax: 312/917-1851

OFFICIAL SEAL
GREGORY F KELLY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES