E-FILED
Monday, 07 March, 2005 03:03:51 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 04-3276 |
| ) | |
| CURRY ICE & COAL, INC.; DEARBORN ) | |
| CONSTRUCTION, INC., an Idaho corporation; ) | |
| PERRY BROUGHTON TRUCKING & ) | |
| EXCAVATING, INC., a Delaware corporation ) | |
| ARCHER DANIELS MIDLAND COMPANY; ) | |
| and AMERICAN STORES PROPERTIES, INC., ) | |
| a Delaware corporation, ) | |
| ) | |
| Defendants. ) | |

FILED
MAR 0 4 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF TIME**
(All Emphasis Added)

NOW COMES Plaintiff, AMERCIAN STATES INSURANCE COMPANY, by Gregory G. Vacala and Rusin Maciorowski & Friedman, Ltd., its attorneys and moves the court for an emergency extension of time for fourteen (14) days to and including March 17, 2005 in which to respond to the motion of AMERICAN STORES PROPERTIES, INC. which Plaintiff did not know existed until this morning, and in support thereof states as follows:

1. That early this morning before 7:00 a.m., Gregory G. Vacala was "browsing" the PACER site to determine whether any of the defendants had filed a Waiver of Service of Summons.

2. At that time and for the first time Gregory G. Vacala noticed that a Motion to Dismiss had been filed by AMERICAN STORES on or about February 16, 2005.

3. That this was the first notice of the filing of said motion, a copy of which is printed from the PACER web site is attached hereto and incorporated herein as "Exhibit A."

4. That AMERICAN STATES INSURANCE COMPANY wishes fourteen (14) days to and including March 17, 2005 in which to respond to said motion.

5. That a copy of Gregory G. Vacala's fax and e-mail to the attorneys for AMERICAN STORES sent early this morning is attached hereto and incorporated herein as "Exhibit B."

Respectfully submitted,

By: _____
Gregory G. Vacala
One of the Attorneys for:
Plaintiff, AMERICAN STATES INSURANCE COMPANY

Gregory G. Vacala #6184543
James C. Barrow #6269376
RUSIN MACIOROWSKI & FRIEDMAN, LTD.
10 South Riverside Plaza
Suite 1530
Chicago, Illinois 60606
Tel: (312) 454-5110
Fax: (312) 454-6166
00295147.DOC