E-FILED
Monday, 07 March, 2005 01:09:34 PM
E-FILED
Thursday, 17 February, 2005 04:02:34 PM
Clerk, U.S. District Court, ILCD
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
FEB 1 6 2005
JOHN M. WATERS, Clerk
U.S DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 04 cv 03276-JES-BGC |
| ) | |
| CURRY ICE & COAL, INC.; DEARBORN ) | |
| CONSTRUCTION, INC., an Idaho corporation; ) | |
| PERRY BOUGHTON TRUCKING & ) | |
| EXCAVATING, INC., a Delaware corporation ) | |
| ARCHER DANIELS MIDLAND COMPANY; ) | |
| and AMERICAN STORES PROPERTIES, INC., ) | |
| a Delaware corporation, ) | |
| ) | |
| Defendants. ) | |

### MOTION OF DEFENDANT AMERICAN STORES PROPERTIES, INC. TO DISMISS PURSUANT TO RULE 12(b)(1)

NOW COMES the Defendant, AMERICAN STORES PROPERTIES, INC., by its attorney, STEVEN P. ROUSE of MENGES & MOLZAHN, LLC, and pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, moves this Court to dismiss plaintiff's Complaint for lack of subject matter jursidiction, and in support thereof, states as follows:

1. That on December 20, 2004, the date of filing of this action, both the plaintiff and the defendant CURRY ICE & COAL, INC., were citizens of the State of Illinois, wherein this district is located, as more fully appears from the face of the Complaint for Declaratory Judgment, in particular paragraphs 1 and 2 contained therein; and that by reason thereof there is a lack of diversity of citizenship between the parties. A copy of the Complaint for Declaratory Judgment is hereby attached as Exhibit A. The exhibits thereto are excluded due to their volume.


EXHIBIT A

1

2. That in the alternative and without prejudice to any other defenses set forth herein, the Complaint for Declaratory Judgment fails to aver the citizenship of the Plaintiff and the citizenship of all other necessary parties defendant contained therein, in particular DEARBORN CONSTRUCTION, INC., PERRY BROUGTHON TRUCKING & EXCAVATING, INC., ARCHER DANIELS MIDLAND COMPANY, and AMERICAN STORES PROPERTIES, INC.; and that by reason thereof there is a lack of diversity of citizenship between the parties.

3. That in the alternative and without prejudice to any other defenses set forth herein, the Complaint for Declaratory Judgment fails to aver the grounds upon which the court's jurisdiction depends as is required by Federal Rule of Civil Procedure 8(a)(1); and that by reason thereof there is a lack of sufficient showing of this court having subject matter jurisdiction based upon diversity of citizenship between the parties.

4. That in the alternative and without prejudice to any other defenses set forth herein, the Complaint for Declaratory Judgment fails to aver the basis for the filing of the Complaint for Declaratory Judgment in the Springfield Division of the United States District Court for the Central District of Illinois as is required by the General and Civil Rules of the Unites States District Court for the Central District of Illinois 40.1; and that by reason thereof there is a lack of sufficient showing of this court having proper jurisdiction.

WHEREFORE, for the reasons aforesaid, Defendant, AMERICAN STORES PROPERTIES, INC. respectfully requests this Court to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction.

                                             AMERICAN STORES PROPERTIES, INC.

Dated this 14th day of February, 2005        By: _____/s/ Steven P. Rouse_____
                                             Steven P. Rouse
                                             ARDC # 6189672
                                             One of Its Attorneys


                                             MENGES & MOLZAHN, LLC
                                             20 North Clark Street
                                             Suite 2300
                                             Chicago, IL 60602-5002
                                             Ph: 312/917-1880
                                             Fax: 312/917-1851

# Rusin | Maciorowski | Friedman
### ATTORNEYS AT LAW

WWW.RUSINLAW.COM

| | | |
|---|---|---|
| 10 SOUTH RIVERSIDE PLAZA<br>SUITE 1530<br>CHICAGO, ILLINOIS 60606-3802<br>(312) 454-5110 · FAX (312) 454-6166 | 2506 GALEN DRIVE<br>SUITE 104<br>CHAMPAIGN, ILLINOIS 61821-7047<br>(217) 351-1700 · FAX (217) 351-1732 | 239 SOUTH LEWIS LANE<br>SUITE A<br>CARBONDALE, ILLINOIS 62901-3443<br>(618) 351-8100 · FAX (618) 351-8109 |

## FAX COVER SHEET

FAX NUMBER TRANSMITTED TO: 917 - ~~1880~~ 1851

To: STEVEN ROUSE / Menges

From: GREG VACULA

Subject: Am States v. Curry 04-3276

Date: 3 MAR 05

| DOCUMENT | NUMBER OF PAGES |
|---|---|
| | |
| | |
| | |
| | |
| **Total Number of Pages Including Cover Sheet** | 1 |

COMMENTS:

Briefing Order Today.

NEVER Received e or hard copies of your Motion Filed 2-16.

GREG VACULA

### CONFIDENTIALITY NOTICE

THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE DESIGNATED RECIPIENT NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

*COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY.

EXHIBIT B

# Vacala, Greg

| | |
|---|---|
| **From:** | Vacala, Greg |
| **Sent:** | Thursday, March 03, 2005 7:55 AM |
| **To:** | 'spr@menges.com' |
| **Cc:** | Vacala, Greg; Barrow, James; Wong, Anita M.; Novak, Char |
| **Subject:** | American States v Curry 04-3276 |
| **Importance:** | High |

Steve-
Browsing PACER today to check for return of Waivers.
Saw for the first time your Motion filed 2-16-05.
Never received from the Court or you electronically; nor, hard copy.
Please advise.
Greg 3-3-05

Gregory G. Vacala
Managing Partner-Civil Litigation Department
Rusin Maciorowski & Friedman
10 S Riverside Plz #1530
Chicago, Illinois 60606
voice-312-454-5298
fax-   312-454-6166
cell-  630-561-5790

3/3/2005