E-FILED
Monday, 07 March, 2005  03:13:33 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AMERICAN STATES INSURANCE COMPANY, )
)
                              Plaintiff,    )
                                            )
            v.                              )        No.: 04-3276
                                            )
CURRY ICE & COAL, INC.; DEARBORN            )
CONSTRUCTION, INC., an Idaho corporation;   )
PERRY BROUGHTON TRUCKING &                  )
EXCAVATING, INC., a Delaware corporation    )
ARCHER DANIELS MIDLAND COMPANY;             )
and AMERICAN STORES PROPERTIES, INC.,       )
 a Delaware corporation,                    )
                                            )
                              Defendants.    )

FILED

MAR 0 4 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## EMERGENCY NOTICE OF MOTION

**TO:    ATTORNEYS OF RECORD ON ATTACHED SERVICE LIST**

         On _____ at _____ .m. or as soon thereafter as counsel may be
heard, I shall appear before the **Honorable Judge John M. Waters, U.S. District Court,
Central District of Illinois**, Chicago, Illinois and then and there present **PLAINTIFF'S
EMERGENCY MOTION FOR EXTENSION OF TIME**, a copy of which is attached hereto
and served upon you.


         By: _____

                Gregory G. Vacala
                One of the Attorneys for:
                Plaintiff, AMERICAN STATES INSURANCE
                COMPANY


Gregory G. Vacala #6184543
James C. Barrow #6269376
RUSIN MACIOROWSKI & FRIEDMAN, LTD.
10 South Riverside Plaza
Suite 1530
Chicago, Illinois  60606
Tel: (312) 454-5110
Fax: (312) 454-6166
00295150.DOC

## **CERTIFICATE OF SERVICE**

The undersigned, a non-attorney, hereby certifies pursuant to Section 1-109 of the Code of Civil Procedure that he/she served a copy of the foregoing document on all counsel of record by faxing/mailing same first class postage prepaid on the 3rd day of March, 2005.

Vester T. Holman, Jr.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

AMERICAN STATES INSURANCE COMPANY, )
                                   )
                    Plaintiff,     )
                                   )
v.                                 )          No.: 04-3276
                                   )
CURRY ICE & COAL, INC.; DEARBORN   )
CONSTRUCTION, INC., an Idaho corporation; )
PERRY BROUGHTON TRUCKING &         )
EXCAVATING, INC., a Delaware corporation )
ARCHER DANIELS MIDLAND COMPANY;    )
and AMERICAN STORES PROPERTIES, INC., )
a Delaware corporation,            )
                                   )
                    Defendants.    )

## SERVICE LIST

Steven P. Rouse
Randy Talan
*MENGES & MOLZAHN, LLC*
20 North Clark Street
Suite 2300
Chicago, Illinois 60602-5002
Tel: 312-917-1880
Fax: 312-917-1851

00295152.DOC