

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CURRY ICE & COAL, INC.; DEARBORN ) <br> CONSTRUCTION, INC., an Idaho corporation; ) <br> PERRY BROUGHTON TRUCKING & ) <br> EXCAVATING, INC., a Delaware corporation ) <br> ARCHER DANIELS MIDLAND COMPANY; ) <br> and AMERICAN STORES PROPERTIES, INC., ) <br> a Delaware corporation, ) <br> ) <br> Defendants. ) | No.: 04-3276 <br><br> **FILED** <br><br> MAR 1 0 2005 <br><br> JOHN M. WATERS, Clerk <br> U.S. DISTRICT COURT <br> CENTRAL DISTRICT OF ILLINOIS |

### NOTICE OF MANUAL FILING

TO:   SEE ATTACHED SERVICE LIST

Please take notice that Plaintiff, AMERICAN STATES INSURANCE COMPANY, has manually filed the following document:

### AMENDED COMPLAINT FOR DECLARATORY JUDGMENT

This document has not been filed electronically because:

The electronic file size of the document exceeds 20 pages.

The above named document was manually served on all parties by U.S. Mail on March 8, 2005.

Respectfully submitted,

By: _____/s/ Gregory G. Vacala_____
Gregory G. Vacala, one of the Attorneys for
Plaintiff, AMERICAN STATES INSURANCE
COMPANY

Gregory G. Vacala #6184543
James C. Barrow #6269376
**RUSIN MACIOROWSKI & FRIEDMAN, LTD.**
Attorneys for Plaintiff AMERICAN STATES INSURANCE COMPANY
10 S. Riverside Plaza, Suite 1530
Chicago, IL 60606
Tel:   312-454-5110
Fax:   312-454-6166

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, hereby certifies pursuant to Section 1-109 of the Code of Civil Procedure that he/she served a copy of the foregoing document on all counsel of record by mailing same first class postage prepaid on the 8th day of March, 2005.

*Vester T. Holman, Jr.*

GGV/JCB/vth
00296477.DOC