UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, )<br>)<br>Plaintiff,    )<br>)<br>v.             )<br>)<br>CURRY ICE & COAL, INC.; DEARBORN       )<br>CONSTRUCTION, INC., an Idaho corporation; )<br>PERRY BROUGHTON TRUCKING &           )<br>EXCAVATING, INC., a Delaware corporation )<br>ARCHER DANIELS MIDLAND COMPANY;     )<br>and AMERICAN STORES PROPERTIES, INC., )<br>a Delaware corporation,                )<br>)<br>Defendants.   ) | No.: 04-3276<br><br>Judge Jeanne E. Scott<br><br>Magistrate Judge<br>Byron C. Cudmore |

### NOTICE OF FILING

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the March 18, 2005, there was filed with the United States District Court for the Central District of Illinois the following:

1)   **Exhibits 1 through 6 of Amended Complaint (Filed March 17, 2005)**

copies of which are attached hereto and served upon you.

By:   *s/ Gregory G. Vacala*
Gregory G. Vacala
One of the Attorneys for Plaintiff

Gregory G. Vacala #6184543
James C. Barrow #6269376
RUSIN MACIOROWSKI & FRIEDMAN, LTD.
Attorneys for Plaintiff, American States Insurance Company
10 S. Riverside Plaza, Suite 1530
Chicago, Illinois 60606
Tel: (312) 454-5110
Fax: (312) 454-6166

## CERTIFICATE OF SERVICE

      I hereby certify that on March 18, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants listed on the attached Service List and I hereby certify that I have mailed by United States Postal Service the document to the Non-CM/ECF participants also listed on the attached Service List.

                                            *s/ **Gregory G. Vacala***
                                            Gregory G. Vacala, #6184543
                                            Attorney for Plaintiff
                                            RUSIN MACIOROWSKI & FRIEDMAN, LTD.
                                            10 S. Riverside Plaza, Suite 1530
                                            Chicago, Illinois 60606
                                            Tel: (312) 454-5110
                                            Fax: (312) 454-6166
                                            *gvacala@rusinlaw.com*

GGV/vth
00300531.DOC

Gregory G. Vacala #6184543
gvacala@rusinlaw.com
James C. Barrow  #6269376
jbarrow@rusinlaw.com
**RUSIN MACIOROWSKI & FRIEDMAN, LTD.**
10 S. Riverside Plaza, Suite 1530
Chicago, IL  60606
Tel:  312-454-5110; Fax:  312-454-6166
**Attorneys for Plaintiff, American States Insurance Company**
Our File No.:  783.55

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, ) <br> Plaintiff, ) <br> v. ) <br> CURRY ICE & COAL, INC.; DEARBORN ) <br> CONSTRUCTION, INC., an Idaho corporation; ) <br> PERRY BROUGHTON TRUCKING & ) <br> EXCAVATING, INC., a Delaware corporation ) <br> ARCHER DANIELS MIDLAND COMPANY; ) <br> and AMERICAN STORES PROPERTIES, INC., ) <br> a Delaware corporation, ) <br> Defendants. ) | No.:  04-3276 <br><br> Honorable Judge Jeanne E. Scott <br><br> Magistrate Judge Byron C. Cudmore |

# SERVICE LIST

Clerk of the Court
Mr. Ryan Waterman
**United States District Court**
**Central District of Illinois**
600 E. Monroe
Room 151
Springfield, Illinois 62701
Tel:  217-492-4000

# CM/ECF PARTICIPANTS

**Attorneys for Defendant, American Stores Properties, Inc., a Delaware corporation**
Steven P. Rouse
Randy Talan
**Menges & Molzahn, LLC**
20 North Clark Street, Suite 2300
Chicago, Illinois  60602-5002
Tel:  312-917-1880; Fax:  312-917-1851

Page 1 of 3

# NON CM/ECF PARTICIPANTS

**Attorneys for Defendant, Archer-Daniels Midland Company**
Jerrold H. Stocks
**Winters, Featherstun, Gaumer, Postlewait, Stocks & Flyn**
P.O. Box 1760
Decatur, IL 62526
Tel: 217-429-4453; Fax: 217-425-8892
(Street Address: 225 North Water Street, Suite 200, Decatur, IL 62523)
*(WAIVER RECEIVED 1/31/05)*

**Midwest Engineering Services, Inc.**
R W Hahn
605 West John
Champaign, IL 61820

**Dearborn Construction, Inc.**
Agent: Daniel B. Dearborn
815 Park Boulevard, Suite 100
Boise, ID 83712

**Dearborn Construction, Inc.**
Stuart C. King
815 Park Boulevard, #100
Boise, ID 83712

**Archer Daniels Midland**
Agent: C T Corporation System
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604
*(WAIVER RECEIVED 1/31/05)*

**Archer Daniels Midland Company**
P P Muhollem
4666 Faries Parkway
Decatur, IL 62526
*(WAIVER RECEIVED 1/31/05)*

**Curry Ice & Coal, Inc.**
James Ray Curry
19339 Hurricane Drive
Carlinville, IL 62626
*(WAIVER RECEIVED)*


**American Stores Properties, Inc.**
Paul G. Rowan
250 Parkcenter Boulevard
P.O. Box 20
Boise, ID 83726
*(WAIVER RECEIVED)*

**American Stores Properties, Inc.**
Illinois Corporation Service
801 Adlai Stevenson Drive
Springfield, IL 62703-4261
*(WAIVER RECEIVED)*

**Perry Broughton Trucking and Excavating, Inc.**
Agent: Ralph Dawden
110 S. Cleveland
Farmersville, IL 62533

**Perry Broughton Trucking and Excavating, Inc.**
Rachel A. Broughton
8324 N. 35th Avenue
Pawnee, IL 62558

*******
*Also on Debbie Rettke's List #279015, 1/5/05 "List of all served on dec action" but no letter and waiver in Correspondence, although other people at other locations were served for the same companies as listed above – PLEASE ADVISE IF YOU WANT TO INCLUDE ON THIS LIST…. I'D HAVE TO SEARCH FILE TO FIND OUT WHERE SHE GOT THESE ADDRESSES… AND WHY NO COPIES OF LETTER/WAIVER TO THEM, WHILE OTHERS LISTED ABOVE WERE SENT TO MORE THAN ONE CONTACT….cn 3/4/05:*

*Midwest Engineering Services, Inc.*
*Agent: Robert William Hahn*
*501 Mercury Drive*
*Champaign, Illinois 61822*

*Dearborn Construction, Inc.*
*Agent: John Charles Wojteczko*
*77 W. Washington, Suite 1119*
*Chicago, Illinois 60602*

*Curry Ice & Coal, Inc.*
*Agent: Jim Curry*
*21149 Rt. 4*
*Carlinville, Illinois 62626*
*(WAIVER RECEIVED)*

Service List (00295152.DOC)