| Document | Title | Pages |
|---|---|---|

9.1.5  The Drawings are as follows, and are dated unless a different date is shown below:
*(Either list the Drawings here or refer to an exhibit attached to this Agreement.)*

| Number | Date | Pages |
|---|---|---|

1. Drawing sheets T0.0, A1.02, A3.3.0 and A6.1; S0.0, S1.0.1, S2.0.1, S2.0.2, S2.0.3 and S3.0.1; E3.0; M0.0 and M1.0; FS1.0 and FS2.0; dated 3/18/97, drawing sheets A1.0.0, A1.0.1, A1.3, A1.4.0, A2.0, A3.0, A3.2.3, A4.0, A4.1.0, A4.1.1, A4.2.0, A5.0, A6.0, A6.2 and A6.4; E0.0, E0.3, E1.0, E1.1, E2.0, E2.1, E3.2, E4.0, E-5.0, E-6.0 and E-10.0; S1.0.0 and S3.0.0; M2.0; P1.0, P1.1 and P2.0; C1.0, C2.0, C3.0, C4.0, C5.0, C6.0 and C7.0 revision date 10/17/97, Refrigeration drawing sheets R1.0, R2.0 and R3.0 by Hill Phoenix dated 1/31/97, all as prepared by Gould, Evans, Goodman Associates, LC; Land Title Survey sheet dated July 1997 by Martin Engineering Company. Fixture drawing sheets FP1.0, FP2.0, FP3.0, FP4.0, FP5.0 and FP6.0; by American Stores Properties, Inc.; Drawing sheets LV0.0, LV1.0, LV2.0, LV3.0, LV4.0 and LV5.0 dated 10/17/97; CS1.0, CS1.1 and CS1.2 dated 8/18/97; by Gould, Evans, Goodman Associates, LC and all shown for reference only.

2. Bidder's packet dated 10/03/97 as prepared by Dearborn Construction, Inc.

9.1.6  The addenda, if any, are as follows:

| Number | Date | Pages |
|---|---|---|

1. Addendum #1 dated 10/03/97 by Dearborn Construction, Inc.

2. Addendum #1 dated 11/07/97 with revised drawing set Delta 1 Revision dated 10/17/97 by Gould, Evans, Goodman Associates, LC.

Portions of addenda relating to bidding requirements are not part of the Contract Documents unless the bidding requirements are also enumerated in this Article 9.

9.1.7  Other documents, if any, forming part of the Contract Documents are as follows:
*(List here any additional documents which are intended to form part of the Contract Documents. The General Conditions provide that bidding requirements such as advertisement or invitation to bid, Instructions to Bidders, sample forms and the Contractor's bid are not part of the Contract Documents unless enumerated in this Agreement. They should be listed here only if intended to be part of the Contract Documents.)*

Exhibit "A": Dearborn Construction, Inc. Proposal letter dated March 16, 1998.

Exhibit "B": Copy of Insurance Certificate is included.

Schedule "C": Insurance requirements attached.

This Agreement is entered into as of the day and year first written above and is executed in at least three original copies of which one is to be delivered to the Contractor, one to the Architect for use in the administration of the Contract, and the remainder to the Owner.

OWNER

_____
*(Signature)*

Chris Truschke
Director of Construction/Fixturing
*(Printed name and title)*

_____
*(Signature)*

Markay Johnson, Vice President Construction Architecture/Engineering
*(Printed name and title)*

CONTRACTOR

_____
*(Signature)*

Wesley O. Smith
Vice President of Operations
*(Printed name and title)*

AIA DOCUMENT A101 · OWNER-CONTRACTOR AGREEMENT · TWELFTH EDITION · AIA · COPYRIGHT 1997 · THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C., 20006-5292. WARNING: Unlicensed photocopying violates U.S. copyright laws and...

MAY-05-2003 WED 03:05 PM    [illegible] LEGAL DEPT         FAX NO. [illegible]           P. 07

c/o 5915.02

# ACORD  CERTIFICATE OF LIABILITY INSURANCE

CSR JE
SEARS-1

DATE (MM/DD/YY)
04/07/99

**PRODUCER**
Higgins & Rutledge Insurance
P.O. Box 5567
Boise ID 83707-2567

Al Anthony Johnson
Phone: 208-343-7741  Fax: 208-343-8371

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

COMPANIES AFFORDING COVERAGE

| | |
|---|---|
| COMPANY A | Travelers Property & Casualty |
| COMPANY B | Fremont Industrial Indemnity |
| COMPANY C | |
| COMPANY D | |

**INSURED**
Dearborn Construction, Inc.
P O Box 2043
Boise ID 83701

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY [X] COMMERCIAL GENERAL LIABILITY [ ] CLAIMS MADE [X] OCCUR [ ] OWNER'S & CONTRACTOR'S PROT | DTCO754G1120TIA99 | 04/01/99 | 04/01/00 | GENERAL AGGREGATE PRODUCTS - COMP/OP AGG PERSONAL & ADV INJURY EACH OCCURRENCE FIRE DAMAGE (Any one fire) MED EXP (Any one person) | $2,000,000 $2,000,000 $1,000,000 $1,000,000 $100,000 $5,000 |
| A | AUTOMOBILE LIABILITY [X] ANY AUTO [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | DT810754G1120TIL99 | 04/01/99 | 04/01/00 | COMBINED SINGLE LIMIT BODILY INJURY (Per person) BODILY INJURY (Per accident) PROPERTY DAMAGE | $1,000,000 $ $ $ |
| | GARAGE LIABILITY [ ] ANY AUTO | | | | AUTO ONLY - EA ACCIDENT OTHER THAN AUTO ONLY: EACH ACCIDENT AGGREGATE | $ $ $ |
| A | EXCESS LIABILITY [X] UMBRELLA FORM [ ] OTHER THAN UMBRELLA FORM | DTSMCUP754G1120TIL99 | 04/01/99 | 04/01/00 | EACH OCCURRENCE AGGREGATE | $4,000,000 $4,000,000 $ |
| B | WORKERS COMPENSATION AND EMPLOYERS LIABILITY THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE [ ] INCL [ ] EXCL | UY5230561 | 04/01/99 | 04/01/00 | WC STATU-TORY LIMITS / OTH-ER EL EACH ACCIDENT EL DISEASE - POLICY LIMIT EL DISEASE - EA EMPLOYEE | $500,000 $500,000 $500,000 |
| | OTHER | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS
Re: Sav-on Drug Stores, Inc./Maintenance Dept.  American Stores Co., "it's affiliates & subsidiaries" & "American Stores Properties, Inc." shall be named "Additional Insured" on all policies (except WC) required by Article 11 & arising out of this contract.
[illegible handwriting]

**CERTIFICATE HOLDER**               AMEMPL7

American Stores Properties
Inc.

