

## AMERICAN STATES INSURANCE COMPANY

### SEATTLE, WASHINGTON
### COMMERCIAL INSURANCE POLICY

| | |
|---|---|
| NAMED INSURED AND MAILING ADDRESS | CURRY ICE & COAL OF CARLINVILLE, INC.<br>RR 2 BOX 50<br>CARLINVILLE, IL 62626 |

**MEMO COPY**

POLICY NUMBER  01-CE-430322-1
RENEWAL OF    NEW                        09-98

SEE NAMED INSURED EXTENSION

POLICY PERIOD FROM 09-04-98 TO 09-04-99  12:01 AM
STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

AGENT NAME AND ADDRESS
LEE O'KEEFE INS AGENCY INC
2501 CHATHAM RD, STE 100
P O BOX 13080
SPRINGFIELD, IL 62791
1247449           (217) 528-5679

THIS IS A MEMORANDUM COPY OF COVERAGE PROVIDED TO THE NAMED INSURED. THIS IS NOT A BILLING STATEMENT OR NOTICE.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, THE COMPANIES INDICATED ON THE SPECIFIC COVERAGE PART DECLARATIONS AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

```
       COMMERCIAL LIABILITY COVERAGE PART   ................ $       8,237.00
       COMMERCIAL AUTO COVERAGE PART        ................ $     850,928.00
                                                                  _____
                                                                     859,165.00
PREMIUM FOR CERTIFIED ACTS OF TERRORISM     ................ $           0.00
              TOTAL POLICY PREMIUM          ................ $     859,165.00
```

COUNTERSIGNATURE

_____   BY   _____
       (DATE)                  (AUTHORIZED REPRESENTATIVE)

**EXHIBIT 2**

COMPANY USE ONLY
POLICY REQUESTS    PR (LORSO40)   MEMO COPY         PREPARED 11-22-04

Safeco® and the Safeco logo are trademarks of Safeco Corporation.

9-CC(0887)                             Page 1                                  EP
                                                                  C-PR-22-PRINT001-0001-0001-A



NAMED INSURED EXTENSION
AMERICAN STATES INSURANCE COMPANY
SEATTLE, WASHINGTON

PAGE 2

POLICY NUMBER: 01-CE-430322-1

The following is a complete list of the named insureds:

CURRY ICE & COAL OF CARLINVILLE, INC.
CURRY ICE & COAL OF ILLIOPOLIS, INC.
CURRY ICE & COAL OF OTTAWA, INC.
CURRY ICE & COAL OF PERRYSVILLE, INC.
CURRY ICE & COAL OF PEORIA, INC.
CURRY ICE & COAL OF SPRINGFIELD, INC.

9-CC(0887)

ADDLNAMINS089461

POLICY REQUESTS    PR (LORSCH)   PREPARED 11-22-04

COMPANY USE ONLY

Safeco ® and the Safeco logo are trademarks of Safeco Corporation

C-PR-22-PRINT001-0001-0003-A

AMERICAN STATES INSURANCE COMPA.
SEATTLE, WASHINGTON

COMMERCIAL LIABILITY COVERAGE PART   DECLARATIONS                PAGE CG   1

NAMED INSURED:  CURRY ICE & COAL OF              POLICY NUMBER:  01-CE-430322-1
FORM OF BUSINESS:  ORGANIZATION OTHER THAN A PARTNERSHIP OR JOINT VENTURE

```
                         L I M I T S   O F   I N S U R A N C E
EMPLOYEE BENEFIT LIABILITY
    AGGREGATE LIMIT                                                  $2,000,000
    EACH INCIDENT LIMIT                                              $1,000,000
COMMERCIAL GENERAL LIABILITY
    GENERAL AGGREGATE LIMIT (OTHER THAN PRODUCTS-COMPLETED OPERATIONS) $2,000,000
    PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT                    $2,000,000
    PERSONAL AND ADVERTISING INJURY LIMIT                            $1,000,000
    EACH OCCURRENCE LIMIT                                            $1,000,000
    DAMAGE TO PREMISES RENTED TO YOU (ANY ONE PREMISE)               $  200,000
    MEDICAL EXPENSE LIMIT (ANY ONE PERSON)                           $   10,000
```

RETROACTIVE DATE OF  09-04-98 APPLIES TO  SECTION I OF THE EMPLOYEE BENEFIT
COVERAGE FORM.  THIS INSURANCE DOES NOT APPLY TO ANY 'WRONGFUL ACT' WHICH IS
COMMITTED BEFORE THE RETROACTIVE DATE.

