

COPY

IN THE CIRCUIT COURT OF SEVENTH JUDICIAL CIRCUIT
SANGAMON COUNTY, ILLINOIS

AMERICAN STORES PROPERTIES, INC., a )
Delaware corporation, )
)
         Plaintiff, )  No. 2002-L-0147
vs. )
)  Judge Graves
DEARBORN CONSTRUCTION, INC., an )
Idaho corporation, and PERRY BROUGHTEN )    *IMPORTANT
TRUCKING & EXCAVATING, INC., a )    THIS SUBPOENA WILL NOT
Delaware corporation, )    NECESSITATE YOUR PERSONAL
)    APPEARANCE IF YOU SIGN THE
)    ENCLOSED STATEMENT AND
         Defendants. )    SUBMIT ALL THE REQUESTED
)    DOCUMENTS BY THE DUE DATE
    INDICATED IN THE SUBPOENA
    **FOR INFORMATION CALL**
    **(801) 534-7270**

### SUBPOENA FOR DEPOSITION DUCES TECUM

To:  CURRY OFFICE SUPPLY, INC
      RR 2, BOX 50
      CARLINVILLE, ILLINOIS, 62626

YOU ARE COMMANDED to appear to give your discovery deposition* before a notary public at Menges & Molzahn, L.L.C., 20 North Clark, Suite 2300, Chicago, Illinois on April 23, 2004 at 9:00 a.m.

YOU ARE COMMANDED ALSO to bring the following in your possession or control:

1.    Documents which mention, refer to or concern the hauling and/or sale of flyash, ash, bottom ash and/or scrubber sludge for use as structural fill and/or the chemical treatment of fill at the Osco Drug Store located at MacArthur Boulevard and Outer Park Road in Springfield, Illinois.

2.    Documents which mention, refer to or concern the "ash" referred to on the Freight Bill attached hereto as Exhibit "A."

635948v2



3.  Documents which mention, refer to or concern the sale and/or delivery by Curry Office Supply, Inc., Curry Ice & Coal, Inc., and/or Curry Ice & Coal of Carlinville, Inc., (collectively, "Curry") of the "ash" referred to in the Freight Bill attached hereto as Exhibit "A."

4.  Documents which mention, refer to or concern the hauling, sale and/or delivery by Curry of flyash, ash, bottom ash and/or scrubber sludge for or to Perry Broughten Trucking & Excavating, Inc., ("Broughten") during May 1998.

5.  Documents which mention, refer to or concern the source, method of collection, method of processing and/or storage, chemical composition, physical properties, or uses of flyash, ash, bottom ash and/or scrubber sludge hauled, sold and/or delivered by Curry for or to Broughten during May 1998.

YOUR FAILURE TO APPEAR IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.

4/1/04
_____
Clerk of Court

(Seal of Court)

CRAIG R. MARIGER
Jones Waldo Holbrook & McDonough PC
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
Telephone: (801) 521-3200
Facsimile: (801) 328-0537

STEVEN P. ROUSE
PAUL PORVAZNIK
Menges & Molzahn, L.L.C.
20 North Clark, Suite 2300
Chicago, IL 60602
Telephone: (312) 917-1880
Facsimile: (312) 917-1851

635948v2