**CORPORATE HEADQUARTERS**
**CRM READY-MIX COMPANIES**
**CURRY ICE & COAL COMPANIES**
21149 Route 4
Carlinville, IL 62626
Phone: (217) 854-3101
Fax: (217) 854-2740

**CURRY ICE & COAL COMPANIES**
**CENTRAL DISPATCH**
Phone: (217) 854-3101
(800) 525-8988
Fax: (217) 854-2740
Pager: (800) 602-4550

 

# THE CURRY COMPANIES



**CURRY ICE & COAL COMPANIES**
**LIPPOLD & ARNETT**
**RECRUITING OFFICE**
1302 S. Broad St.
Carlinville, IL 62626
Phone: (217) 854-2508
Fax: (217) 854-2742
(800) 252-8848

**SCHWEND'S E-MIX**
**CENTRAL DISPATCH**
405 West Main St.
Highland, IL 62249
Phone: (800) 551-3649
Fax: (618) 654-1926

May 5, 2004

Mr. Paul Porvaznik
Menges & Molzahn, L.L.C.
20 North Clark, Suite 2300
Chicago, Illinois 60602

COPY

Re: Subpoena for Deposition Duces Tecum

Dear Mr. Porvaznik:

In confirmation of our telephone conversation of earlier today, please find the enclosed documents provided in accordance with the above-referenced subpoena relative to the American Stores Properties, Inc. vs. Dearborn Construction, Inc. and Perry Broughton Trucking and Excavating, Inc. litigation.

The enclosed information represents any and all documents that our company has in its possession regarding this matter.

Should you have questions or require any additional information in regard to this matter, please contact me at (217) 854-3101, extension 238.

Respectfully submitted,

Bruce Garner
Chief Operating Officer

EXHIBIT 4