



ATTORNEYS & COUNSELORS
EST. 1875

TEL: 801-521-3200
FAX: 801-328-0537

170 SOUTH MAIN ST, SUITE 1500
SALT LAKE CITY, UTAH 84101

WWW.JONESWALDO.COM

June 2, 2004

**Via Fax Transmission and U.S. Mail**

Bruce Garner
Chief Operating Officer
The Curry Companies
21149 Route 4
Carlinville, IL 62626

   Re: American Stores Properties, Inc., et al. v. Dearborn Construction, Inc., et al.
      Depositions of Tracy Heath and Scott Roberts

Dear Mr. Garner:

  Thank you for your agreement to cooperate with us in obtaining brief deposition testimony from Tracy Heath and Scott Roberts, current employees of The Curry Companies ("Curry"), regarding documents produced by Curry in response to a Subpoena for Deposition Duces Tecum previously served in the above-described litigation. Enclosed with your letter of May 5, 2004 to Mr. Paul Porvaznik were Truck Bills responsive to the Subpoena completed by Curry drivers, including Mr. Heath and Mr. Roberts. I have communicated to you my interest in obtaining brief testimony from Mr. Heath and Mr. Roberts regarding their preparation of the Truck Bills and their recollections, if any, of the haulage of ash to the Springfield, Illinois Osco Drug Store site at MacArthur Boulevard and Otter Park Drive in May, 1998. At your suggestion, I telephoned Ralph Clark and verified that 4:30 p.m. would be the most convenient time for these depositions. I do not expect the depositions to be longer than 30 minutes per deposition.

  Pursuant to our telephone conversation and my telephone conversation with Mr. Clark, I have noticed the depositions for 4:30 p.m. on June 8, 2004 at your offices in Carlinville, Illinois. I understand that the drivers complete their deliveries sometime between 4:00 p.m. and 5:00 p.m., and that the depositions may not commence promptly at 4:30 p.m. It is my understanding that Mr. Heath and Mr. Roberts will appear for the depositions voluntarily and without service of a Subpoena. I have agreed to provide to each witness a witness fee in the statutory amount. It is my understanding that you will make available to us a conference room for the taking of these depositions at your facility in Carlinville, Illinois. If any instructions are necessary for us to locate the proper office building where the deposition will occur, please provide this information to me and I will provide it to other counsel.

646325v1

SALT LAKE CITY, UTAH – ST. GEORGE, UTAH



EXHIBIT
5

June 2, 2004
Page 2

I have enclosed a copy of the Notices of Deposition for your file. Thank you again for your cooperation.

Very truly yours,

JONES WALDO HOLBROOK & McDONOUGH PC

Craig R. Mariger

CRM:ms
Encls.
cc: Christian Ambler, Esq.
William Knapp, Esq.
Ralph Clark
Daniel S. Day, Esq.

646325v1

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
SANGAMON COUNTY, ILLINOIS

AMERICAN STORES PROPERTIES, INC., )
a Delaware corporation, )
)
　　　　　　　　　Plaintiff, )
vs. )
)
DEARBORN CONSTRUCTION, INC., an )
Idaho corporation, and PERRY BROUGHTEN )    No. 2002-L-0147
TRUCKING & EXCAVATING, INC., a )
Delaware corporation, )    Judge Graves
)
　　　　　　　　　Defendants. )

## NOTICE OF DEPOSITION

To: Mr. Richard M. Johnson, Jr.　　　　　Mr. William J. Knapp, Esq.
　　Mr. Christian D. Ambler　　　　　　　Ms. Elizabeth A. Bradley, Esq.
　　Stone & Moore, Chtd.　　　　　　　　Knapp, Ohl & Green
　　30 North LaSalle Street　　　　　　　22 Ginger Creek Parkway
　　Suite 4300　　　　　　　　　　　　　P.O. Box 760
　　Chicago, IL 60602　　　　　　　　　Glen Carbon, IL 62034

　　　YOU ARE HEREBY NOTIFIED that pursuant to the provisions of Section 2-1003 of the Code of Civil Procedure and Rules 201 *et seq.* of the Illinois Supreme Court the deposition of:

TRACY HEATH

will be taken for the purposes of discovery before a Notary Public in and for the County of Macoupin and State of Illinois on June 8, 2004, at the hour of 4:30 p.m., at The Curry Companies, 21149 Route 4, Carlinville, Illinois 62626.

　　　　　　　　　　　　　　　　　AMERICAN STORES PROPERTIES, INC.

