MAY-05-2000 WED 03:03 PM          VS LEGAL DEPT          FAX NO.

06  5915.02

# ACORD CERTIFICATE OF LIABILITY INSURANCE

CSR JE DEARS-1    DATE (MM/DD/YY) 04/07/99

**PRODUCER**
Higgins & Rutledge Insurance
P.O. Box 3567
Boise ID 83707-2567

Al Anthony Johnson
Phone: 208-343-7741  Fax: 208-343-9371

**INSURED**
Dearborn Construction, Inc.
P O Box 2049
Boise ID 83701

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**COMPANIES AFFORDING COVERAGE**

| | |
|---|---|
| COMPANY A | Travelers Property & Casualty |
| COMPANY B | Fremont Industrial Indemnity |
| COMPANY C | |
| COMPANY D | |

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** [X] COMMERCIAL GENERAL LIABILITY  CLAIMS MADE [X] OCCUR  OWNER'S & CONTRACTOR'S PROT | DTCO754G1120TIA99 | 04/01/99 | 04/01/00 | GENERAL AGGREGATE | $2,000,000 |
| | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | EACH OCCURRENCE | $1,000,000 |
| | | | | | FIRE DAMAGE (Any one fire) | $100,000 |
| | | | | | MED EXP (Any one person) | $5,000 |
| A | **AUTOMOBILE LIABILITY** [X] ANY AUTO  ALL OWNED AUTOS  SCHEDULED AUTOS  HIRED AUTOS  NON-OWNED AUTOS | DTB10754G1120TIL99 | 04/01/99 | 04/01/00 | COMBINED SINGLE LIMIT | $1,000,000 |
| | | | | | BODILY INJURY (Per person) | |
| | | | | | BODILY INJURY (Per accident) | |
| | | | | | PROPERTY DAMAGE | |
| | **GARAGE LIABILITY**  ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | |
| | | | | | OTHER THAN AUTO ONLY: EACH ACCIDENT | |
| | | | | | AGGREGATE | |
| A | **EXCESS LIABILITY** [X] UMBRELLA FORM  OTHER THAN UMBRELLA FORM | DTSMCUP754G1120TIL99 | 04/01/99 | 04/01/00 | EACH OCCURRENCE | $4,000,000 |
| | | | | | AGGREGATE | $4,000,000 |
| B | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**  THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE [INCL/EXCL] | UY5230581 | 04/01/99 | 04/01/00 | WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | EL EACH ACCIDENT | $500,000 |
| | | | | | EL DISEASE - POLICY LIMIT | $500,000 |
| | | | | | EL DISEASE - EA EMPLOYEE | $500,000 |
| | OTHER | | | | | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS**
Re: Sav-on Drug Stores, Inc./Maintenance Dept.  American Stores Co., "it's affiliates & subsidiaries" & "American Stores Properties, Inc." shall be named "Additional Insured" on all policies (except WC) required by Article 11 & arising out of this contract.

**CERTIFICATE HOLDER**          AMEMEL7
American Stores Properties
Inc.

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL 10 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

MAY-08-2002 WED 03:29 PM    [ ] LEGAL DEPT    FAX NO.    2245[ ]    P. 08

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

CSR JE
DEARB-1

DATE (MM/DD/YY)
04/07/99

**PRODUCER**

Higgins & Rutledge Insurance
P.O. Box 8567
Boise ID 83707-1567

Gail Anthony Johnson
Phone: 208-342-7741  Fax: 208-342-6171

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**COMPANIES AFFORDING COVERAGE**

COMPANY A: Evanston Insurance Company
COMPANY B:
COMPANY C:
COMPANY D:

