E-FILED
Monday, 28 March, 2005  03:37:21 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AMERICAN STATES INSURANCE COMPANY,)
                              Plaintiff,
                   v.                           No.: 04-3276
CURRY ICE & COAL, INC.; DEARBORN        Judge Jeanne E. Scott
CONSTRUCTION, INC., an Idaho corporation;
PERRY BROUGHTON TRUCKING &            Magistrate Judge
EXCAVATING, INC., a Delaware corporation  Byron C. Cudmore
ARCHER DANIELS MIDLAND COMPANY;
and AMERICAN STORES PROPERTIES, INC.,
a Delaware corporation,
                              Defendants.

## NOTICE OF FILING

TO:    SEE ATTACHED SERVICE LIST

       PLEASE TAKE NOTICE that on the March 28, 2005, there was filed with the United States District Court for the Central District of Illinois:

**PLAINTIFF'S MOTION TO WITHDRAW
AMENDED COMPLAINT FILED MARCH 10, 2005**

a copy of which is attached hereto and served upon you.

                                *s/Greeorv G. Vacala*
                              Gregory G. Vacala, One of the Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

       I hereby certify that on March 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants listed on the attached Service List and I hereby certify that I have mailed by United States Postal Service the document to the Non-CM/ECF participants also listed on the attached Service List.

                                **s/ Gregory G. Vacala**
                                Gregory G. Vacala Bar Number 6184543
                                James C. Barrow Bar Number 6269376
                                Attorneys for Plaintiff
                                RUSIN MACIOROWSKI & FRIEDMAN, LTD.
                                10 South Riverside Plaza, Suite 1530
                                Chicago, Illinois 60606
                                Telephone: (312) 454-5110
                                Fax: (312) 454-6166
                                E-mail: gvacala@rusinlaw.com;  jbarrow@rusinlaw.com

Gregory G. Vacala #6184543
gvacala@rusinlaw.com
James C. Barrow #6269376
jbarrow@rusinlaw.com
**RUSIN MACIOROWSKI & FRIEDMAN, LTD.**
10 S. Riverside Plaza, Suite 1530
Chicago, IL 60606
Tel: 312-454-5110; Fax: 312-454-6166
**Attorneys for Plaintiff, American States Insurance Company**
Our File No.: 783.55

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, )<br>Plaintiff, )<br>v. )<br>CURRY ICE & COAL, INC.; DEARBORN )<br>CONSTRUCTION, INC., an Idaho corporation; )<br>PERRY BROUGHTON TRUCKING & )<br>EXCAVATING, INC., a Delaware corporation )<br>ARCHER DANIELS MIDLAND COMPANY; )<br>and AMERICAN STORES PROPERTIES, INC., )<br> a Delaware corporation, )<br>Defendants. **)** | No.: 04-3276<br><br>Honorable Judge Jeanne E. Scott<br><br>Magistrate Judge Byron C. Cudmore |

---

## SERVICE LIST
*(Revised 3/28/05)*

Clerk of the Court
Mr. Ryan Waterman
**United States District Court**
**Central District of Illinois**
600 E. Monroe
Room 151
Springfield, Illinois 62701
Tel: 217-492-4000

## CM/ECF PARTICIPANTS

**Attorneys for Defendant, AMERICAN STORES PROPERTIES, INC.,**
**a Delaware corporation**
Steven P. Rouse
Randy Talan
**Menges & Molzahn, LLC**
20 North Clark Street, Suite 2300
Chicago, Illinois 60602-5002
Tel: 312-917-1880; Fax: 312-917-1851

Page 1 of 2

# NON CM/ECF PARTICIPANTS

**Attorneys for Defendant, ARCHER-DANIELS MIDLAND COMPANY**
Jerrold H. Stocks
**Winters, Featherstun, Gaumer, Postlewait, Stocks & Flyn**
P.O. Box 1760
Decatur, IL 62526
Tel: 217-429-4453; Fax: 217-425-8892
(Street Address: 225 North Water Street, Suite 200, Decatur, IL 62523)
*(WAIVER RECEIVED 1/31/05)*

