E-FILED
Monday, 18 April, 2005 11:45:45 AM
Clerk, U.S. District Court, ILCD

RGT:cab  54815-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CURRY ICE & COAL, INC.; DEARBORN ) <br> CONSTRUCTION, INC., an Idaho corporation; ) <br> PERRY BROUGHTON TRUCKING & ) <br> EXCAVATING, INC., a Delaware corporation; ) <br> ARCHER DANIELS MIDLAND COMPANY; and ) <br> AMERICAN STORES PROPERTIES, INC., a ) <br> Delaware Corporation, ) <br> ) <br> Defendants. ) | No.  04-3276 |

**MOTION FOR ORAL ARGUMENT ON PREVIOUSLY FILED
AMERICAN STORES PROPERTIES'
PREVIOUSLY FILED MOTION TO DISMISS
AMENDED COMPLAINT FOR DECLARATORY JUDGMENT**

NOW COMES the Defendant, AMERICAN STORES PROPERTIES, INC. (hereinafter "ASPI"), by its attorneys, MENGES & MOLZAHN, LLC, and for its Motion for Oral Argument on its previously filed Dismiss the Amended Complaint for Declaratory Judgment, pursuant to Local Court Rule 7.1, state as follows:

1. On April 11, 2005 American Stores Properties, Inc. filed its Motion to Dismiss the Amended Complaint for Declaratory Judgment filed by American States Insurance Company based upon the doctrine of *absentia*.

2. American Stores Properties, Inc. hereby seeks leave to amend the above referenced Motion on its face to reflect that American Stores Properties, Inc. seeks oral argument thereon based upon the complexity of the pleadings relative to the doctrine of *absentia* and the

Doc:289642_1

parallel litigation, as well as, the issues of collateral estoppel and judicial economy which are raised therein.

3. That no prejudice will be suffered by the Plaintiffs by the granting of this motion.

          Respectfully submitted,

          AMERICAN STORES PROPERTIES, INC.

By: s/ Steven P. Rouse
    Steven P. Rouse
    One of Its Attorneys

Steven P. Rouse
Attorney No. 6189672
MENGES & MOLZAHN, LLC
20 North Clark Street, Suite 2300
Chicago, IL 60602-5002
Ph: 312/917-1880
Fax: 312/917-1851