UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, )<br>)<br>Plaintiff,        )<br>v.                              )<br>)<br>CURRY ICE & COAL, INC.; DEARBORN   )<br>CONSTRUCTION, INC., an Idaho corporation; )<br>PERRY BOUGHTON TRUCKING &   )<br>EXCAVATING, INC., a Delaware corporation )<br>ARCHER DANIELS MIDLAND COMPANY; )<br>and AMERICAN STORES PROPERTIES, INC., )<br>a Delaware corporation,         )<br>)<br>Defendants.    ) | No.: 04 cv 03276-JES-BGC |

## NOTICE OF MOTION

TO:  GREGORY G VACALA
     JAMES C BARROW
     RUSIN, MACIORWSKI & FRIEDMAN, LTD
     10 South Riverside Plaza, Suite 1530
     Chicago, Illinois  60606

   PLEASE TAKE NOTICE that on the ___18th___ day of ___April, 2005___ there was filed with the Clerk of the United States District Court for the Central District of Illinois, Springfield Division, located at 600 East Monroe, 151 Federal Bldg., Springfield, Illinois 62701, **MOTION OF DEFENDANT AMERICAN STORES PROPERTIES, INC FOR ORAL ARGUMENT ON ITS PREVIOUSLY FILED MOTION DISMISS AMENDED COMPLAINT FOR DECLARATORY JUDGMENT PURSUANT TO RULE 12(b)(1)**, a copy of which is hereby attached and served upon you, and for which a briefing and hearing date is requested thereon.

                                    AMERICAN STORES PROPERTIES, INC.


                              By:  ____s/ Steven P. Rouse_____
                                    Steven P. Rouse , One of Its Attorneys

Steven P. Rouse
Attorney No. 6189672
MENGES & MOLZAHN, LLC
20 North Clark Street, Suite 2300
Chicago, IL 60602-5002
Ph:  312/917-1880
Fax: 312/917-1851

1

## **CERTIFICATE OF SERVICE**

I, Steven P. Rouse, an attorney hereby certify that I electronically filed the foregoing **Notice** and **MOTION FOR ORAL ARGUMENT ON DEFENDANT AMERICAN STORES PROPERTIES, INC'S PREVIOUSLY FILED MOTION O DISMISS AMENDED COMPLAINT FOR DECLARATORY JUDGMENT PURSUANT TO RULE 12(b)(1)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants listed on the attached Service List and I hereby certify that I have mailed by United States Postal Service the documents to the Non-CM/ECF participants also listed on the attached Service List on the 18th day of April, 2005.

              s/ Steven P. Rouse

Subscribed and sworn to before me
this   18th   day of  April, 2005.

Steven P. Rouse
Attorney No. 6189672
MENGES & MOLZAHN, LLC
20 North Clark Street, Suite 2300
Chicago, IL 60602-5002
Ph: 312/917-1880
Fax: 312/917-1851

Steven P. Rouse #6189672
SPR@menges.com
Randall G. Talan #2794470
RGT@menges.com

MENGES & MOLZAHN, LLC
20 North Clark Street, Suite 2300
Chicago, IL 60602-5002
Ph: 312/917-1880, Fax: 312/917-1851

Attorneys for Defendant, AMERICAN STORES PROPERTIES INC.
Our File No. 54815

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CURRY ICE & COAL, INC.; DEARBORN ) <br> CONSTRUCTION, INC., an Idaho corporation; ) <br> PERRY BOUGHTON TRUCKING & ) <br> EXCAVATING, INC., a Delaware corporation ) <br> ARCHER DANIELS MIDLAND COMPANY; ) <br> and AMERICAN STORES PROPERTIES, INC., ) <br> a Delaware corporation, ) <br> ) <br> Defendants. ) | No.: 04 cv 03276-JES-BGC |

## SERVICE LIST

Clerk of the Court
Mr. Ryan Waterman
United States District Court
Central District of Illinois
600 E. Monroe, Room 151
Springfield, Illinois 62701
Tel : 217-492-4000

## CM/ECF PARTICIPANTS

Attorneys for Plaintiff, American States Insurance Company
Gregory G. Vacala
James C. Barrown
Rusin, Maciorowski & Friedman, Ltd.
10 S. Riverside Plaza, Suite 1530
Chicago, Illinois 60606
T: 312-454-5110, F: 312-454-6166

3