E-FILED
Tuesday, 19 April, 2005 01:25:46 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

<u>CENTRAL</u> DISTRICT OF <u>ILLINOIS</u>

SPRINGFIELD DIVISION

FILED
APR 13 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AMERICAN STATES INSURANCE COMPANY,
    Plaintiff

**APPEARANCE**

vs.

CURRY ICE & COAL, INC., et al,

Case No: 04 cv 03276-JES-BGC

    Defendants.

To the Clerk of this court and all parties of record:

    Enter this additional appearance as counsel in this case for **AMERICAN STORES PROPERTIES, INC.**, and designate me as its Lead Counsel.

    I certify that I am admitted to practice in this court.

<u>4/11/05</u>
Date

<u>/s/ Randall G. Talan</u>
Signature

<u>Randall G. Talan</u>     <u>2794470</u>
Print Name     Bar Number

<u>20 North Clark Street, Suite 2300</u>
Address

<u>Chicago</u>    <u>Illinois</u>    <u>60602</u>
City    State    Zip Code

<u>312-917-1880</u>    <u>312-917-1851</u>
Phone Number    Fax Number