UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
APR 1 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 04-3276 ) |
| CURRY ICE & COAL, INC.; DEARBORN CONSTRUCTION, INC., an Idaho corporation; PERRY BROUGHTON TRUCKING & EXCAVATING, INC., a Delaware corporation; ARCHER DANIELS MIDLAND COMPANY; and AMERICAN STORES PROPERTIES, INC., a Delaware Corporation, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF FILING

TO:  GREGORY G VACALA
     JAMES C BARROW
     RUSIN, MACIORWSKI & FRIEDMAN, LTD
     10 South Riverside Plaza, Suite 1530
     Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on the ___12th___ day of ___April___, 2005, there was filed with the Clerk of the United States District Court for the Central District of Illinois the additional Appearance of Randall G. Talan as Lead Counsel for Defendant, AMERICAN STORES PROPERTIES, INC., and Answer of AMERICAN STORIES PROPERTIES, INC. to Amended Complaint for Declaratory Judgment, copies of which are hereto attached and served upon you.

AMERICAN STORES PROPERTIES, INC.

By: _____
    Randall G. Talan
    One of Its Attorneys

Randall G. Talan
MENGES & MOLZAHN, LLC
20 North Clark Street, Suite 2300
Chicago, IL 60602-5002
Ph: 312/917-1880
Fax: 312/917-1851
Attorney No. 2794470

Doc:291484_1                                    1

## CERTIFICATE OF SERVICE

I, Randall G. Talan, an attorney hereby certify that I served the foregoing Appearance and Answer of American Stores Properties, Inc to Amended Complaint for Declaratory Judgment and Notice of Filing same by mailing a copy to counsel of record listed above and depositing the same in the U.S. Mail at 20 North Clark Street, Chicago, Illinois 60602 on the 12th day of April, 2005.

_Randall G. Talan_

Subscribed and sworn to before me
this 12 day of April, 2005.

_Notary Public_

OFFICIAL SEAL
ROBBIE GAYFIELD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 01-29-07

Randall G. Talan
MENGES & MOLZAHN, LLC
20 North Clark Street, Suite 2300
Chicago, IL 60602-5002
Ph: 312/917-1880
Fax: 312/917-1851
Attorney No. 2794470

Doc:291484_1                                                    2