UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
APR 1 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AMERICAN STATES INSURANCE COMPANY, )
)
                 Plaintiff, )
   v. )
)
CURRY ICE & COAL, INC.; DEARBORN )
CONSTRUCTION, INC., an Idaho corporation; )   No.: 04 cv 03276-JES-BGC
PERRY BOUGHTON TRUCKING & )
EXCAVATING, INC., a Delaware corporation )
ARCHER DANIELS MIDLAND COMPANY; )
and AMERICAN STORES PROPERTIES, INC., )
a Delaware corporation, )
)
                Defendants. )

### NOTICE OF MOTION

TO:   **GREGORY G VACALA**
        **JAMES C BARROW**
        **RUSIN, MACIORWSKI & FRIEDMAN, LTD**
        **10 South Riverside Plaza, Suite 1530**
        **Chicago, Illinois 60606**

     PLEASE TAKE NOTICE that on the ___12th___ day of ___April___, 2005, there was filed with the Clerk of the United States District Court for the Central District of Illinois, Springfield Division, located at 600 East Monroe, 151 Federal Bldg., Springfield, Illinois 62701, **MOTION OF DEFENDANT AMERICAN STORES PROPERTIES, INC TO DISMISS AMENDED COMPLAINT FOR DECLARATORY JUDGMENT PURSUANT TO RULE 12(b)(1), and MEMORANDUM OF LAW in support thereof**, copies of which are hereby attached and served upon you, and for which a briefing and hearing date is requested thereon.

                                          AMERICAN STORES PROPERTIES, INC.

                                          By: _/s/ Randall G. Talan_
                                               Randall G. Talan, One of Its Attorneys

Randall G. Talan
MENGES & MOLZAHN, LLC
20 North Clark Street, Suite 2300
Chicago, IL 60602-5002
Ph: 312/917-1880   Fax: 312/917-1851
Attorney No. 2794470

## CERTIFICATE OF SERVICE

I, Randall G. Talan, an attorney hereby certify that I served the foregoing **MOTION OF DEFENDANT AMERICAN STORES PROPERTIES, INC TO DISMISS AMENDED COMPLAINT FOR DECLARATORY JUDGMENT PURSUANT TO RULE 12(b)(1)and NOTICE OF MOTION** and **MEMORANDUM OF LAW in support thereof** for the same by mailing a copy to counsel of record listed above and depositing the same, postage prepaid, in the U.S. Mail at 20 North Clark Street, Chicago, Illinois 60602 on the ___12th___ day of ___April___, 2005.

_Randall G. Talan_

Subscribed and sworn to before me
this 12th day of April, 2005.

_Robbie Gayfield_

MENGES & MOLZAHN, LLC
20 North Clark Street
Suite 2300
Chicago, IL 60602-5002
Ph: 312/917-1880
Fax: 312/917-1851

OFFICIAL SEAL
ROBBIE GAYFIELD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 01-29-07

2