E-FILED
Tuesday, 19 April, 2005 02:48:11 PM
Clerk, U.S. District Court, ILCD

RGT:cab                    54815-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
APR 1 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  04-3276 |
| | ) |
| CURRY ICE & COAL, INC.; DEARBORN CONSTRUCTION, INC., an Idaho corporation; PERRY BROUGHTON TRUCKING & EXCAVATING, INC., a Delaware corporation; ARCHER DANIELS MIDLAND COMPANY; and AMERICAN STORES PROPERTIES, INC., a Delaware Corporation, | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

AMERICAN STORES PROEPRTIES, INC.'S
EXHIBITIS TO MOTION TO DISMISS
AMENDED COMPLAINT FOR DECLARATORY JUDGMENT


VOLUME I of II:


Exhibit 1: ASPI Third Party Complaint, Case No. 04
MR 1472; Eighteenth Judicial Circuit, DuPage County,
Illinois

Exhibit 3: DCI Third Party Complaint, Case No. 2002
L 147; Seventh Judicial Circuit, Sangamon County,
Illinois

Doc:289642_1