**E-FILED**
Tuesday, 19 April, 2005  02:50:00 PM
Clerk, U.S. District Court, ILCD

RGT:cab                           54815-3

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

*FILED*

APR 1 9 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) No.  04-3276 | |
| ) | |
| CURRY ICE & COAL, INC.; DEARBORN ) | |
| CONSTRUCTION, INC., an Idaho corporation; ) | |
| PERRY BROUGHTON TRUCKING & ) | |
| EXCAVATING, INC., a Delaware corporation; ) | |
| ARCHER DANIELS MIDLAND COMPANY; and ) | |
| AMERICAN STORES PROPERTIES, INC., a ) | |
| Delaware Corporation, ) | |
| ) | |
| Defendants. ) | |

### AMERICAN STORES PROEPRTIES, INC.'S
### EXHIBITIS TO MOTION TO DISMISS
### AMENDED COMPLAINT FOR DECLARATORY JUDGMENT

### VOLUME II of II:

**Exhibit 2:  ASPI Third Party Complaint, Case NO. 03
MR 125, Seventh Judicial Circuit, Sangamon County,
Illinois**