E-FILED
Thursday, 12 May, 2005   03:21:47 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>CURRY ICE & COAL, INC.; DEARBORN CONSTRUCTION, INC., an Idaho corporation; PERRY BROUGHTON TRUCKING & EXCAVATING, INC., a Delaware corporation, ARCHER DANIELS MIDLAND COMPANY, a Delaware corporation; MIDWEST ENGINEERING SERVICES, INC., an Illinois corporation; and and AMERICAN STORES PROPERTIES, INC., a Delaware corporation,<br><br>    Defendants. | No.   04-3276<br><br>Honorable Judge Jeanne E. Scott<br><br>Magistrate Judge Byron C. Cudmore |

## ENTRY OF APPEARANCE

Sorling, Northrup, Hanna, Cullen & Cochran, Ltd., E. Zachary Dinardo, of Counsel, hereby enters its appearance in this case as counsel on behalf of Defendant, CURRY ICE & COAL, INC.

          CURRY ICE & COAL, INC., Defendant

          By:   s/ E. Zachary Dinardo
                E. Zachary Dinardo, #6269642
                Attorney for Defendant
                Sorling, Northrup, Hanna,
                    Cullen and Cochran, Ltd.
                Suite 800 Illinois Building
                P.O. Box 5131
                Springfield, IL 62705
                Telephone: 217-544-1144
                Fax: 217/522-3173
                E-Mail: ezdinardo@sorlinglaw.com

S0470936.2 5/3/05 EZD SMR

## PROOF OF SERVICE

I hereby certify that on May _____, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gregory C. Vacala
James C. Barrow
William J. Harrington
Rusin Maciorowski & Friedman, Ltd.
10 S. Riverside Plaza, Suite 1530
Chicago, IL 60606

Steven P. Rouse
Randy Talan
Menges & Molzahn, LLC
20 North Clark Street, Suite 2300
Chicago, IL 60602-5002

and I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants:

Jerrold H. Stocks
Winters, Featherstun, Gaumer, Postlewait, Stocks & Flyn
P.O. Box 1760
Decatur, IL 62526

Edward Fitzsimmons Dunne
Crisham & Kubes, Ltd.
30 North LaSalle Street, Suite 2800
Chicago, IL 60602

Perry Broughton Trucking and Excavating, Inc.
c/o Ralph Bawden, Agent
110 South Cleveland
Farmersville, IL 62533

s/ E. Zachary Dinardo
E. Zachary Dinardo, #6269642
Attorney for Defendant
Sorling, Northrup, Hanna, Cullen & Cochran, Ltd.
Suite 800 Illinois Building
P.O. Box 5131
Springfield, IL 62705
Telephone: 217/544-1144
Fax: 217/522-3173
E-mail: ezdinardo@sorlinglaw.com

S0470936.2 5/3/05 EZD SMR