UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>CURRY ICE & COAL, INC.; DEARBORN   )<br>CONSTRUCTION, INC., an Idaho corporation;   )<br>PERRY BROUGHTON TRUCKING &   )<br>EXCAVATING, INC., a Delaware corporation,   )<br>ARCHER DANIELS MIDLAND COMPANY, a   )<br>Delaware corporation; MIDWEST ENGINEERING )<br>SERVICES, INC., an Illinois corporation; and   )<br>and AMERICAN STORES PROPERTIES, INC.,   )<br>a Delaware corporation,   )<br>)<br>Defendants.   ) | No.   04-3276<br><br>Honorable Judge Jeanne E. Scott<br><br>Magistrate Judge Byron C. Cudmore |

## CERTIFICATE OF INTEREST

NOW COMES Defendant, Curry Ice & Coal, Inc., by its attorneys, and furnishes the following in compliance with Rule 11.3 of this Court.

1.   The full correct name of the Defendant is Curry Ice & Coal, Inc.

2.   (a)   Curry Ice and Coal, Inc. is a corporation whose parent company is Curry Ready-Mix & Builders' Supply, Inc.

   (b)   Not applicable.

(Remainder of page intentionally left blank)

S0470944.3 5/12/05 EZD SMR

3. The firm of Sorling, Northrup, Hanna, Cullen and Cochran, Ltd. represents the Defendant. E. Zachary Dinardo is lead counsel.

    Respectfully submitted,

    CURRY ICE & COAL, INC., Defendant

    By:   s/ E. Zachary Dinardo
        E. Zachary Dinardo, #6269642
        Attorney for Defendant
        Sorling, Northrup, Hanna,
            Cullen and Cochran, Ltd.
        Suite 800 Illinois Building
        P.O. Box 5131
        Springfield, IL 62705
        Telephone: 217-544-1144
        Fax: 217/522-3173
        E-Mail: ezdinardo@sorlinglaw.com

## PROOF OF SERVICE

I hereby certify that on May 3, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gregory C. Vacala
James C. Barrow
William J. Harrington
Rusin Maciorowski & Friedman, Ltd.
10 S. Riverside Plaza, Suite 1530
Chicago, IL 60606

Steven P. Rouse
Randy Talan
Menges & Molzahn, LLC
20 North Clark Street, Suite 2300
Chicago, IL 60602-5002

and I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants:

Jerrold H. Stocks
Winters, Featherstun, Gaumer, Postlewait, Stocks & Flyn
P.O. Box 1760
Decatur, IL 62526

Edward Fitzsimmons Dunne
Crisham & Kubes, Ltd.
30 North LaSalle Street, Suite 2800
Chicago, IL 60602

Perry Broughton Trucking and Excavating, Inc.
c/o Ralph Bawden, Agent
110 South Cleveland
Farmersville, IL 62533

s/ E. Zachary Dinardo
E. Zachary Dinardo, #6269642
Attorney for Defendant
Sorling, Northrup, Hanna, Cullen & Cochran, Ltd.
Suite 800 Illinois Building
P.O. Box 5131
Springfield, IL 62705
Telephone: 217/544-1144
Fax: 217/522-3173
E-mail: ezdinardo@sorlinglaw.com