UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AMERICAN STATES INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.  04-3276 |
| | ) | |
| CURRY ICE & COAL, INC.; DEARBORN CONSTRUCTION, INC., an Idaho corporation; PERRY BROUGHTON TRUCKING & EXCAVATING, INC., a Delaware corporation, ARCHER DANIELS MIDLAND COMPANY, a Delaware corporation; MIDWEST ENGINEERING SERVICES, INC., an Illinois corporation; and and AMERICAN STORES PROPERTIES, INC., a Delaware corporation, | ) ) ) ) ) ) ) ) ) | Honorable Judge Jeanne E. Scott

Magistrate Judge Byron C. Cudmore |
| Defendants. | ) | |

## DESIGNATION OF LEAD COUNSEL

NOW COMES Defendant, Curry Ice & Coal, Inc., by its attorneys, and designates E. Zachary Dinardo of the firm of Sorling, Northrup, Hanna, Cullen and Cochran, Ltd. as lead counsel.

Respectfully submitted,

CURRY ICE & COAL, INC., Defendant

By:     s/ E. Zachary Dinardo
         E. Zachary Dinardo, #6269642
         Attorney for Defendant
         Sorling, Northrup, Hanna,
            Cullen and Cochran, Ltd.
         Suite 800 Illinois Building
         P.O. Box 5131
         Springfield, IL 62705
         Telephone: 217-544-1144
         Fax: 217/522-3173
         E-Mail: ezdinardo@sorlinglaw.com

S0470947.2 5/12/05 EZD SMR

## PROOF OF SERVICE

I hereby certify that on May 3, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gregory C. Vacala
James C. Barrow
William J. Harrington
Rusin Maciorowski & Friedman, Ltd.
10 S. Riverside Plaza, Suite 1530
Chicago, IL 60606

Steven P. Rouse
Randy Talan
Menges & Molzahn, LLC
20 North Clark Street, Suite 2300
Chicago, IL 60602-5002

and I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants:

Jerrold H. Stocks
Winters, Featherstun, Gaumer, Postlewait,
Stocks & Flyn
P.O. Box 1760
Decatur, IL 62526

Edward Fitzsimmons Dunne
Crisham & Kubes, Ltd.
30 North LaSalle Street, Suite 2800
Chicago, IL 60602

Perry Broughton Trucking and Excavating, Inc.
c/o Ralph Bawden, Agent
110 South Cleveland
Farmersville, IL 62533

s/ E. Zachary Dinardo
E. Zachary Dinardo, #6269642
Attorney for Defendant
Sorling, Northrup, Hanna, Cullen & Cochran, Ltd.
Suite 800 Illinois Building
P.O. Box 5131
Springfield, IL 62705
Telephone: 217/544-1144
Fax: 217/522-3173
E-mail: ezdinardo@sorlinglaw.com

S0470947.2 5/12/05 EZD SMR                              2