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL  10  DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY [illegible] AGENTS OR REPRESENTATIVES

MAY-05-2002 WED 03:29 PM   [ILLEGIBLE] LEGAL DEPT   FAX NO.   [ILLEGIBLE]   P. 08

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY): 04/07/99

**PRODUCER**
Higgins & Rutledge Insurance
P.O. Box 8567
Boise ID 83707-1567
Gail Anthony Johnson
Phone: 208-342-7741  Fax: 208-342-6371

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**COMPANIES AFFORDING COVERAGE**

COMPANY A: Evanston Insurance Company
COMPANY B:
COMPANY C:
COMPANY D:

**INSURED**
Dearborn Construction, Inc.
P O Box 2049
Boise ID 83701

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE | POLICY EXPIRATION DATE | LIMITS |
|---|---|---|---|---|---|
| A | Professional Liability | AE801404 | 04/01/99 | 04/01/00 | Limit $1,000,000  Ded/Claim $12,500 |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS**
Re: Proof of Insurance. Higgins & Rutledge Ca. Non-Resident License #0505209

**CERTIFICATE HOLDER**   AMERST2
American Stores Properties, Inc.
P.O. Box 30658
Salt Lake City UT 84130-0658

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL _30_ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

MAY-08-2002 WED 03:29 PM    XT 3 LEGAL DEPT    FAX NO. 35434    P. 09

# ACORD CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY): 04/09/98

**PRODUCER**
Higgins & Rutledge Insurance
P.O. Box 6567
Boise ID 83707-2567
Gail Anthony Johnson
Phone: 208-343-7741  Fax: 208-343-9371

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**COMPANIES AFFORDING COVERAGE**

| | |
|---|---|
| COMPANY A | USF&G |
| COMPANY B | Industrial Indemnity |
| COMPANY C | Evanston Insurance Company |
| COMPANY D | |

**INSURED**
Dearborn Construction, Inc.
P O Box 2045
Boise ID 83701

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** [X] COMMERCIAL GENERAL LIABILITY [ ] CLAIMS MADE [X] OCCUR [ ] OWNER'S & CONTRACTOR'S PROT | 1MP30124666002 | 04/01/98 | 04/01/99 | GENERAL AGGREGATE PRODUCTS - COMP/OP AGG PERSONAL & ADV INJURY EACH OCCURRENCE FIRE DAMAGE (Any one fire) MED EXP (Any one person) | $2,000,000 $2,000,000 $1,000,000 $1,000,000 $100,000 $5,000 |
| A | **AUTOMOBILE LIABILITY** [X] ANY AUTO [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | 1MP30124666002 | 04/01/98 | 04/01/99 | COMBINED SINGLE LIMIT BODILY INJURY (Per person) BODILY INJURY (Per accident) PROPERTY DAMAGE | $1,000,000 |
| | **GARAGE LIABILITY** [ ] ANY AUTO | | | | AUTO ONLY - EA ACCIDENT OTHER THAN AUTO ONLY: EACH ACCIDENT AGGREGATE | |
| A | **EXCESS LIABILITY** [X] UMBRELLA FORM [ ] OTHER THAN UMBRELLA FORM | 1MP30124666002 | 04/01/98 | 04/01/99 | EACH OCCURRENCE AGGREGATE | $4,000,000 $4,000,000 |
| B | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE: [ ] INCL [ ] EXCL | CP5137852 | 04/01/98 | 04/01/99 | WC STATUTORY LIMITS / OTHER EL EACH ACCIDENT EL DISEASE - POLICY LIMIT EL DISEASE - EA EMPLOYEE | $100,000 $500,000 $100,000 |
| C | **OTHER** Professional Liability | AE800303 | 04/06/98 | 04/01/99 | Limit Ded/Claim | $1,000,000 $12,500 |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS**
Re: Proof of Insurance
Higgins & Rutledge California Non-Resident License #0505203

**CERTIFICATE HOLDER**
AMERSTO
American Stores Properties, Inc.
P.O. Box 30658

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE

MAY-08-2002 WED 03:36 P... R... S LEGAL DEPT    FAX NO. 5543    P. 10

# ACORD CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY): 04/09/98

**PRODUCER**
Higgins & Rutledge Insurance
P.O. Box 8567
Boise ID 83707-2567

Gail Anthony Johnson
Phone: 208-342-7712   Fax: 208-342-6371

**INSURED**
Dearborn Construction, Inc.
P O Box 2049
Boise ID 83701

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**COMPANIES AFFORDING COVERAGE**

| | |
|---|---|
| COMPANY A | Evanston Insurance Company |
| COMPANY B | |
| COMPANY C | |
| COMPANY D | |

**COVERAGES**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS |
|---|---|---|---|---|---|
| | GENERAL LIABILITY | | | | GENERAL AGGREGATE $ |
| | COMMERCIAL GENERAL LIABILITY | | | | PRODUCTS-COMP/OP AGG $ |
| | CLAIMS MADE / OCCUR | | | | PERSONAL & ADV INJURY $ |
| | OWNER'S & CONTRACTOR'S PROT | | | | EACH OCCURRENCE $ |
| | | | | | FIRE DAMAGE (Any one fire) $ |
| | | | | | MED EXP (Any one person) $ |
| | AUTOMOBILE LIABILITY | | | | COMBINED SINGLE LIMIT $ |
| | ANY AUTO | | | | |
| | ALL OWNED AUTOS | | | | BODILY INJURY (Per person) $ |
| | SCHEDULED AUTOS | | | | |
| | HIRED AUTOS | | | | BODILY INJURY (Per accident) $ |
| | NON-OWNED AUTOS | | | | |
| | | | | | PROPERTY DAMAGE $ |
| | GARAGE LIABILITY | | | | AUTO ONLY - EA ACCIDENT $ |
| | ANY AUTO | | | | OTHER THAN AUTO ONLY: |
| | | | | | EACH ACCIDENT $ |
| | | | | | AGGREGATE $ |
| | EXCESS LIABILITY | | | | EACH OCCURRENCE $ |
| | UMBRELLA FORM | | | | AGGREGATE $ |
| | OTHER THAN UMBRELLA FORM | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | | | | WC STATU- / OTH-TORY LIMITS / ER |
| | THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE: INCL / EXCL | | | | EL EACH ACCIDENT $ |
| | | | | | EL DISEASE - POLICY LIMIT $ |
| | | | | | EL DISEASE - EA EMPLOYEE $ |
| | OTHER | | | | |
| A | Professional Liability | AE800303 | 04/06/98 | 04/06/99 | Limit $1,000,000 Ded/Claim $12,500 |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS**
Re: Proof of Insurance    Higgins & Rutledge Ca. Non-Resident
License #0505208

**CERTIFICATE HOLDER**    AMERST2

American Stores Properties,
Inc.
P.O. Box 30658
Salt Lake City, UT 84130-0658

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

**AUTHORIZED REPRESENTATIVE**

MAY-06-2002 WED 03:30 PM    A   NS LEGAL DEPT    FAX NO.   954547    P. 11



March 16, 1998

Chris Truschke
Director of Construction/Fixturing
American Stores Properties, Inc.
1955 West North Avenue, Building F
Melrose Park, IL 60160-1181

RE:   Osco #915
      MacArthur and Outer Park
      Springfield, IL 62702

Dear Chris:

We propose to furnish all labor, material and equipment to perform the construction work for the above referenced project per the bidding documents, Construction Bid Proposal Form and the following clarifications.