LOCATION OF ALL PREMISES YOU OWN, RENT, OR OCCUPY:

1. RR 2 BOX 50
   CARLINVILLE, IL 62626

2. 9999 N STATE ROAD 63
   PERRYSVILLE, IN 47974

| CODE | CLASSIFICATION-PREMIUM BASIS | EXPOSURE | RATE | PREMIUM |
|---|---|---|---|---|
| | MISCELLANEOUS PROFESSIONAL LIABILITY | | | |
| | ** LOCATION # 1 ** | | | |
| 00227 | EMPLOYEE BENEFIT LIABILITY (REFER TO FORM CG0435* FOR COVERAGE) (PER NUMBER OF EMPLOYEES) | 410 | .0440 | $ 18.00 |
| | TO MEET COVERAGE MINIMUM | | | 37.00 |
| | COMMERCIAL GENERAL LIABILITY OTHER THAN PRODUCTS-COMPLETED OPERATIONS | | | |
| | ** LOCATION # 1 ** | | | |
| 99793 | TRUCKERS PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT PAYROLL (PER $1000) | 1,348,520 | 5.7340 | 7,732.00 |

9-CC(CG) (1298) POLICY REQUESTS      (LORSC)         PREPARED  11-22-04 CMD40 SEQ.0001

AMERICAN STATES INSURANCE COMPANY
SEATTLE, WASHINGTON

COMMERCIAL LIABILITY COVERAGE PART   DECLARATIONS                PAGE CG   2

NAMED INSURED: CURRY ICE & COAL OF           POLICY NUMBER: 01-CE-430322-1

| CODE | CLASSIFICATION-PREMIUM BASIS | EXPOSURE | RATE | PREMIUM |
|---|---|---|---|---|
| | ** LOCATION # 2 ** | | | |
| 99793 | TRUCKERS<br>PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT<br>TO THE GENERAL AGGREGATE LIMIT<br>PAYROLL (PER $1000) | 78,986 | 5.6950 | 450.00 |

PREMIUM ADJUSTMENTS:

   CERTIFIED ACTS OF TERRORISM                          $       0.00

   COMMERCIAL LIABILITY TOTAL                           $   8,237.00


THE FOLLOWING FORMS CURRENTLY APPLY TO THIS COVERAGE PART:

```
CG2010(0397)  -  ADDL INSD OWNERS LESSEES O
IL0017(1185)  -  COMMON POLICY CONDITIONS
IL0021(1194)  -  NUCLEAR ENERGY LIABILITY ENDTS
CG0001(0196)  -  COMMERCIAL GENERAL LIABILITY COVERAGE
CG7635(0398)  -  LIABILITY PLUS ENDORSEMENT
CG0200(0487)  -  ILLINOIS CHGS - CANCELLATION AND NONREN
CG0054(0397)  -  AMENDMENT OF POLL. EXCL.
CG0055(0397)  -  AMND. OF OTHER INS. CONDITIONS
CG8613(0598)  -  ASBESTOS EXCLUSION
CG2147(1093)  -  EMPLOYMENT RELATED PRACTICES
CG7606(0396)  -  EMPLOYEE BENEFIT LIABILITY COVERAGE
CG7659(0393)  -  ILLINOIS CHANGES-EMPLOYEE BENEFIT
IL0272(0689)  -  IN CHGS - CANCEL & NONRENEWAL
IL0158(0689)  -  INDIANA CHANGES
```

BUSINESS AUTO COVERAGE PART DECLARATIONS                PAGE  BA   1

ITEM ONE -- NAMED INSURED:                              POLICY NUMBER: 01-CE-430322-1
             CURRY ICE & COAL OF
FORM OF BUSINESS: CORPORATION