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

**CRAIG R. MARIGER**　　　　　　　　　**STEVEN P. ROUSE**
Jones Waldo Holbrook & McDonough　　　**PAUL PORVAZNIK**
170 South Main Street, Suite 1500　　　Menges & Molzahn, L.L.C.
Salt Lake City, UT 84101　　　　　　　20 North Clark, Suite 2300
Telephone: (801) 521-3200　　　　　　　Chicago, IL 60602
Facsimile: (801) 328-0537　　　　　　　Telephone: (312) 917-1880
　　　　　　　　　　　　　　　　　　　Facsimile: (312) 917-1851

646323v1

## PROOF OF SERVICE

I, Sandi L. Davis, hereby certify that a copy of the foregoing Notice of Deposition was mailed and faxed to:

Mr. Richard M. Johnson, Jr.
Mr. Christian D. Ambler
Stone & Moore, Chtd.
30 North LaSalle Street
Suite 4300
Chicago, IL 60602
Fax: 312-332-5858
**Attorneys for Dearborn Construction, Inc.**

Mr. William J. Knapp, Esq.
Ms. Elizabeth A. Bradley, Esq.
Knapp, Ohl & Green
22 Ginger Creek Parkway
P.O. Box 760
Glen Carbon, IL 62034
Fax: 618-656-5466
**Attorneys for Perry Broughten Trucking & Excavating, Inc.**

by depositing the same in the U. S. Mail located at 170 South Main Street, Salt Lake City, UT 84101, on the 2nd day of June, 2004 at or about 5:00 p.m. and by transmitting the same by facsimile transmission to the fax numbers set forth above.

*/s/ Sandi L. Davis*

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
SANGAMON COUNTY, ILLINOIS

| | |
|---|---|
| AMERICAN STORES PROPERTIES, INC., ) a Delaware corporation, ) ) Plaintiff, ) vs. ) ) DEARBORN CONSTRUCTION, INC., an) Idaho corporation, and PERRY BROUGHTEN) TRUCKING & EXCAVATING, INC., a) Delaware corporation, ) ) Defendants. ) | No. 2002-L-0147<br><br>Judge Graves |

## NOTICE OF DEPOSITION

To: Mr. Richard M. Johnson, Jr.
    Mr. Christian D. Ambler
    Stone & Moore, Chtd.
    30 North LaSalle Street
    Suite 4300
    Chicago, IL 60602

Mr. William J. Knapp, Esq.
Ms. Elizabeth A. Bradley, Esq.
Knapp, Ohl & Green
22 Ginger Creek Parkway
P.O. Box 760
Glen Carbon, IL 62034

YOU ARE HEREBY NOTIFIED that pursuant to the provisions of Section 2-1003 of the Code of Civil Procedure and Rules 201 *et seq.* of the Illinois Supreme Court the deposition of:

**SCOTT ROBERTS**

will be taken for the purposes of discovery before a Notary Public in and for the County of Macoupin and State of Illinois on June 8, 2004, at the hour of 4:30 p.m., at The Curry Companies, 21149 Route 4, Carlinville, Illinois 62626.

AMERICAN STORES PROPERTIES, INC.

By: _____
    One of Its Attorneys

CRAIG R. MARIGER
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
Telephone: (801) 521-3200
Facsimile: (801) 328-0537

STEVEN P. ROUSE
PAUL PORVAZNIK
Menges & Molzahn, L.L.C.
20 North Clark, Suite 2300
Chicago, IL 60602
Telephone: (312) 917-1880
Facsimile: (312) 917-1851

646324v1

## PROOF OF SERVICE

I, Sandi L. Davis, hereby certify that a copy of the foregoing Notice of Deposition was mailed and faxed to:

| | |
|---|---|
| Mr. Richard M. Johnson, Jr. | Mr. William J. Knapp, Esq. |
| Mr. Christian D. Ambler | Ms. Elizabeth A. Bradley, Esq. |
| Stone & Moore, Chtd. | Knapp, Ohl & Green |
| 30 North LaSalle Street | 22 Ginger Creek Parkway |
| Suite 4300 | P.O. Box 760 |
| Chicago, IL 60602 | Glen Carbon, IL 62034 |
| Fax: 312-332-5858 | Fax: 618-656-5466 |
| **Attorneys for Dearborn Construction, Inc.** | **Attorneys for Perry Broughten Trucking & Excavating, Inc.** |

by depositing the same in the U. S. Mail located at 170 South Main Street, Salt Lake City, UT 84101, on the 2nd Day of June, 2004 at or about 5:00 p.m. and by transmitting the same by facsimile transmission to the fax numbers set forth above.

*Sandi L. Davis*



**SAFECO PROPERTY & CASUALTY INSURANCE COMPANIES**

783.55 JCB

American States Insurance Company

500 North Meridian
Indianapolis, In 46204

Phone:  (800) 332-3226
        (800) 332-3226
Fax:    (888) 268-8840
www.safeco.com

Mailing address:
P.O. Box 461
St. Louis, Mo 63166

December 08, 2004

Rusin, Maciorowski & Friedman
10 South Riverside Plaza
Ste 1530
Chicago, IL  60606

```
PLEASE SEE THE ENCLOSED DOCUMENT(S).
ORIGINAL(S) SENT TO:

CURRY ICE & COAL  OF CARLINVILLE, INC.
RR 2 BOX 50
CARLINVILLE, IL  62626
```