**INSURED**

Dearborn Construction, Inc.
P O Box 2049
Boise ID 83701

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | GENERAL AGGREGATE | $ |
| | COMMERCIAL GENERAL LIABILITY | | | | PRODUCTS - COMP/OP AGG | $ |
| | CLAIMS MADE [ ] OCCUR | | | | PERSONAL & ADV INJURY | $ |
| | OWNER'S & CONTRACTOR'S PROT | | | | EACH OCCURRENCE | $ |
| | | | | | FIRE DAMAGE (Any one fire) | $ |
| | | | | | MED EXP (Any one person) | $ |
| | **AUTOMOBILE LIABILITY** | | | | COMBINED SINGLE LIMIT | $ |
| | ANY AUTO | | | | | |
| | ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | SCHEDULED AUTOS | | | | | |
| | HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | NON-OWNED AUTOS | | | | | |
| | | | | | PROPERTY DAMAGE | $ |
| | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| | ANY AUTO | | | | OTHER THAN AUTO ONLY: | |
| | | | | | EACH ACCIDENT | $ |
| | | | | | AGGREGATE | $ |
| | **EXCESS LIABILITY** | | | | EACH OCCURRENCE | $ |
| | UMBRELLA FORM | | | | AGGREGATE | $ |
| | OTHER THAN UMBRELLA FORM | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | | | | WC STATU- TORY LIMITS / OTHER | |
| | THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE: INCL / EXCL | | | | EL EACH ACCIDENT | $ |
| | | | | | EL DISEASE - POLICY LIMIT | $ |
| | | | | | EL DISEASE - EA EMPLOYEE | $ |
| | **OTHER** | | | | | |
| A | Professional Liability | AE801404 | 04/01/99 | 04/01/00 | Limit Ded/Claim | $1,000,000 $12,500 |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS**

Re: Proof of Insurance. Higgins & Rutledge Ca. Non-Resident License #0505208

**CERTIFICATE HOLDER**    AMERST2

American Stores Properties, Inc.
P.O. Box 30658
Salt Lake City UT 84130-0658

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

MAY-08-2002 WED 03:29 PM  KT 3 LEGAL DEPT    FAX NO. 5434    P. 09

# ACORD CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY): 04/09/98

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| Higgins & Rutledge Insurance<br>P.O. Box 8567<br>Boise ID 83707-2567<br>Gail Anthony Johnson<br>Phone: 208-343-7741  Fax: 208-343-9371 | **COMPANIES AFFORDING COVERAGE** |

| | COMPANY |
|---|---|
| A | USF&G |
| B | Industrial Indemnity |
| C | Evanston Insurance Company |
| D | |

**INSURED**
Dearborn Construction, Inc.
P O Box 2049
Boise ID 83701

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY**<br>[X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS MADE [X] OCCUR<br>[ ] OWNER'S & CONTRACTOR'S PROT | 1MP30124666002 | 04/01/98 | 04/01/99 | GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG<br>PERSONAL & ADV INJURY<br>EACH OCCURRENCE<br>FIRE DAMAGE (Any one fire)<br>MED EXP (Any one person) | $2,000,000<br>$2,000,000<br>$1,000,000<br>$2,000,000<br>$100,000<br>$5,000 |
| A | **AUTOMOBILE LIABILITY**<br>[X] ANY AUTO<br>[ ] ALL OWNED AUTOS<br>[ ] SCHEDULED AUTOS<br>[ ] HIRED AUTOS<br>[ ] NON-OWNED AUTOS | 1MP30124666002 | 04/01/98 | 04/01/99 | COMBINED SINGLE LIMIT<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE | $1,000,000<br>$<br>$<br>$ |
| | **GARAGE LIABILITY**<br>[ ] ANY AUTO | | | | AUTO ONLY - EA ACCIDENT<br>OTHER THAN AUTO ONLY:<br>EACH ACCIDENT<br>AGGREGATE | $<br><br>$<br>$ |
| A | **EXCESS LIABILITY**<br>[X] UMBRELLA FORM<br>[ ] OTHER THAN UMBRELLA FORM | 1MP30124666002 | 04/01/98 | 04/01/99 | EACH OCCURRENCE<br>AGGREGATE | $4,000,000<br>$4,000,000<br>$ |
| B | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>THE PROPRIETOR/<br>PARTNERS/EXECUTIVE<br>OFFICERS ARE: [INCL] [EXCL] | CP9137852 | 04/01/98 | 04/01/99 | WC STATU- [ ] OTH-<br>TORY LIMITS [ ] ER<br>EL EACH ACCIDENT<br>EL DISEASE - POLICY LIMIT<br>EL DISEASE - EA EMPLOYEE | <br>$100,000<br>$500,000<br>$100,000 |
| C | **OTHER**<br>Professional<br>Liability | AE800303 | 04/06/98 | 04/01/99 | Limit<br>Ded/Claim | $1,000,000<br>$12,500 |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS
Re: Proof of Insurance
Higgins & Rutledge California Non-Resident License #0505202