**Attorneys for Defendant, MIDWEST ENGINEERING SERVICES, INC. ("MES")**
Edw. Fitzsimmons Dunne
**Crisham & Kubes, Ltd.**
30 N. LaSalle St., Suite 2800
Chicago, IL 60602
Tel: 312-327-2500; Fax: 312-327-2450
Their File No. 10412
*(NO WAIVER RECEIVED)*

**MIDWEST ENGINEERING SERVICES, INC.**
**R** W Hahn
605 West John
Champaign, IL 61820
*(NO WAIVER RECEIVED)*

**MIDWEST ENGINEERING SERVICES, INC.**
Agent: Robert William Hahn
501 Mercury Drive
Champaign, Illinois 61822
*(NO WAIVER RECEIVED)*

**CURRY ICE & COAL, INC.**
Mr. Paul D. Leefers, Vice President
Curry Ice & Coal, Inc.
21149 Route 4
Carlinville, IL 62626
*(WAIVER RECEIVED signed by Paul D. Leefers, Vice Pres. -Admin. 12/28/04)*

**PERRY BROUGHTON TRUCKING AND EXCAVATING, INC.**
Agent: Ralph Bawden
110 S. Cleveland
Farmersville, IL 62533
*(WAIVER RECEIVED 1/18/05)*

Service List (00303214.DOC)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

AMERICAN STATES INSURANCE COMPANY,

                    Plaintiff,

**v.**　　　　　　　　　　　　　　　　　No.: 04-3276

CURRY ICE & COAL, INC.; DEARBORN
CONSTRUCTION, INC., an Idaho corporation;
PERRY BROUGHTON TRUCKING &
EXCAVATING, INC., a Delaware corporation
ARCHER DANIELS MIDLAND COMPANY;
and AMERICAN STORES PROPERTIES, INC.,
a Delaware corporation,

                    Defendants.

### PLAINTIFF'S MOTION TO WITHDRAW
### AMENDED COMPLAINT FILED MARCH 10, 2005

NOW COMES Plaintiff, AMERCIAN STATES INSURANCE COMPANY, by Gregory G. Vacala and Rusin Maciorowski & Friedman, Ltd., its attorneys and requests leave to withdraw its Amended Complaint filed March 10, 2005, and states the following in support:

1. On March 8, 2005, plaintiff was granted leave to file an Amended Complaint by March 17, 2005.

2. Plaintiff inadvertently filed an Amended Complaint (with exhibits) on March 10, 2005 and March 17, 2005 (exhibits filed March 18, 2005). The court now has two identical Amended Complaints on file.

3. In order to simplify the Court record, plaintiff respectfully requests leave to withdraw the Amended Complaint filed March 10, 2005 and for the March 17, 2005 Amended Complaint (with exhibits filed March 18, 2005) to stand.

WHEREFORE, AMERCIAN STATES INSURANCE COMPANY, respectfully, requests an order of Court granting it leave to withdraw its Amended Complaint filed March 10, 2005, *instanter,* and for its Amended Complaint filed March 17, 2005 and exhibits to the Amended Complaint filed March 18, 2005 to stand, and any further appropriate relief.

                Respectfully submitted,

                sI **Gregory G. Vacala**
                Gregory G. Vacala Bar Number 6184543
                James C. Barrow Bar Number 6269376
                Attorneys for Plaintiff
                RUSIN MACIOROWSKI & FRIEDMAN, LTD.
                10 South Riverside Plaza, Suite 1530
                Chicago, Illinois 60606
                Telephone: (312) 454-5110
                Fax: (312) 454-6166
                E-mail: gvacala@rusinlaw.com;
                jbarrow@rusinlaw.com

Motion Withdraw Amended Complaint Filed 3-10-05 (00302823.DOC)