In addition, a copy of the insurance certificate for this project and three copies of A.I.A. document A101 are enclosed for your review and signature.

VOLUNTARY ALTERNATES:

1.   Add the sum of $ 6,869.00 to install an Irrigation System designed by the landscape contractor based upon the original Landscape Drawings.

CLARIFICATIONS:

This proposal is based on the following:

A.   Bidding documents as follows:

1.   Drawing sheets T0.0, A1.0.2, A3.2.0 and A6.1; S0.0, S1.0.1, S2.0.1, S2.0.2, S2.0.3, and S3.0.1; E3.0; M0.0, and M1.0; FS1.0 and FS2.0; dated 8/18/97, drawing sheets A1.0.0, A1.0.1, A1.3, A1.4.0, A2.0, A3.0, A3.2.1, A4.0, A4.1.0, A4.1.1, A4.2.0, A5.0, A6.0, A6.2, and A6.4; E0.0, E0.3, E1.0, E1.1, E2.0, E2.1, E2.2, E4.0, E-5.0, E-6.0 and E-10.0; S1-0.0, and S3.0.0; M2.0; P1.0, P1.1, and P2.0; C1.0, C2.0, C3.0, C4.0, C5.0 C6.0, and C7.0 revision date 10/17/97, Refrigeration drawing sheets R1.0, R2.0, and R3.0 by Hill Phoenix, dated 1/31/97, all as prepared by Gould Evans Goodman Associates, LC; Land Title Survey sheet dated July 1997 by Martin Engineering Co. Fixture drawing sheets

Page 2 - #915

FP1.0, FP2.0, FP3.0, FP4.0, FP5.0 and FP6.0; by American Stores Properties, Inc.; Drawing sheets LV0.0, LV1.0, LV2.0, LV3.0, LV4.0 and LV5.0 dated 10/17/97; CS1.0, CS1.1, and CS1.2 dated 8/18/97; by Gould Evans Goodman Associates, LC and all shown for reference only.

2. Bidder's packet dated 10/03/97 as prepared by Dearborn Construction, Inc.

3. Addendum #1 dated 10/03/97 by Dearborn Construction, Inc.

4. Addendum #1 dated 11/7/97 with revised drawing set Delta 1 Revision, dated 10/17/97 by Gould Evans Goodman Associates, LC.

B. Items specifically included in this proposal.

1. Building permit allowance of $ 5,000.00
2. Conduit only in the walls, stubbed up above ceiling per the LV and CS Sheets.
3. Four ply roofing system.
4. Geotextile fabric under the asphalt.
5. Labor to install coolers.
6. Open shop construction for some selected subcontractor trades.
7. Fire alarm system shown on Electrical Drawing Sheet, E10.0, Delta 1 Revision Date 10/17/97.
8. Winter conditions allowance of $ 15,334.00. The breakdown is as follows:
    a. Snow removal                                          $ 1,000.00
    b. Gravel for winter access                              $ 2,500.00
    c. Ready mix concrete surcharge for heated concrete      $   384.00
    d. Protect footings from frost                           $ 2,400.00
    e. Four (4) months temporary heat inside of the building $ 5,000.00
    f. Clean streets                                         $ 1,500.00
    g. Silt fence/straw bales for drainage control           $ 2,550.00
9. Fencing around staging area only.
10. Please note that due to plan revisions, another complete set of plans were given to the bidding subcontractors. The line item amount for blueprinting is $ 2,935.00.
11. Revised sub bids shown in our January 14th, 1998, letter to Steve O'Donnell are included in this proposal.

C. Items specifically excluded from this proposal.

1. Hazardous material removal or abatement.
2. Architectural or engineering fees.
3. Any inspection or testing fees.
4. Furnishing of lamps for any new light fixtures (to be supplied by A.S.P.I.).
5. Floor sealer under new resilient floor covering.

MAY-08-2002 WED 03:31 PM    LEGAL DEPT    FAX NO.    P. 12

Page 3 - #915

6. Any fees, charges or assessments by utility companies or governing authorities other than for the building permit.
7. Certified air balance (by A.S.P.I.).
8. Automatic entrance doors (by A.S.P.I.).
9. Freezers and coolers except for installation (by A.S.P.I.).
10. Diaper changing station (by A.S.P.I.).
11. Site electrical or site lighting (none shown on the bidding documents).
12. Gas service or meter.
13. Utility connection, water extension or tap fees, charges or assessments are not included because the plans show this work done by others.
14. Any work shown on the Low Voltage sheets other than the conduit provided by the electrician as explained in the above item B2.
15. Any work per building department plan check comments and corrections not shown on the bidding documents.
16. Fixturing installation, decor work or fixturing electrical.
17. Irrigation system (see Voluntary Alternates #1).
18. Soil pretreatment

This proposal will remain valid for 60 days from the date of issuance.

Please let us know if you have any questions regarding this proposal.

Very truly yours,

Michael R. Sklar
Senior Estimator

cc: Dan Dearborn
Steve O'Donnell
Wes Smith
Pam Verr

MAY-06-2002 WED 03:31 PM    FR  AS LEGAL DEPT        FAX NO.    3854547                    P. 14

SECTION 00300 - CONSTRUCTION BID PROPOSAL FORM

Bid Date: March 16, 1998

Bid Time: 2:00 P.M. Local Time

From:   Dearborn Construction, Inc.
        16942 Gothard Street, Suite "J"
        Huntington Beach, CA 92647
        Hereinafter called the Bidder

To:     American Stores Properties, Inc.
        6565 Knott Avenue
        Buena Park, CA 90620
        Hereinafter called the Owner

For:    Osco Drug #915
        MacArthur and Outer Park
        Springfield, IL 62702

Bidding documents enumerated in DCI Proposal Letter dated March 16, 1998

1.  The undersigned, having examined and being familiar with the local conditions affecting the work and with the Bidding Documents, including Addenda 1 (Delta 1 Revision) through (none) inclusive, hereby propose to furnish all labor, materials, equipment, services, etc., required for the performance and completion of the aforementioned Work as follows:

    A.  FOR BASE BID - Construction of a new Osco Drug Store Building

| ASPI COST CODES | ITEM | CSI CATEGORIES | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 400130 | Misc. Fees | N/A | Utility tap fees, escrow fees and all other fees not relating to permits | $ |
| 400140 | Permit Allowance | N/A | Any and all governmental agency permits | $ 5,001.00 |
| 400200 | Off-Site Work | N/A | All work off the owned/leased property such as traffic signals, roadway widening, sidewalks and utility work etc. | $ 1,500.00 |
| 400210 | Demolition | 2060 | Demolition of existing structures | $ |
| 400230 | Land Balancing | 2100,2110,2120, 2200 | Grubbing, mass grading and building pad construction | $ 43,653.00 |
| 400240 | Electrical - Site Work | N/A | Electric utility extension from pole to transformer pad | $ 6,500.00 |