ITEM TWO -- SCHEDULE OF COVERAGES AND COVERED AUTOS

THIS POLICY PROVIDES ONLY THOSE COVERAGES WHERE A CHARGE IS SHOWN IN THE PREMIUM COLUMN BELOW.  EACH OF THESE COVERAGES WILL APPLY ONLY TO THOSE "AUTOS" SHOWN AS COVERED "AUTOS."  "AUTOS" ARE SHOWN AS COVERED "AUTOS" FOR A PARTICULAR COVERAGE BY THE ENTRY OF ONE OR MORE OF THE SYMBOLS FROM THE COVERED AUTO SECTION OF THE BUSINESS AUTO COVERAGE FORM NEXT TO THE NAME OF THE COVERAGE.

| COVERAGES | LIMIT OF INSURANCE | DEDUCTIBLE | COVERED AUTO SYMBOL | PREMIUM |
|---|---|---|---|---|
| LIABILITY | $ 1,000,000 | | 1 | $    376.00 |
| | *CERTIFIED ACTS OF TERRORISM | | | $      0.00 |
| | ENDORSEMENT PREMIUM | | | $850,552.00 |
| | ESTIMATED TOTAL PREMIUM | | | $850,928.00 |

* THIS POLICY PROVIDES COVERAGE FOR CERTIFIED ACTS OF TERRORISM WHEN A PREMIUM CHARGE IS SHOWN IN THE PREMIUM COLUMN

ITEM THREE -- SCHEDULE OF COVERED AUTOS YOU OWN

    NO SCHEDULED VEHICLES

ITEM FOUR -- SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS

RATING BASIS - COST OF HIRE

| STATE | ESTIMATED COST OF HIRE FOR EACH STATE | RATE PER EACH $100 COST OF HIRE | FACTOR IF LIAB. COV IS PRIMARY) | MINIMUM PREMIUM | PREMIUM |
|---|---|---|---|---|---|
| ILLINOIS | IF ANY | 2.12 | | $  42.00 | $   42.00 |
| | | | TOTAL PREMIUM | | $   42.00 |

COST OF HIRE MEANS THE TOTAL AMOUNT YOU INCUR FOR THE HIRE OF "AUTOS" YOU DO NOT OWN (NOT INCLUDING "AUTOS" YOU BORROW OR RENT FROM YOUR PARTNERS OR EMPLOYEES OR THEIR FAMILY MEMBERS).
COST OF HIRE DOES NOT INCLUDE CHARGES FOR SERVICES PERFORMED BY MOTOR CARRIERS OF PROPERTY OR PASSENGERS.

ITEM FIVE -- SCHEDULE FOR NON-OWNERSHIP LIABILITY

| NAMED INSURED'S BUSINESS | RATING BASIS | NUMBER | PREMIUM |
|---|---|---|---|
| OTHER THAN SOCIAL SERVICE AGENCY | EMPLOYEES | 410 | $   334.00 |
| | TOTAL PREMIUM | | $   334.00 |