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| AMERSTO<br><br>American Stores Properties,<br>Inc.<br>P.O. Box 30658 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL **30** DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE |

MAY-06-2002 WED 03:30 P... ...S LEGAL DEPT　　FAX NO. 3543...　　P. 10

# ACORD CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY) 04/09/98

**PRODUCER**
Higgins & Rutledge Insurance
P.O. Box 8567
Boise ID 83707-2567
Gail Anthony Johnson
Phone No. 208-342-7732  Fax No. 208-342-6371

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**COMPANIES AFFORDING COVERAGE**

COMPANY A  Evanston Insurance Company
COMPANY B
COMPANY C
COMPANY D

**INSURED**
Dearborn Construction, Inc.
P O Box 2049
Boise ID 83701

**COVERAGES**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS |
|---|---|---|---|---|---|
| | GENERAL LIABILITY<br>COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE ☐ OCCUR ☐<br>OWNER'S & CONTRACTOR'S PROT | | | | GENERAL AGGREGATE $<br>PRODUCTS - COMP/OP AGG $<br>PERSONAL & ADV INJURY $<br>EACH OCCURRENCE $<br>FIRE DAMAGE (Any one fire) $<br>MED EXP (Any one person) $ |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>HIRED AUTOS<br>NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT $<br>BODILY INJURY (Per person) $<br>BODILY INJURY (Per accident) $<br>PROPERTY DAMAGE $ |
| | GARAGE LIABILITY<br>ANY AUTO | | | | AUTO ONLY - EA ACCIDENT $<br>OTHER THAN AUTO ONLY:<br>EACH ACCIDENT $<br>AGGREGATE $ |
| | EXCESS LIABILITY<br>UMBRELLA FORM<br>OTHER THAN UMBRELLA FORM | | | | EACH OCCURRENCE $<br>AGGREGATE $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE: INCL ☐ EXCL ☐ | | | | WC STATUTORY LIMITS / OTH-ER<br>EL EACH ACCIDENT $<br>EL DISEASE - POLICY LIMIT $<br>EL DISEASE - EA EMPLOYEE $ |
| A | OTHER<br>Professional Liability | AE300303 | 04/06/98 | 04/01/99 | Limit $1,000,000<br>Ded/Claim $12,500 |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS**
Re: Proof of Insurance  Higgins & Rutledge Ca. Non-Resident
License #0505203

**CERTIFICATE HOLDER**　AMER572

American Stores Properties, Inc.
P.O. Box 30658
Salt Lake City, UT 84130-0658

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL  30  DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE


DEARBORN CONSTRUCTION, INC.

March 16, 1998

Chris Truschke
Director of Construction/Fixturing
American Stores Properties, Inc.
1955 West North Avenue, Building F
Melrose Park, IL 60160-1181

RE:   Osco # 915
      MacArthur and Outer Park
      Springfield, IL 62702

Dear Chris:

We propose to furnish all labor, material and equipment to perform the construction work for the above referenced project per the bidding documents, Construction Bid Proposal Form and the following clarifications.

In addition, a copy of the insurance certificate for this project and three copies of A.I.A. document A101 are enclosed for your review and signature.

## VOLUNTARY ALTERNATES:

1.  Add the sum of $ 6,869.00 to install an Irrigation System designed by the landscape contractor based upon the original Landscape Drawings.