MAY-08-2002 WED 03:31 PM    RYLONS LEGAL DEPT    FAX NO.    8545467    P. 10

| ASPI COST CODES | ITEM | CSI CATEGORIES | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 400250 | Plumbing/Sewer/Water | 2660, 2720, 2730 | Water mains, storm and sanitary sewers | $ 62,678.00 |
| 400260 | Grading/Paving | 2500, 2511, 2514, 2570 | Fine grading, asphalt paving and unit pavers | $ 66,663.00 |
| 400265 | Site Concrete | 2515, 3300 | Curbs, sign foundations, sidewalks and concrete paving | $ 37,610.00 |
| 400270 | Landscaping | 2480, 2489 | Plant material, no irrigation | $ 11,015.00 |
| 400275 | Site Masonry | N/A | Masonry structures not related to building such as monument signs or screening walls | $ |
| 400299 | Misc. Site Work | 2283, 2350, 2444 | Trash enclosure fencing, termite control | $ 1,400.00 |
| 400300 | Concrete | Division 3 | Foundations, pre-cast and building concrete inc $ 30,195.00 for precast freight charges | $ 198,312.00 |
| 400305 | Masonry | Division 4 | Brick/Block construction; building masonry | $ |
| 400310 | Structural Steel | Division 5 | Includes joists, metal decking, misc. Fabrication, heavy gauge metal framing | $ 122,137.00 |
| 400315 | Structural Wood | 6180, 6190 | Glu-lam beams and wood trusses | $ |
| 400320 | Carpentry | 6100, 6200 | Rough and finish carpentry excluding fixture install labor | $ 39,174.00 |
| 400325 | Thermal/Moisture | 7100, 7175, 7200, 7250, 7900 | Waterproofing, insulation, sprayed on fire proofing, sealants/caulks | $ 9,625.00 |
| 400525 | Roofing | 7310, 7320, 7430, 7510, 7530, 7600, 7800 | Roofing materials/systems and roof accessories | $ 61,218.00 |
| 400330 | Doors/Windows | 8100, 8200, 8305, 8310, 8350, 8700, 8800 | All doors and windows except for those in the storefront | $ 7,290.00 |
| 400335 | Entrances/Storefront | 8400, 8425 | Front door and window systems | $ 6,475.00 |
| 400340 | Drywall | 9260 | Includes light gauge metal framing | $ 47,669.00 |
| 400342 | Plaster (Exterior) | 7241, 7242 | Exterior Insulation and finish system (EIFS) | $ |
| 400345 | Flooring | 9300, 9650, 9770, 9700 | Ceramic, VCT, Resinous and special flooring | $ 10,610.00 |
| 400346 | Wall Finishes | 9300 | Ceramic wall tile | $ 2,250.00 |
| 400350 | Acoustical Ceiling | 9510 | All interior and exterior ceilings except EIFS | $ 19,238.00 |
| 400355 | Painting | 9900, 9940 | All exterior and interior painting including anti-graffiti. Only drywall prime and base coats. | $ 19,869.00 |
| 400360 | Specialties | Division 10 | Toilet partitions, toilet accessories and security gates | $ 2,661.00 |

| ASPT COST CODES | ITEM | CSI CATEGORIES | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 400365 | Equipment | Division 11 | Lifts, elevators, dock equipment, compactors, balers, drive thru windows and pneumatic systems | $ 7,043.00 |
| 400370 | HVAC | 15000, 15500 | Interior systems including hook-up and energy management | $ 85,354.00 |
| 400375 | Plumbing | 15000, 15400, 3410 | Building water and sewer systems, including hook-up of equipment/fixtures | $ 41,567.00 |
| 400380 | Fire Protection | 15000, 15500 | Building systems including fire pump | $ 20,110.00 |
| 400385 | Electrical | Division 16 | All building systems | $ 156,056.00 |
| 400385 | Low Voltage | Division 16 | Low voltage systems | $ |
| 400395 | Architectural & Engineering Fees | | Self explanatory | $ |
| 400395 | General Conditions | Division 0 and 1 | Self explanatory | $ 94,915.00 |
| 400397 | Overhead & Profit | N/A | Self explanatory | $ 97,638.00 |
| 400399 | Misc. Construction | N/A | Work not included in other cost codes; i.e. rooftop sound attenuation fencing; ROOF SCREEN, REFRIGERATION | $ 6,850.00 |
| 400410 | Demolition (Building) | 2070 | Selective demolition within the building | $ |
| 400415 | Excavations (Foundations) | 2200 | Excavation and backfill for building foundation | $ 25,170.00 |
| 500740 | Decor | 9900, 9952, 9970 | Finish coat drywall, vinyl wallcovering and aisle markers required by decor drawings | $ |
| 500755 | Case and Refrigeration Storage | N/A | Cost to store fixture/equipment prior to their installation | $ |
| 500780 | Electrical Hook-up | 16750 | Compressor, defrost wiring, walk-in freezers and coolers, fixturing equipment, computer check out systems, UPS, fire protection, energy management | $ |
| 500790 | Installation Labor | N/A | Carpenter labor and materials required to unload and install store fixtures and equipment. Note: overhead, profit and general conditions are included above. | $ |

Category Totals:

    Total Off-Site Costs        1,764.00
    Total On-Site Costs        269,277.00
    Total Building Costs      1,047,069.00

        GRAND TOTAL         1,318,111.00

B.   UNIT PRICES

For changing specified quantities of work from those indicated by the contract drawings and specifications, upon written instructions of the Owner or Architect, the following unit prices shall prevail in accordance with the General Conditions. Changes to which unit prices apply will not exceed twenty-five percent of the quantity for like items included in the Base Bid. Work is described under section 01026 "Unit Prices" and in the appropriate specification sections.

The following unit prices shall include all labor, overhead and profit, materials, equipment, appliances, bailing, shoring, shoring removal, etc., required to complete the work items listed.

Only a single unit price shall be given and it shall apply for both MORE or LESS work than that shown on the drawings and called for in the specifications as indicated to be included in the Base Bid. In the event of more or less units than so indicated is actually furnished, change orders shall be issued for the increased or decreased amount as approved by the Owner or Architect.

1. Foundation excavation and backfill         C.Y.     $    N/A
2. Saw cutting of concrete floor               L.F.     $    N/A

C.  MARK-UP OF ADDITIONAL WORK

1. Profit and Overhead for work performed by subcontractors:      10  %
2. Profit and Overhead for work performed by Contractor's own crews:   10  %

D.  PROJECT DURATION

Start Date:         March 23, 1998
Completion Date:    July 24, 1998

E.  NAMES OF MAJOR SUBCONTRACTORS

Names of major Subcontractors to be used for the designated major contract portions of the Work as listed herein are: (Note: State one name for each subcontract listed)

Concrete (off site):    N/A
Concrete (on site):     BRH BUILDERS
Concrete (bldg.):       BRH BUILDERS
Masonry:                N/A
Structural Steel:       MAJONA STEEL
Mechanical:             PRUITT & CO.
Electrical:             LANDRY ELECTRIC
Plumbing:               PRUITT & CO.
Roofing:                HENSON ROBINSON, INC
Glass and Glazing:      B & B GLASS

|  |  |
|---|---|
| E.I.F.S.: | N/A |
| Drywall: | LANDGREBE INTERIOR CONST |
| Landscaping: | EVERGREEN LANDSCAPE |
| Fire Sprinklers: | SUPERIOR FIRE |

2. The bidder hereby agrees to commence work under this Contract on March 23, 1998. "Notice to Proceed" will be issued on or before March 21, 1998.