9-CC(BA) (0797)    POLICY REQUESTS        (LORSC) PREPARED  11-22-04 CM2E0 SEQ.0001

BUSINESS AUTO COVERAGE PART DECLARATIONS              PAGE BA   2 -LAST

NAMED INSURED: CURRY ICE & COAL OF              POLICY NUMBER: 01-CE-430322-1

ENDORSEMENT PREMIUM

| FORM NUMBER | DESCRIPTION | PREMIUM |
|---|---|---|
|  | MISCELLANEOUS | $850,552.00 |
|  | TOTAL | $850,552.00 |

THE FOLLOWING FORMS CURRENTLY APPLY TO THIS COVERAGE PART:

```
6-3526(0697)   - DEAR POLICYHOLDER - IL.
CA0001(0797)   - BUSINESS AUTO COVERAGE FORM
CA0270(0894)   - ILLINOIS CHANGES - CANC/NON-RENEWAL
IL7201(0392)   - COMPANY COMMON POL CONDITIONS
IL0017(1185)   - COMMON POLICY CONDITIONS
IL0021(1194)   - NUCLEAR ENERGY LIABILITY ENDTS
CA0120(0894)   - ILLINOIS CHANGES
CA7120(0598)   - WAIVER OF COLLISION DEDUCTIBLE
MCS-90(0190)   - ENDORSEMENT FOR MOTOR CARRIER POLICIES
CA7110(0598)   - ULTRA AUTO PLUS ENDORSEMENT
CA2130(1097)   - ILLINOIS UNINSURED MOTORIST COV
CA2138(1097)   - ILLINOIS UNDERINSURED MOTORISTS COV
CA9903(0797)   - AUTO MEDICAL PAYMENTS COVERAGE
CA7900(1293)   - POLICY CHANGES
CA9916(1293)   - HIRED AUTOS SPECIFIED AS COV AUTOS
```

 **SAFECO**

OMMERCIAL GENERAL LIABILI. COVERAGE FORM

CG 00 01 01 96

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under WHO IS AN INSURED (SECTION II).

Other words and phrases that appear in quotation marks have special meaning. Refer to DEFINITIONS (SECTION V).

## SECTION I – COVERAGES

### COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**
   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:
   
   (1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and
   
   (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.
   
   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.
   
   b. This insurance applies to "bodily injury" and "property damage" only if:
   
   (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and
   
   (2) The "bodily injury" or "property damage" occurs during the policy period.

   c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**.

   This insurance does not apply to:
   
   a. **Expected or Intended Injury**
   
   "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.
   
   b. **Contractual Liability**
   
   "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:
   
   (1) that the insured would have in the absence of the contract or agreement; or
   
   (2) assumed in a contract or agreement that is an "insured contract"; provided the "bodily injury" or "property damage" occurs subsequent to the execution of the the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:
   
   (a) liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and
   
   (b) such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.
   
   c. **Liquor Liability**
   
   "Bodily injury" or "property damage" for which any insured may be held liable by reason of:
   
   (1) Causing or contributing to the intoxication of any person;
   
   (2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

Copyright, Insurance Services Office, Inc., 1994            Page 1 of 12

CG 00 01 01 96

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

    (b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

g. **Aircraft, Auto or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:
    (a) Less than 26 feet long; and
    (b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment".

h. **Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i. **War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

j. **Damage to Property**

"Property damage" to:

(1) Property you own, rent, or occupy;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

k. **Damage to Your Product**

"Property damage" to "your product" arising out of it or any part of it.

l. **Damage to Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m. **Damage to Impaired Property or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

Copyright, Insurance Services Office, Inc., 1994      Page 3 of 12

C-PR-22-PRINT001-0001-0011-A

contain, treat, detoxify or neutralize, or in any way respond to, or asses the effects of pollutants; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**COVERAGE C. MEDICAL PAYMENTS**

1. **Insuring Agreement.**

   a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

      (1) On premises you own or rent;
      (2) On ways next to premises you own or rent; or
      (3) Because of your operations;

      provided that:

      (1) The accident takes place in the "coverage territory" and during the policy period;
      (2) The expenses are incurred and reported to us within one year of the date of the accident; and
      (3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

   b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

      (1) First aid administered at the time of an accident;
      (2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and
      (3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions.**

   We will not pay expenses for "bodily injury":

   a. To any insured.
   b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

   c. To a person injured on that part of premises you own or rent that the person normally occupies.
   d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers compensation or disability benefits law or a similar law.
   e. To a person injured while taking part in athletics.
   f. Included within the "products-completed operations hazard".
   g. Excluded under Coverage A.
   h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

1. All expenses we incur.
2. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.
3. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.
4. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.
5. All costs taxed against the insured in the "suit".
6. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.
7. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

   a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability

CG 00 01 01 96

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

consequence of paragraph (1)(a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs (1) (a) or (b) above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by,

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by,

you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

1. The Limits of insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage C;

b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

Copyright, Insurance Services Office, Inc., 1994          Page 7 of 12

C-PR-22-PRINT001-0001-0015-A

CG 00 01 01 96

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

(1) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(2) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner; or

(3) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Coverage A (Section 1).