## CLARIFICATIONS:

This proposal is based on the following:

A.  Bidding documents as follows:

    1.  Drawing sheets T0.0, A1.0.2, A3.2.0 and A6.1; S0.0, S1.0.1, S2.0.1, S2.0.2, S2.0.3, and S3.0.1; E3.0; M0.0, and M1.0; FS1.0 and FS2.0; dated 8/18/97, drawing sheets A1.0.0, A1.0.1, A1.3, A1.4.0, A2.0, A3.0, A3.2.1, A4.0, A4.1.0, A4.1.1, A4.2.0, A5.0, A6.0, A6.2, and A6.4; E0.0, E0.3, E1.0, E1.1, E2.0, E2.1, E2.2, E4.0, E-5.0, E-6.0 and E-10.0; S1-0.0, and S3.0.0; M2.0; P1.0, P1.1, and P2.0; C1.0, C2.0, C3.0, C4.0, C5.0 C6.0, and C7.0 revision date 10/17/97, Refrigeration drawing sheets R1.0, R2.0, and R3.0 by Hill Phoenix, dated 1/31/97, all as prepared by Gould Evans Goodman Associates, LC; Land Title Survey sheet dated July 1997 by Martin Engineering Co. Fixture drawing sheets

Page 2 - #915

FP1.0, FP2.0, FP3.0, FP4.0, FP5.0 and FP6.0; by American Stores Properties, Inc.; Drawing sheets LV0.0, LV1.0, LV2.0, LV3.0, LV4.0 and LV5.0 dated 10/17/97; CS1.0, CS1.1, and CS1.2 dated 8/18/97; by Gould Evans Goodman Associates, LC and all shown for reference only.

2.  Bidder's packet dated 10/03/97 as prepared by Dearborn Construction, Inc.

3.  Addendum #1 dated 10/03/97 by Dearborn Construction, Inc.

4.  Addendum #1 dated 11/7/97 with revised drawing set Delta 1 Revision, dated 10/17/97 by Gould Evans Goodman Associates, LC.

B.  Items specifically included in this proposal.

1.  Building permit allowance of $ 5,000.00
2.  Conduit only in the walls, stubbed up above ceiling per the LV and CS Sheets.
3.  Four ply roofing system.
4.  Geotextile fabric under the asphalt.
5.  Labor to install coolers.
6.  Open shop construction for some selected subcontractor trades.
7.  Fire alarm system shown on Electrical Drawing Sheet, E10.0, Delta 1 Revision Date 10/17/97.
8.  Winter conditions allowance of $ 15,334.00. The breakdown is as follows:
    a.  Snow removal                                              $ 1,000.00
    b.  Gravel for winter access                                  $ 2,500.00
    c.  Ready mix concrete surcharge for heated concrete          $   384.00
    d.  Protect footings from frost                               $ 2,400.00
    e.  Four (4) months temporary heat inside of the building     $ 5,000.00
    f.  Clean streets                                             $ 1,500.00
    g.  Silt fence/straw bales for drainage control               $ 2,550.00
9.  Fencing around staging area only.
10. Please note that due to plan revisions, another complete set of plans were given to the bidding subcontractors. The line item amount for blueprinting is $ 2,935.00.
11. Revised sub bids shown in our January 14th, 1998, letter to Steve O'Donnell are included in this proposal.

C.  Items specifically excluded from this proposal.

1.  Hazardous material removal or abatement.
2.  Architectural or engineering fees.
3.  Any inspection or testing fees.
4.  Furnishing of lamps for any new light fixtures (to be supplied by A.S.P.I.).
5.  Floor sealer under new resilient floor covering.

Page 3 - #915

6. Any fees, charges or assessments by utility companies or governing authorities other than for the building permit.
7. Certified air balance (by A.S.P.I.).
8. Automatic entrance doors (by A.S.P.I.).
9. Freezers and coolers except for installation (by A.S.P.I.).
10. Diaper changing station (by A.S.P.I.).
11. Site electrical or site lighting (none shown on the bidding documents).
12. Gas service or meter.
13. Utility connection, water extension or tap fees, charges or assessments are not included because the plans show this work done by others.
14. Any work shown on the Low Voltage sheets other than the conduit provided by the electrician as explained in the above item B2.
15. Any work per building department plan check comments and corrections not shown on the bidding documents.
16. Fixturing installation, decor work or fixturing electrical.
17. Irrigation system (see Voluntary Alternates #1).
18. Soil pretreatment

This proposal will remain valid for 60 days from the date of issuance.