3. The Bidder realizes the importance of completing the work of this contract in a timely manner. With that understanding, the Bidder will provide the personnel and equipment necessary to bring the project to a level of substantial completion, as determined by the Owner and Architect, on or before July 24, 1998. The Owner will suffer financial loss if the project is not substantially complete by this date.

4. In submitting this Bid it is understood that the right is reserved by the Owner to reject any and all Bids and it is agreed that all Bids may not be withdrawn for a period of sixty (60) days from the date finally designated for the receipt of the Bids.

5. The undersigned agrees that upon notification of acceptance of this Bid, he will execute a Contract for the above stated work for the above compensation, in the form provided by the Owner.

6. The Bidder hereby certifies:

   a. That this Proposal is genuine and is not made in the interest of or on behalf of an undisclosed person, firm, or corporation, and is not submitted in conformity with any agreement or rules of any group, association, or corporation.

   b. That he has not directly or indirectly induced or solicited any other Bidder to put in a false or Sham Proposal;

   c. That he has not directly or indirectly induced or solicited any person, firm, or corporation to refrain from bidding; and

   d. That he has not sought by collusion or otherwise to obtain for himself any advantage over any other bidder or over the Owner.

   e. Bidder will not discriminate against any employees or applicant for employment because of race, creed, color or nation origin in connection with the performance of his work.

   Dated this    Sixteenth    day of    March   , 1998

MAY-08-2002 WED 03:32 PM    JMB LEGAL DEPT    FAX NO.    [illegible]    P. 13

IF AN INDIVIDUAL:

_____    _____
Name of Individual

_____    _____
Firm Name, If Any              State Residence Address

_____
Address for Communications

IF A PARTNERSHIP:

_____    _____
Name of Partnership

_____    _____
Partner

_____    _____
Partner

_____    _____
Partner                        State Names and Residence Address of ALL partners

_____
Address for Communications

IF A CORPORATION:

Dearborn Construction, Inc.    1. Incorporated under the
Name of Corporation               State of:
                                              Idaho

Wesley O. Smith, Vice President Operations    2. Licensed to do business in the
Name and Title of Officer                        State of:
                                                            Illinois

                                              YES (X)    NO ( )    (check one)

[signature]
Signature                                     (ATTEST)

16942 Gothard Ave, # J
Huntington Beach, CA 92647
Address for Communications                    _____
                                              (SEAL)          Secretary


END OF SECTION 00300

MAY-08-2002 WED 03:32 PM          LEGAL DEPT          FAX NO.              P. 20

## DEARBORN CONSTRUCTION, INC.
## SCHEDULE "C"
## INSURANCE REQUIREMENTS

1. The contractor shall purchase from and maintain in a company or companies lawfully authorized to do business in the same state in which the Project is located such insurance as will protect Contractor from claims which may arise out of or result from the Contractor's operations under the Contract and for which the Contractor may be legally liable, whether such operations be by the Contractor or by a Subcontractor or by anyone directly or indirectly employed by any of them or by anyone for whose acts any of them may be liable.

2. The Contractor's insurance shall be written with insurance companies reasonably acceptable to Owner, with deductibles per occurrence of not greater than $10,000 for not less than the following limits, or greater if required by law:

   A) Worker's Compensation Insurance: not less than the statutory limits of the state where the Project is located; Employer's Liability Insurance: not less than $1,000,000.00.

   B) Comprehensive Automobile Liability Insurance, including coverage for hired and leased vehicles: $5,000,000.00 per occurrence, with personal injury protection (PIP) or equivalent or equivalent no-fault coverage: Statutory limit.

   C) Commercial General Liability (ISO or equivalent): $5,000,000.00 per occurrence and $5,000,000.00 aggregate, which shall be kept in effect for two (2) years after date of final completion of the Project and which shall include:

      1) Broad Form Property Damage.

      2) Blanket Contractual Liability.

      3) Independent Contractor's Liability or Owner's Protective Liability with the same coverage limit set forth above.

      4) Products-Completed Operations.

      5) Personal and Advertising Injury.

      6) XCU Hazard Coverage.

      7) Severability of Interests (Separation of Insured).

   The coverage required under paragraphs B) and C) may be satisfied by a combination of "primary", "umbrella" or "excess" Insurance.

MAY-06-2002 WED 03:33 PM    P...S LEGAL DEPT    FAX NO:    954...    P. 21

3.  All coverages shall meet the following requirements, all of which shall be reflected on the policy or certificate submitted.

    A)  American Stores Company, American Stores Properties, Inc. and their respective affiliates and subsidiaries ("Protected Parties") shall be named "additional insured" on all policies (except Workers' Compensation coverage) required to be obtained by Contractor pursuant to this Article 11 and arising out of the Contract.

    B)  Coverages shall be primary and no contribution shall be expected or sought from the Protected Parties.

    C)  The policies or certificates evidencing the required coverages shall contain a provision that policies may not be canceled, modified, permitted to expire or have their coverages reduced without the insurer first notifying the Protected Parties in writing, by either (i) established express delivery service which maintains delivery records or (ii) certified or registered mail, postage prepaid, return receipt requested, at least thirty (30) days prior to any such cancellation, modification, expiration or reduction. No policy shall contain any exclusion, modification or reduction of coverage other than those contained in the standard form of specifically required herein. Evidence of renewals of any such coverage. All policies and certificates evidencing the required coverages shall reference the Store Number of the Project and the Project address.

    D)  Workers' Compensation Insurance coverage and the Commercial General Liability coverage shall each contain an endorsement which waives the insurer's right of subrogation against the Protected Parties.