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.** Method of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5.** Premium Audit.

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6.** Representations.

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7.** Separation Of Insureds.

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8.** Transfer Of Rights Of Recovery Against Others To Us.

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9.** When We Do Not Renew.

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V - DEFINITIONS

1. "Advertising injury" means injury arising out of one or more of the following offenses:

CG 00 01 01 96

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

9. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

10. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";
   b. While it is in or on an aircraft, watercraft or "auto"; or
   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

11. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;
   b. Vehicles maintained for use solely on or next to premises you own or rent;
   c. Vehicles that travel on crawler treads;
   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:
      (1) Power cranes, shovels, loaders, diggers or drills; or
      (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;
   e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:
      (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or
      (2) Cherry pickers and similar devices used to raise or lower workers;

   f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

   However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   (1) Equipment designed primarily for:
      (a) Snow removal;
      (b) Road maintenance, but not construction or resurfacing; or
      (c) Street cleaning.
   (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and
   (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

12. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

13. "Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;
   b. Malicious prosecution;
   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;
   d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or
   e. Oral or written publication of material that violates a person's right of privacy.

14. "Products-completed operations hazard":

   a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:
      (1) Products that are still in your physical possession; or
      (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

THIS FORM PROVIDES CLAIMS MADE COVERAGE. PLEASE READ THE ENTIRE FORM CAREFULLY.

 **SAFECO**  **EMPLOYEE BENEFIT LIABILITY COVERAGE FORM**  CG 76 06 03 96

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under SECTION II - WHO IS AN INSURED.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION VI - DEFINITIONS.

### SECTION I - EMPLOYEE BENEFIT LIABILITY COVERAGE

1. **Insuring Agreement.**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of financial loss arising out of the "administration" of the insured's "employee benefit program" to which this insurance applies. The financial loss must be caused by an "incident." We will have the right and duty to defend the insured against any "suit" seeking damages arising out of an "incident". However, we will have no duty to defend the insured against any "suit" seeking damages for an "incident" to which this insurance does not apply. This insurance does not apply to any "incident" which occurred before the Retroactive Date, if any, shown in the Declarations or which occurs after the policy expires. The "incident" must take place in the "coverage territory". We may, at our discretion, investigate any "incident" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in SECTION III - LIMITS OF INSURANCE;

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements.

   No other obligation of liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS.

   b. This insurance only applies if a claim for damages because of financial loss is first made against any insured during the policy period or during the Extended Reporting Period described in Section V.

      (1) A claim by a person or organization seeking damages will be deemed to have been made when notice of such claim is received and recorded by any insured or by us, whichever comes first.

      (2) All claims for damages because of financial loss to the same person will be deemed to have been made at the time the first of those claims is made against any insured.

2. **Exclusions**

   This insurance does not apply to:

   a. Financial loss expected or intended from the standpoint of the insured.

   b. Financial loss arising out of:

      (1) The willful violation of a statute or ordinance relating to the "administration" of all or part of an "employee benefit program";

      (2) An insurer's failure to meet the requirements of a contract;

      (3) Your failure to comply with any workers compensation, unemployment compensation or disability benefits law;

      (4) The termination of any plan within an "employee benefit program";

      (5) The failure of an investment to perform as represented by any insured;

      (6) The investment or non-investment of funds;

      (7) Advice given to any person to participate or not participate in any plan within an "employee benefit program"; or

      (8) The failure of an "employee benefit program."

   c. Financial loss or penalty arising out of the failure to comply with the Employee Retirement Income Security Act.

   d. "Bodily injury," "property damage," "personal injury," or "advertising injury."

   e. Loss arising out of any dishonest, fraudulent, criminal or malicious act or omission, committed by any insured.

CG 76 06 03 96

b.  If a claim is made or "suit" is brought against any insured or if an action is initiated, you must see to it that we receive prompt written notice of the claim or "suit" or notice of action.

c.  You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit" and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d.  No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense.