Please let us know if you have any questions regarding this proposal.

Very truly yours,

Michael R. Sklar
Senior Estimator

cc: Dan Dearborn
    Steve O'Donnell
    Wes Smith
    Pam Verr

## SECTION 00300 – CONSTRUCTION BID PROPOSAL FORM

MODIFIED ASPSPEC REV 3.96

Bid Date: March 16, 1998

Bid Time: 2:00 P.M. Local Time

From:    Dearborn Construction, Inc.
16942 Gothard Street, Suite "J"
Huntington Beach, CA 92647
Hereinafter called the Bidder

To:    American Stores Properties, Inc.
6565 Knott Avenue
Buena Park, CA 90620
Hereinafter called the Owner

For:    Osco Drug #915
MacArthur and Outer Park
Springfield, IL 62702

Bidding documents enumerated in DCI Proposal Letter dated March 16, 1998

1. The undersigned, having examined and being familiar with the local conditions affecting the work and with the Bidding Documents, including Addenda 1 (Delta 1 Revision) through (none) inclusive, hereby propose to furnish all labor, materials, equipment, services, etc., required for the performance and completion of the aforementioned Work as follows:

    A. **FOR BASE BID** - Construction of a new Osco Drug Store Building

| ASPI COST CODES | ITEM | CSI CATEGORIES | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 400130 | Misc. Fees | N/A | Utility tap fees, escrow fees and all other fees not relating to permits | $ |
| 400140 | Permit Allowance | N/A | Any and all governmental agency permits | $ 5,001.00 |
| 400200 | Off-Site Work | N/A | All work off the owned/leased property such as traffic signals, roadway widening, sidewalks and utility work etc. | $ 1,500.00 |
| 400210 | Demolition | 2060 | Demolition of existing structures | $ |
| 400230 | Land Balancing | 2100,2110,2120, 2200 | Grubbing, mass grading and building pad construction | $ 43,653.00 |
| 400240 | Electrical – Site Work | N/A | Electric utility extension from pole to transformer pad | $ 6,500.00 |

| ASPI COST CODES | ITEM | CSI CATEGORIES | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 400250 | Plumbing/Sewer Water | 2666, 2720, 2730 | Water mains, storm and sanitary sewers | $ 62,078.00 |
| 400260 | Grading/Paving | 2500, 2511, 2514, 2570 | Fine grading, asphalt paving and unit pavers | $ 66,663.00 |
| 400265 | Site Concrete | 2515, 3300 | Curbs, sign foundations, sidewalks and concrete paving | $ 37,610.00 |
| 400270 | Landscaping | 2480, 2489 | Plant material, no irrigation | $ 11,015.00 |
| 400275 | Site Masonry | N/A | Masonry structures not related to building such as monument signs or screening walls | $ |
| 400299 | Misc. Site Work | 2281, 2350, 2444 | Trash enclosure fencing, termite control | $ 1,400.00 |
| 400300 | Concrete | Division 3 | Foundations, pre-cast and building concrete inc $ 30,195.00 for precast freight charges | $ 198,312.00 |
| 400305 | Masonry | Division 4 | Brick/Block construction; building masonry | $ |
| 400310 | Structural Steel | Division 5 | Includes joists, metal decking, misc. Fabrication, heavy gauge metal framing | $ 122,137.00 |
| 400315 | Structural Wood | 6180, 6190 | Glu-lam beams and wood trusses | $ |
| 400320 | Carpentry | 6100, 6200 | Rough and finish carpentry excluding fixture install labor | $ 39,174.00 |
| 400325 | Thermal/Moisture | 7100, 7175, 7200, 7250, 7900 | Waterproofing, insulation, sprayed on fire proofing, sealants/caulks | $ 9,625.00 |
| 400326 | Roofing | 7310, 7320, 7430, 7510, 7530, 7600, 7800 | Roofing materials/systems and roof accessories | $ 61,218.00 |
| 400330 | Doors/Windows | 8100, 8200, 8305, 8310, 8330, 8700, 8800 | All doors and windows except for those in the storefront | $ 7,290.00 |
| 400335 | Entrances/Store front | 8400, 8425 | Front door and window systems | $ 6,475.00 |
| 400340 | Drywall | 9260 | Includes light gauge metal framing | $ 47,669.00 |
| 400342 | Plaster (Exterior) | 7241, 7242 | Exterior Insulation and finish system (EIFS) | $ |
| 400345 | Flooring | 9300, 9650, 9770, 9700 | Ceramic, VCT, Resinous and special flooring | $ 10,610.00 |
| 400346 | Wall Finishes | 9300 | Ceramic wall tile | $ 2,250.00 |
| 400350 | Acoustical Ceiling | 9510 | All interior and exterior ceilings except EIFS | $ 19,238.00 |
| 400355 | Painting | 9900, 9940 | All exterior and interior painting including anti-graffiti. Only drywall prime and base coats. | $ 19,869.00 |
| 400360 | Specialties | Division 10 | Toilet partitions, toilet accessories and security gates | $ 2,661.00 |