4.  Coverages shall be maintained without interruption from the date of commencement of the Work until the later of (I) the date of final payment and (ii) the date that the requirement that coverage be maintained after final payment expires. Any coverage required to remain in force after final payment, an additional certificate evidencing continuation of such coverage shall be submitted with final Application for Payment.

aspispec rev. 12/30/96

# SECTION 00700 - GENERAL CONDITIONS OF THE CONTRACT

PART I - GENERAL

A. Following is AIA document A201-1987 which by its inclusion herein is made part of the contract documents.

B. Additional copies of the AIA A201-1987 are available for purchase from the:

> Utah Chapter
> American Institute of Architects
> 75 East Broadway
> Salt Lake City, Utah 84101
> telephone: 801-532-1727

END OF SECTION 00700

ASPI Project No. D82076                                General Conditions of the C

# General Conditions of the Contract for Construction

AIA Document A201 - *Electronic Format*

## 1987 EDITION

### TABLE OF ARTICLES

1. GENERAL PROVISIONS
2. OWNER
3. CONTRACTOR
4. ADMINISTRATION OF THE CONTRACT
5. SUBCONTRACTORS
6. CONSTRUCTION BY OWNER OR BY SEPARATE CONTRACTORS
7. CHANGES IN THE WORK
8. TIME
9. PAYMENTS AND COMPLETION
10. PROTECTION OF PERSONS AND PROPERTY
11. INSURANCE AND BONDS
12. UNCOVERING AND CORRECTION OF WORK
13. MISCELLANEOUS PROVISIONS
14. TERMINATION OR SUSPENSION OF THE CONTRACT

THIS DOCUMENT HAS IMPORTANT LEGAL CONSEQUENCES: CONSULTATION WITH AN ATTORNEY IS ENCOURAGED WITH RESPECT TO ITS MODIFICATION. AUTHENTICATION OF THIS ELECTRONICALLY DRAFTED AIA DOCUMENT MAY BE MADE BY USING AIA DOCUMENT D401.

This document has been approved and endorsed by the Associated General Contractors of America.

Copyright 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1970, 1976, 1987 by The American Institute of Architects, 1735 New York Avenue N.W., Washington D.C. 20006-5292. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will be subject to legal prosecutions.

AIA DOCUMENT A201 - GENERAL CONDITIONS OF THE CONTRACT FOR CONSTRUCTION - FOURTEENTH EDITION - AIA - COPYRIGHT 1987 - THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE N.W., WASHINGTON D.C. 20006-5292. WARNING: Unlicensed photocopying violates U.S. copyright laws and is subject to legal prosecution. This document was electronically produced under license number [illegible] and can be reproduced without violation until 2/1/96.

Electronic Document Service    A201-1987    1

## INDEX

Acceptance of Nonconforming Work    9.6.6, 9.9.3, 12.3
Acceptance of Work    9.6.6, 9.8.2, 9.9.3, 9.10.1, 9.10.3
Access to Work    3.16, 6.2.1, 12.1
Accident Prevention    4.2.3, 10
Acts and Omissions    3.2.1, 3.2.2, 3.3.2, 3.12.8, 3.18, 4.2.3,
      4.3.2, 4.3.9, 8.3.1, 10.1.4, 10.2.5, 13.4.2, 13.7, 14.1
Addenda    1.1.1, 3.11
Additional Costs, Claims for    4.3.6, 4.3.7, 4.3.9, 6.1.1, 10.3
Additional Inspections and Testing    4.2.6, 9.8.2, 12.2.1, 13.5
Additional Time, Claims for    4.3.6, 4.3.8, 4.3.9, 8.3.2

ADMINISTRATION OF THE CONTRACT    3.3.3, 4, 9.4, 9.5
Advertisement or Invitation to Bid    1.1.1
Aesthetic Effect    4.2.13, 4.5.1
Allowances    3.8
All-risk Insurance    11.3.1.1
Applications for Payment    4.2.5, 7.3.7, 9.2, 9.3, 9.4, 9.5.1,
      9.6.3, 9.8.3, 9.10.1, 9.10.3, 9.10.4, 11.1.3, 14.2.4
Approvals    2.4, 3.3.3, 3.5, 3.10.2, 3.12.4 through 3.12.8,
      3.18.3, 4.2.7, 9.3.2, 11.3.1.4, 13.4.2, 13.5
Arbitration    4.1.4, 4.3.2, 4.3.4, 4.4.4, 4.5, 8.3.1,
      10.1.2, 11.3.9, 11.3.10

Architect    4.1
Architect, Definition of    4.1.1
Architect, Extent of Authority    2.4, 3.12.6, 4.2, 4.3.2, 4.3.6, 4.4,
      5.2, 6.3, 7.1.2, 7.2.1, 7.3.6, 7.4, 9.2, 9.3.1, 9.4, 9.5,
      9.6.3, 9.8.2, 9.8.3, 9.10.1, 9.10.3, 12.1,
      12.2.1, 13.5.1, 13.5.2, 14.2.2, 14.2.4
Architect, Limitations of Authority and Responsibility    3.3.3,
      3.12.8, 3.12.11, 4.1.2, 4.2.1, 4.2.2, 4.2.3, 4.2.6,
      4.2.7, 4.2.10, 4.2.12, 4.2.13, 4.3.2, 5.2.1, 7.4, 9.4.2, 9.6.4, 9.6.6
Architect's Additional Services and Expenses    2.4, 9.8.2, 11.3.1.1,
      12.2.1, 12.2.4, 13.5.2, 13.5.3, 14.2.4

Architect's Administration of the Contract    4.2, 4.3.6,
      4.3.7, 4.4, 9.4, 9.5
Architect's Approvals    2.4, 3.5.1, 3.10.2, 3.12.6,
      3.12.8, 3.18.3, 4.2.7
Architect's Authority to Reject Work    3.5.1, 4.2.6, 12.1.2, 12.2.1
Architect's Copyright    1.3
Architect's Decisions    4.2.6, 4.2.7, 4.2.11, 4.2.12, 4.2.13, 4.3.2,
      4.3.6, 4.4.1, 4.4.4, 4.5, 6.3, 7.3.6, 7.3.8, 8.1.3, 8.3.1, 9.2,
      9.4, 9.5.1, 9.8.2, 9.9.1, 10.1.2, 13.5.2, 14.2.2, 14.2.4
Architect's Inspections    4.2.2, 4.2.9, 4.3.6, 9.4.2, 9.8.2,
      9.9.2, 9.10.1, 13.5
Architect's Instructions    4.2.6, 4.3.7, 4.2.8, 4.3.7,
      7.4.1, 12.1, 13.5.2
Architect's Interpretations    4.2.11, 4.2.12, 4.3.7
Architect's On-Site Observations    4.2.2, 4.2.5, 4.3.6, 9.4.2,
      9.5.1, 9.10.1, 13.5
Architect's Project Representative    4.2.10
Architect's Relationship with Contractor    1.1.2, 3.2.1, 3.2.2,
      3.3.3, 3.5.1, 3.7.3, 3.11, 3.12.8, 3.12.11, 3.16, 3.18, 4.2.3,
      4.2.4, 4.2.6, 4.2.12, 5.2, 6.2.2, 7.3.4,
      9.8.2, 11.3.7, 12.1, 13.5

Architect's Relationship with Subcontractors    1.1.2, 4.2.3, 4.2.4,
      4.2.6, 9.6.3, 9.6.4, 11.3.7
Architect's Representations    9.4.2, 9.5.1, 9.10.1

Architect's Site Visits    4.2.2, 4.2.5, 4.2.9, 4.3.6, 9.4.2,
      9.5.1, 9.8.2, 9.9.2, 9.10.1, 13.5
Asbestos    10.1
Attorneys' Fees    3.18.1, 9.10.2, 10.1.4
Award of Separate Contracts    6.1.1
Award of Subcontracts and Other Contracts
for Portions of the Work    5.2