3.  **Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a.  To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b.  To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4.  **Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this Coverage Part our obligations are limited as follows:

a.  Primary Insurance

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by method described in c. below.

b.  Excess Insurance

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

(1) That is effective prior to the beginning of the policy period shown in the Declarations of this insurance and applies to "incidents" on other than a claims-made basis, if:

(a) No Retroactive Date is shown in the Declarations of this insurance; or

(b) The other insurance has a policy period which continues after the Retroactive Date shown in the Declarations of this insurance;

When this insurance is excess, we will have no duty under Section I to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's right against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of the Coverage Part.

c.  Method of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5.  **Premium Audit**

a.  We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b.  Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close

CG 76 06 03 96

  c. Pension plans;
  d. Employee stock subscription plans;
  e. Workers compensation;
  f. Unemployment insurance;
  g. Social security;
  h. Disability benefits insurance; or
  i. Travel, savings or vacation plans.
7. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.
8. "Incident" means any act or omission in the "administration" of your "employee benefit program." All acts or omissions in the "administration" of your "employee benefit program" to any one person shall be deemed to be one "incident."
9. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".
10. "Personal injury" means injury, other than "bodily injury," arising out of one or more of the following offenses:
  a. False arrest, detention or imprisonment;
  b. Malicious prosecution;
  c. Wrongful entry into, or eviction of a person from, a room, dwelling or premises that the person occupies;
  d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or
  e. Oral or written publication of material that violates a person's right of privacy.
11. "Property damage" means:
  a. Physical injury to tangible property, including all resulting loss of use of that property; or
  b. Loss of use of tangible property that is not physically injured.
12. "Suit" means a civil proceeding in which damages because of financial loss to which this insurance applies are alleged. "Suit" includes:
  a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or
  b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.
13. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

C-PR-22-PRINT001-0001-0029-A

CG 76 35 03 98

COMMERCIAL GENERAL LIABILITY

**NON-OWNED WATERCRAFT AND NON-OWNED AIRCRAFT LIABILITY**

Exclusion g. of COVERAGE A (Section I) is replaced by the following:

g. "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading."

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:
   (a) Less than 52 feet long; and
   (b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment."

(6) An aircraft you do not own provided it is not operated by any insured.

**TENANTS' PROPERTY DAMAGE LIABILITY**

When a Fire Damage Limit is shown in the Declarations the following changes are made:

1. The last paragraph of COVERAGE A (Section I) is replaced by the following:

   Exclusions c. through e. and exclusions g. through n. do not apply to your liability for "property damage" to premises while rented to you or temporarily occupied by you with permission of the owner. The following additional exclusions apply only to such "property damage:"

   This insurance does not apply to liability arising out of:

   o. Mechanical breakdown, or by rupture of or bursting caused by centrifugal force.

   p. Explosion of steam boilers, steam pipes, steam turbines or steam engines.

   q. Activities of any insured which are not connected with the business of any insured.

   A separate limit of insurance applies to this coverage, and is described as the Fire Damage Limit in LIMITS OF INSURANCE (Section III).

2. Paragraph 6. of LIMITS OF INSURANCE (Section III) is replaced by the following:

   6. Subject to 5. above, the Fire Damage Limit is the most we will pay under Coverage A for damages because of "property damage" to premises, while rented to you, or temporarily occupied by you with permission of the owner, arising out of any one "occurrence."

   The Fire Damage Limit is the higher of $200,000 or the amount shown in the Declarations as Fire Damage Limit.

3. Paragraph 4.b.(2) of COMMERCIAL GENERAL LIABILITY CONDITIONS (Section IV) is replaced by the following:

   (2) That is Fire, Explosion or "property damage" insurance for premises rented to you or temporarily occupied by you with permission of the owner; or

4. Paragraph 8.a. of DEFINITIONS (Section V) is replaced by the following:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damages to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract;"

**WHO IS AN INSURED - MANAGERS**

The following is added to Paragraph 2.a. of WHO IS AN INSURED (Section II):

Paragraph (1) does not apply to executive officers, or to managers at the supervisory level or above.