| ASPI COST CODES | ITEM | CSI CATEGORIES | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 400365 | Equipment | Division 11 | Lifts, elevators, dock equipment, compactors, balers, drive thru windows and pneumatic systems | $ 7,043.00 |
| 400370 | HVAC | 15000, 15500 | Interior systems including hook-up and energy management | $ 86,354.00 |
| 400375 | Plumbing | 15000, 15400, 2410 | Building water and sewer systems, including hook-up of equipment/fixtures | $ 41,567.00 |
| 400380 | Fire Protection | 15000, 15300 | Building systems including fire pump | $ 20,110.00 |
| 400385 | Electrical | Division 16 | All building systems | $ 156,066.00 |
| 400365 | Low Voltage | Division 16 | Low Voltage systems | $ |
| 400395 | Architectural & Engineering Fees | | Self explanatory. | $ |
| 400395 | General Conditions | Division 0 and 1 | Self explanatory | $ 94,915.00 |
| 400397 | Overhead & Profit | N/A | Self explanatory | $ 97,638.00 |
| 400399 | Misc. Construction | N/A | Work not included in other cost codes; i.e. rooftop sound attenuation fencing, ROOF SCREEN, REFRIGERATION | $ 6,800.00 |
| 400410 | Demolition (Building) | 2070 | Selective demolition within the building | $ |
| 400415 | Excavations (Foundations) | 2200 | Excavation and backfill for building foundation | $ 25,170.00 |
| 500740 | Decor | 9900, 9952, 9970 | Finish coat drywall, vinyl wallcovering and aisle markers required by decor drawings | $ |
| 500755 | Case and Refrigeration Storage | N/A | Cost to store fixture/equipment prior to their installation | $ |
| 500780 | Electrical Hook-up | 16750 | Compressor, defrost wiring, walk-in freezers and coolers, fixturing equipment, computer check out systems, UPS, fire protection, energy management | $ |
| 500790 | Installation Labor | N/A | Carpenter labor and materials required to unload and install store fixtures and equipment. Note: overhead, profit and general conditions are included above. | $ |

Category Totals:

Total Off-Site Costs     1,764.00
Total On-Site Costs     269,277.00
Total Building Costs     1,047,069.00

    GRAND TOTAL     1,318,111.00

B.    UNIT PRICES

For changing specified quantities of work from those indicated by the contract drawings and specifications, upon written instructions of the Owner or Architect, the following unit prices shall prevail in accordance with the General Conditions. Changes to which unit prices apply will not exceed twenty-five percent of the quantity for like items included in the Base Bid. Work is described under section 01026 "Unit Prices" and in the appropriate specification sections.

The following unit prices shall include all labor, overhead and profit, materials, equipment, appliances, bailing, shoring, shoring removal, etc., required to complete the work items listed.