Basic Definitions    1.1
Bidding Requirements    1.1.1, 1.1.7, 3.2.1, 11.4.1
Boiler and Machinery Insurance    11.3.2
Bonds, Lien    9.10.2
Bonds, Performance and Payment    7.3.6.4, 9.10.3, 11.3.9, 11.4
Building Permit    3.7.1

Capitalization    1.4
Certificate of Substantial Completion    9.8.2
Certificates for Payment    4.2.5, 4.2.9, 9.3.3, 9.4, 9.5, 9.6.1,
      9.6.6, 9.7.1, 9.8.3, 9.10.1, 9.10.3, 13.7, 14.1.1.3, 14.2.4
Certificates of Inspection, Testing or Approval    3.12.11, 13.5.4
Certificates of Insurance    9.3.2, 9.10.2, 11.1.3
Change Orders    1.1.1, 2.4.1, 3.8.2.4, 3.11, 4.2.8, 4.3.3, 5.2.3,
      7.1, 7.2, 7.3.2, 8.3.1, 9.3.1.1, 9.10.3, 11.3.1.2,
      11.3.4, 11.3.9, 12.1.2
Change Orders, Definition of    7.2.1
Changes    7.1
CHANGES IN THE WORK    3.11, 4.2.8, 7, 8.3.1, 9.3.1.1, 10.1.3
Claim, Definition of    4.3.1
Claims and Disputes    4.3, 4.4, 4.5, 6.2.5, 8.3.2, 9.3.1.2,
      9.3.3, 9.10.4, 10.1.4
Claims and Timely Assertion of Claims    4.5.6
Claims for Additional Cost    4.3.6, 4.3.7, 4.3.9, 6.1.1, 10.3
Claims for Additional Time    4.3.6, 4.3.8, 4.3.9, 8.3.2

Claims for Concealed or Unknown Conditions    4.3.6
Claims for Damages    3.18, 4.3.9, 6.1.1, 6.2.5, 8.3.2,
      9.5.1.2, 10.1.4
Claims Subject to Arbitration    4.3.2, 4.4.4, 4.5.1
Cleaning Up    3.15, 6.3
Commencement of Statutory Limitation Period    13.7

Commencement of the Work, Conditions Relating to    2.1.2, 2.2.1,
      3.2.1, 3.2.2, 3.7.1, 3.10.1, 3.12.6, 4.3.7, 5.2.1, 6.2.2,
      8.1.2, 8.2.2, 9.2, 11.1.3, 11.3.6, 11.4.1
Commencement of the Work, Definition of    8.1.2
Communications Facilitating Contract Administration    3.9.1, 4.2.4,
      5.2.1
Completion, Conditions Relating to    3.11, 3.15, 4.3.2, 4.2.9,
      4.3.2, 9.4.2, 9.3, 9.9.1, 9.10, 11.3.5, 12.2.2, 13.7.1
COMPLETION, PAYMENTS AND    9
Completion, Substantial    4.2.9, 4.3.5.2, 8.1.1, 8.1.3, 8.2.3, 9.8,
      9.9.1, 12.2.2, 13.7
Compliance with Laws    1.2, 3.6, 3.7, 3.13, 4.1.1, 10.2.2,
      11.1, 11.3, 13.1, 13.5.1, 13.5.2, 13.6, 14.1.1, 14.2.1.3
Concealed or Unknown Conditions    4.3.6
Conditions of the Contract    1.1.1, 1.1.7, 6.1.1
Consent, Written    1.3.1, 3.12.8, 3.14.2, 4.1.2, 4.3.4, 4.5.5, 9.3.2,
      9.8.2, 9.9.1, 9.10.2, 9.10.3, 10.1.2, 10.1.3, 11.3.1,
      11.3.1.4, 11.3.11, 13.2, 13.4.2

DOCUMENT A201 - GENERAL CONDITIONS OF THE CONTRACT FOR CONSTRUCTION - FOURTEENTH EDITION - AIA - COPYRIGHT 1987 - THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE N.W., WASHINGTON D.C. 20006-5292. WARNING: Unlicensed photocopying violates U.S. copyright laws and is subject to legal prosecution.

CONSTRUCTION BY OWNER OR BY
SEPARATE CONTRACTORS                                            1.1.4, 6
Construction Change Directive, Definition of                    7.2.1
Construction Change Directives          1.1.1, 4.2.8, 7.1, 7.3, 9.3.1.1
Construction Schedules, Contractor's                            3.10, 6.1.3
Contingent Assignment of Subcontracts                           5.4
Continuing Contract Performance                                 4.3.4
Contract, Definition of                                         1.1.2
CONTRACT, TERMINATION OR SUSPENSION
OF THE                                                  4.3.7, 5.4.1.1, 14
Contract Administration                                 3.3.3, 4, 9.4, 9.5
Contract Award and Execution, Conditions Relating to    3.7.1,
                                3.10, 5.2, 9.2, 11.1.3, 11.3.6, 11.4.1

Contract Documents, The                                         1.1, 1.2, 7
Contract Documents, Copies Furnished and Use of         1.3, 2.2.5, 5.3
Contract Documents, Definition of                               1.1.1
Contract Performance During Arbitration                         4.3.4, 4.5.3
Contract Sum                        3.8, 4.3.6, 4.3.7, 4.4.4, 5.2.3, 6.1.3,
                        7.2, 7.3, 9.1, 9.7, 11.3.1, 12.2.4, 12.3, 14.2.4
Contract Sum, Definition of                                     9.1
Contract Time                       4.3.6, 4.3.8, 4.4.4, 7.2.1.3, 7.3, 8.2.1,
                                                8.3.1, 9.7, 12.1.1
Contract Time, Definition of                                    8.1.1


CONTRACTOR                                                      3
Contractor, Definition of                                       3.1, 6.1.2
Contractor's Bid                                                1.1.1
Contractor's Construction Schedules                             3.10, 6.1.3
Contractor's Employees                  3.3.2, 3.4.2, 3.8.1, 3.9, 3.18, 4.2.3,
                                4.2.6, 8.1.2, 10.2, 10.3, 11.1.1, 14.2.1.1
Contractor's Liability Insurance                                11.1
Contractor's Relationship with Separate Contractors
and Owner's Forces                      2.2.6, 3.12.5, 3.14.2, 4.2.4, 6, 12.2.5
Contractor's Relationship with Subcontractors           1.2.4, 3.3.2,
                3.18.1, 3.18.2, 5.2, 5.3, 5.4, 9.6.2, 11.3.7, 11.3.8, 14.2.1.2
Contractor's Relationship with the Architect            1.1.2, 3.2.1, 3.2.2,
                3.3.3, 3.5.1, 3.7.3, 3.11, 3.12.8, 3.16, 3.18, 4.2.3, 4.2.4, 4.2.6,
                                4.2.12, 5.2, 6.2.2, 7.3.4, 9.8.2, 11.3.7, 12.1, 13.5
Contractor's Representations                    1.2.2, 3.5.1, 3.12.7, 6.2.2,
                                                8.2.1, 9.3.3
Contractor's Responsibility for Those Performing the Work       3.3.2,
                                                3.18, 4.2.3, 10
Contractor's Review of Contract Documents       1.2.2, 3.2, 3.7.3
Contractor's Right to Stop the Work                             9.7
Contractor's Right to Terminate the Contract                    14.1