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B - BAIL BONDS**

a. Paragraph 2. of SUPPLEMENTARY PAYMENTS - COVERAGES A AND B is replaced by the following:

   2. Up to $2,000 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**EMPLOYEES AS INSUREDS - HEALTH CARE SERVICES**

Provision 2.a.(1) d. of WHO IS AN INSURED (Section II) is deleted, unless excluded by separate endorsement.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ CAREFULLY.



**ILLINOIS CHANGES – EMPLOYEE BENEFIT LIABILITY**

CG 76 59 03 93

COMMERCIAL GENERAL LIABILITY

This endorsement modifies insurance provided under the following:

EMPLOYEE BENEFIT LIABILITY

**SECTION III LIMITS OF INSURANCE** is amended as follows:

Our limit of liability available during any extended discovery period is fully reinstated to the same limit of liability which was specified for the last annual period of coverage prior to the extended discovery period.

---

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.



**EXCLUSION - ASBESTOS**

CG 86 13 05 98

COMMERCIAL GENERAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of or resulting from the manufacturing, handling, selling, distribution, disposal, existence, use of or exposure to asbestos, asbestos dust, asbestos fibers or asbestos products.

We will not have the duty to defend any such claim or "suit."

CG 86 13 05 98

THIS ENDO    MENT CHANGES THE POLICY. PLEASE REA    CAREFULLY.

 **SAFECO**      **ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION**      CG 20 10 03 97

COMMERCIAL GENERAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

Name of Person or Organization:

```
FIRSTAR EQUIPMENT FINANCE CORP.
6000 CLEARWATER
MINNETONKA, MN  55343

CENTRAL ILLINOIS LIGHT COMPANY
RISK MANAGEMENT SERVICES
300 LIBERTY STREET
PEORIA, IL  61602

HERZOG CONTRACTING CORP.
ATTN:  DAVE MOONEY
PO BOX 1089, ST JOSEPH, MO  64507
```

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of your ongoing operations performed for that insured.

Copyright, Insurance Services Office, Inc., 1996      Page 1 of 1

C DR 20 DDINT001.0001.0035.A

 **USINESS AUTO COVERAGE FO** CA 00 01 07 97

COMMERCIAL AUTO

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION V - DEFINITIONS.

**SECTION I - COVERED AUTOS**

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

A. Description Of Covered Auto Designation Symbols

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| 1 | Any "Auto" | |
| 2 | Owned "Autos" Only | Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 3 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 4 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 5 | Owned "Autos" Subject To No-Fault | Only those "autos" you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have No-Fault benefits in the state where they are licensed or principally garaged. |
| 6 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 7 | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| 8 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees" or partners or members of their households. |
| 9 | Nonowned "Autos" Only | Only those "autos" you do not own, lease, hire rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs. |

Copyright, Insurance Services Office, Inc., 1996    Page 1 of 10

C-PR-22-PRINT001-0001-0037-A

CA 00 01 07 97

COMMERCIAL AUTO

"accident" we cover. We do not have to furnish these bonds.

(3) The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

(4) All reasonable expenses incurred by the "insured" at our request, including actual loss of earning up to $250 a day because of time off from work.

(5) All costs taxed against the "insured" in any "suit" against the "insured" we defend.

(6) All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our our Limit of Insurance.

b. **Out of State Coverage Extensions**

While a covered "auto" is away from the state where it is licensed we will:

(1) Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

(2) Provide the minimum amounts and types of other coverages, such as no-fault, required of out of state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

B. **Exclusions**

This insurance does not apply to any of the following:

1. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

2. **Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

a. Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

b. That the "insured" would have in the absence of the contract or agreement.

3. **Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

4. **Employee Indemnification And Employer's Liability**

"Bodily injury" to:

a. An "employee" of the "insured" arising out of and in the course of:

(1) Employment by the "insured"; or
(2) Performing the duties related to the conduct of the "insured's" business; or

b. The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph a. above.

This exclusion applies:

(1) Whether the "insured" may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. **Fellow Employee**

"Bodily injury" to any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while