Only a single unit price shall be given and it shall apply for both MORE or LESS work than that shown on the drawings and called for in the specifications as indicated to be included in the Base Bid. In the event of more or less units than so indicated is actually furnished, change orders shall be issued for the increased or decreased amount as approved by the Owner or Architect.

1. Foundation excavation and backfill          C.Y.     $   N/A
2. Saw cutting of concrete floor               L.F.     $   N/A

C.  MARK-UP OF ADDITIONAL WORK

   1. Profit and Overhead for work performed by subcontractors:        10 %
   2. Profit and Overhead for work performed by Contractor's own crews:  10 %

D.  PROJECT DURATION

   Start Date:        March 23, 1998
   Completion Date:   July 24, 1998

E.  NAMES OF MAJOR SUBCONTRACTORS

Names of major Subcontractors to be used for the designated major contract portions of the Work as listed herein are: (Note: State one name for each subcontract listed)

Concrete (off site):   N/A
Concrete (on site):    BRH BUILDERS
Concrete (bldg.):      BRH BUILDERS
Masonry:               N/A
Structural Steel:      MAJONA STEEL
Mechanical:            PRUITT & CO.
Electrical:            LANDRY ELECTRIC
Plumbing:              PRUITT & CO.
Roofing:               HENSON ROBINSON, INC
Glass and Glazing:     B & B GLASS

|  |  |
|---|---|
| E.I.F.S.: | N/A |
| Drywall: | LANDGREBE INTERIOR CONST |
| Landscaping: | EVERGREEN LANDSCAPE |
| Fire Sprinklers: | SUPERIOR FIRE |

2. The bidder hereby agrees to commence work under this Contract on March 23, 1998. "Notice to Proceed" will be issued on or before March 21, 1998.

3. The Bidder realizes the importance of completing the work of this contract in a timely manner. With that understanding, the Bidder will provide the personnel and equipment necessary to bring the project to a level of substantial completion, as determined by the Owner and Architect, on or before July 24, 1998
The Owner will suffer financial loss if the project is not substantially complete by this date.

4. In submitting this Bid it is understood that the right is reserved by the Owner to reject any and all Bids and it is agreed that all Bids may not be withdrawn for a period of sixty (60) days from the date finally designated for the receipt of the Bids.

5. The undersigned agrees that upon notification of acceptance of this Bid, he will execute a Contract for the above stated work for the above compensation, in the form provided by the Owner.

6. The Bidder hereby certifies:

    a. That this Proposal is genuine and is not made in the interest of or on behalf of an undisclosed person, firm, or corporation, and is not submitted in conformity with any agreement or rules of any group, association, or corporation.

    b. That he has not directly or indirectly induced or solicited any other Bidder to put in a false or Sham Proposal;

    c. That he has not directly or indirectly induced or solicited any person, firm, or corporation to refrain from bidding; and

    d. That he has not sought by collusion or otherwise to obtain for himself any advantage over any other bidder or over the Owner.

    e. Bidder will not discriminate against any employees or applicant for employment because of race, creed, color or nation origin in connection with the performance of his work.

    Dated this     Sixteenth     day of     March    , 1998

MAY-06-2002 WED 03:32 PM    JES LEGAL DEPT    FAX NO.    P. 13

**IF AN INDIVIDUAL:**

_____
Name of Individual

_____
Firm Name, If Any                     State Residence Address

_____
Address for Communications

**IF A PARTNERSHIP:**

_____
Name of Partnership

_____
Partner

_____
Partner

_____
Partner                     State Names and Residence Address of ALL partners

_____
Address for Communications

**IF A CORPORATION:**

Dearborn Construction, Inc.              1. Incorporated under the
Name of Corporation                         State of:
                                                     Idaho

Wesley O. Smith, Vice President Operations   2. Licensed to do business in the
Name and Title of Officer                    State of:
                                                     Illinois

                                             YES (X)    NO ( )    (check one)

_Signature_                                  (ATTEST)