Contractor's Submittals                 2.10, 3.11, 3.12, 4.2.7, 5.2.1, 5.2.3,
                                7.3.6, 9.2, 9.3.1, 9.8.2, 9.9.1, 9.10.2, 9.10.3,
                                                10.1.2, 11.4.2, 11.4.3
Contractor's Superintendent                                     3.9, 10.2.6
Contractor's Supervision and Construction Procedures    1.2.4, 3.3,
                                        3.4, 4.2.3, 8.2.2, 8.3.3, 10

Contractual Liability Insurance                                 11.1.1.7, 11.2.1
Coordination and Correlation            1.2.2, 1.2.4, 3.3.1, 3.10, 3.12.7,
                                                6.1.3, 6.2.1
Copies Furnished of Drawings and Specifications         1.3, 2.2.5, 3.11
Correction of Work                      2.3, 2.4, 4.2.1, 9.8.2, 9.9.1,
                                12.1.2, 12.2, 13.7.1.3
Cost, Definition of                                             7.3.6, 14.3.5
Costs           2.4, 3.2.1, 3.7.4, 3.8.2, 3.15.2, 4.3.6, 4.3.7, 4.5.3.1,
                5.2.3, 6.1.1, 6.2.3, 6.3, 7.3.3, 7.3.6, 7.3.7, 9.7, 9.8.2, 9.10.2,
                                11.3.1.2, 11.3.1.3, 11.3.4, 11.3.9, 12.1, 12.2.1, 12.2.4,

                                                                12.2.5, 13.1.14
Cutting and Patching                                            3.14, 6.2.6

Damage to Construction of Owner or Separate Contractors 3.14.2,
        6.2.4, 9.5.1.5, 10.2.1.2, 10.2.5, 10.3, 11.1, 11.3, 12.2.5
Damage to the Work              3.14.2, 9.9.1, 10.2.1.2, 10.2.5, 10.3, 11.3
Damages, Claims for                     3.18, 4.3.9, 6.1.1, 6.2.5,
                                        8.3.2, 9.5.1.2, 10.1.4
Damages for Delay               6.1.1, 8.3.3, 9.5.1.6, 9.7
Date of Commencement of the Work, Definition of         8.1.2
Date of Substantial Completion, Definition of                   8.1.3
Day, Definition of                                              8.1.4
Decisions of the Architect              4.2.6, 4.2.7, 4.2.11,
                4.2.12, 4.2.13, 4.3.2, 4.3.6, 4.4.1, 4.4.4, 4.5, 6.3,
                7.3.6, 7.3.8, 8.1.3, 8.3.1, 9.2, 9.4, 9.5.1, 9.8.2,
                                9.9.1, 10.1.2, 13.5.2, 14.2.2, 14.2.4
Decisions to Withhold Certification             9.5, 9.7, 14.1.1.3
Defective or Nonconforming Work, Acceptance,
Rejection and Correction of             2.3, 2.4, 3.5.1, 4.2.1,
                4.2.6, 4.3.5, 9.5.2, 9.8.2, 9.9.1, 10.2.5, 12, 13.7.1.3
Defective Work, Definition of                                   3.5.1
Definitions             1.1, 2.1.1, 3.1, 3.5.1, 3.12.1, 3.12.2, 3.12.3,
                4.2.1, 4.3.1, 5.1, 6.1.2, 7.2.1, 7.3.1, 7.3.6, 8.1, 9.1, 9.8.1
Delays and Extensions of Time                   4.3.1, 4.3.8.1, 4.3.8.2,
                6.1.1, 6.2.3, 7.2.1, 7.3.1, 7.3.4, 7.3.5, 7.3.8,
                                7.3.9, 8.1.1, 8.3, 10.3.1, 14.1.1.4
Disputes                4.1.4, 4.3, 4.4, 4.5, 6.2.5, 6.3, 7.3.8, 9.3.1.2
Documents and Samples at the Site                               3.11
Drawings, Definition of                                         1.1.5
Drawings and Specifications, Use and Ownership of       1.1.1, 1.3,
                                                2.2.5, 3.11, 5.3
Duty to Review Contract Documents and Field Conditions  3.2

Effective Date of Insurance                             8.2.2, 11.1.2
Emergencies                                             4.3.7, 10.3
Employees, Contractor's                 3.3.2, 3.4.2, 3.8.1, 3.9, 3.18.1,
                        3.18.2, 4.2.3, 4.2.6, 8.1.2, 10.2, 10.3, 11.1.1, 14.2.1.1
Equipment, Labor, Materials and                 1.1.3, 1.1.6, 3.4, 3.5.1,
                        3.8.2, 3.12.3, 3.12.7, 3.12.11, 3.13, 3.15.1, 4.2.7,
                                6.2.1, 7.3.6, 9.3.2, 9.3.3, 11.3, 12.2.4, 14
Execution and Progress of the Work              1.1.3, 1.2.3, 3.2, 3.4.1,
                        3.5.1, 4.2.2, 4.2.3, 4.3.4, 4.3.8, 6.2.2, 7.1.3,
                                7.3.9, 8.2, 8.3, 9.5, 9.9.1, 10.2, 14.2, 14.3
Execution, Correlation and Intent of the
Contract Documents                                      1.2, 3.7.1
Extensions of Time                      4.3.1, 4.3.8, 7.2.1.3, 8.3, 10.3.1

Failure of Payment by Contractor                        9.5.1.3, 14.2.1.2
Failure of Payment by Owner                             4.3.7, 9.7, 14.1.3
Faulty Work (See Defective or Nonconforming Work)
Final Completion and Final Payment              4.2.1, 4.2.9, 4.3.2,
                        4.3.5, 9.10, 11.1.2, 11.1.3, 11.3.5, 12.3.1, 13.7
Financial Arrangements, Owner's                                 2.2.1
Fire and Extended Coverage Insurance                            11.3

GENERAL PROVISIONS                                              1
Governing Law                                                   13.1
Guarantees (See Warranty and Warranties)

Hazardous Materials                                     10.1, 10.2.4

Identification of Contract Documents                            1.2.1
Identification of Subcontractors and Suppliers                  5.2.1
Indemnification         3.17, 3.18, 9.10.2, 10.1.4, 11.3.1.2, 11.3.7
Information and Services Required of the Owner  2.1.2, 2.2,
                4.3.4, 6.1.3, 6.1.4, 6.2.6, 9.3.2, 9.6.1, 9.6.4, 9.8.3, 9.9.2,
                                9.10.3, 10.1.4, 11.2, 11.3, 13.5.1, 13.5.2
Injury or Damage to Person or Property                          4.3.9
Inspections                                     3.3.3, 3.3.4, 3.7.1, 4.2.2,
                                4.2.6, 4.2.9, 4.3.6, 9.4.2, 9.8.2, 9.9.2, 9.10.1, 13.5