16942 Gothard Ave. # J
Huntington Beach, CA 92647
Address for Communications                   (SEAL)              Secretary


END OF SECTION 00300

## DEARBORN CONSTRUCTION, INC.
## SCHEDULE "C"
## INSURANCE REQUIREMENTS

1. The contractor shall purchase from and maintain in a company or companies lawfully authorized to do business in the same state in which the Project is located such insurance as will protect Contractor from claims which may arise out of or result from the Contractor's operations under the Contract and for which the Contractor may be legally liable, whether such operations be by the Contractor or by a Subcontractor or by anyone directly or indirectly employed by any of them or by anyone for whose acts any of them may be liable.

2. The Contractor's insurance shall be written with insurance companies reasonably acceptable to Owner, with deductibles per occurrence of not greater than $10,000 for not less than the following limits, or greater if required by law:

   A) Worker's Compensation Insurance: not less than the statutory limits of the state where the Project is located; Employer's Liability Insurance: not less than $1,000,000.00.

   B) Comprehensive Automobile Liability Insurance, including coverage for hired and leased vehicles: $5,000,000.00 per occurrence, with personal injury protection (PIP) or equivalent or equivalent no-fault coverage: Statutory limit.

   C) Commercial General Liability (ISO or equivalent): $5,000,000.00 per occurrence and $5,000,000.00 aggregate, which shall be kept in effect for two (2) years after date of final completion of the Project and which shall include:

      1) Broad Form Property Damage.

      2) Blanket Contractual Liability.

      3) Independent Contractor's Liability or Owner's Protective Liability with the same coverage limit set forth above.

      4) Products-Completed Operations.

      5) Personal and Advertising Injury.

      6) XCU Hazard Coverage.

      7) Severability of Interests (Separation of Insured).

   The coverage required under paragraphs B) and C) may be satisfied by a combination of "primary", "umbrella" or "excess" insurance.

MAY-06-2002 WED 03:33 PM    ... S LEGAL DEPT        FAX NO.    954...        P. 21

3.  All coverages shall meet the following requirements, all of which shall be reflected on the policy or certificate submitted.

    A)  American Stores Company, American Stores Properties, Inc. and their respective affiliates and subsidiaries ("Protected Parties") shall be named "additional insured" on all policies (except Workers' Compensation coverage) required to be obtained by Contractor pursuant to this Article 11 and arising out of the Contract.

    B)  Coverages shall be primary and no contribution shall be expected or sought from the Protected Parties.

    C)  The policies or certificates evidencing the required coverages shall contain a provision that policies may not be canceled, modified, permitted to expire or have their coverages reduced without the insurer first notifying the Protected Parties in writing, by either (i) established express delivery service which maintains delivery records or (ii) certified or registered mail, postage prepaid, return receipt requested, at least thirty (30) days prior to any such cancellation, modification, expiration or reduction. No policy shall contain any exclusion, modification or reduction of coverage other than those contained in the standard form of specifically required herein. Evidence of renewals of any such coverage. All policies and certificates evidencing the required coverages shall reference the Store Number of the Project and the Project address.

    D)  Workers' Compensation Insurance coverage and the Commercial General Liability coverage shall each contain an endorsement which waives the insurer's right of subrogation against the Protected Parties.

4.  Coverages shall be maintained without interruption from the date of commencement of the Work until the later of (i) the date of final payment and (ii) the date that the requirement that coverage be maintained after final payment expires. Any coverage required to remain in force after final payment, an additional certificate evidencing continuation of such coverage shall be submitted with final Application for Payment.

aspispec rev. 12/30/96

# SECTION 00700 - GENERAL CONDITIONS OF THE CONTRACT

PART 1 - GENERAL

A. Following is AIA document A201-1987 which by its inclusion herein is made part of the contract documents.

B. Additional copies of the AIA A201-1987 are available for purchase from the:

> Utah Chapter
> American Institute of Architects
> 75 East Broadway
> Salt Lake City, Utah  84101
> telephone: 801-532-1727

END OF SECTION 00700

ASPI Project No. D82076                                General Conditions of the C