E-FILED
Wednesday, 18 May, 2005 03:52:43 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, ) <br> Plaintiff, ) <br> v. ) <br> CURRY ICE & COAL, INC.; DEARBORN ) <br> CONSTRUCTION, INC., an Idaho corporation; ) <br> PERRY BROUGHTON TRUCKING & ) <br> EXCAVATING, INC., a Delaware corporation ) <br> ARCHER DANIELS MIDLAND COMPANY, a ) <br> Delaware corporation; MIDWEST ENGINEERING ) <br> SERVICES, INC., an Illinois corporation; and ) <br> AMERICAN STORES PROPERTIES, INC., ) <br> a Delaware corporation, ) <br> Defendants. ) | No.: 04-3276 <br><br> Honorable Judge Jeanne E. Scott <br><br> Magistrate Judge Byron C. Cudmore |

### NOTICE OF FILING

**TO: SEE ATTACHED SERVICE LIST**

PLEASE TAKE NOTICE that on the **May 18, 2005**, there was filed with the United States District Court for the Central District of Illinois:

**PLAINTIFF'S STATUS REPORT ON SERVICE**

a copy of which is attached hereto and served upon you.

*s/Gregory G. Vacala*
Gregory G. Vacala #6184543, One of the Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on **May 18, 2005**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants listed on the attached Service List and I hereby certify that I have mailed by United States Postal Service the document to the Non-CM/ECF participants also listed on the attached Service List.

**s/ Gregory G. Vacala**
Gregory G. Vacala Bar Number 6184543
James C. Barrow Bar Number 6269376
William J. Harrington Bar Number 6209294
Attorneys for Plaintiff
RUSIN MACIOROWSKI & FRIEDMAN, LTD.
10 South Riverside Plaza, Suite 1530
Chicago, Illinois 60606
Telephone: (312) 454-5110 Fax: (312) 454-6166
E-mail: gvacala@rusinlaw.com; wharrington@rusinlaw.com

NOF -Plaintiff's Status Report on Service (00320000.DOC)

**RUSIN MACIOROWSKI & FRIEDMAN, LTD.**
10 S. Riverside Plaza, Suite 1530
Chicago, IL 60606
Tel: 312-454-5110; Fax: 312-454-6166
**Attorneys for Plaintiff, American States Insurance Company**
Our File No.: 783.55

---

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, ) | |
| Plaintiff, ) | |
| v. ) | No.: 04-3276 |
| CURRY ICE & COAL, INC.; DEARBORN ) | Honorable Judge Jeanne E. Scott |
| CONSTRUCTION, INC., an Idaho corporation; ) | |
| PERRY BROUGHTON TRUCKING & ) | |
| EXCAVATING, INC., a Delaware corporation ) | Magistrate Judge Byron C. Cudmore |
| ARCHER DANIELS MIDLAND COMPANY, a ) | |
| Delaware corporation; MIDWEST ENGINEERING ) | |
| SERVICES, INC., an Illinois corporation; and ) | |
| AMERICAN STORES PROPERTIES, INC., ) | |
| a Delaware corporation, ) | |
| Defendants. ) | |

## SERVICE LIST
*(Revised 5/12/05 cn)*

Clerk of the Court
Mr. Ryan Waterman
**United States District Court
Central District of Illinois**
600 E. Monroe
Room 151
Springfield, Illinois 62701
Tel: 217-492-4000

## CM/ECF PARTICIPANTS

**Attorneys for Defendant, AMERICAN STORES PROPERTIES, INC.,
a Delaware corporation**
Steven P. Rouse
Randall G. Talan
**Menges & Molzahn, LLC**
20 North Clark Street, Suite 2300
Chicago, Illinois 60602-5002
Tel: 312-917-1880; Fax: 312-917-1851

NOF -Plaintiff's Status Report on Service (00320000.DOC)

# NON CM/ECF PARTICIPANTS

**Attorneys for Defendant, ARCHER-DANIELS MIDLAND COMPANY**
Jerrold H. Stocks
**Winters, Featherstun, Gaumer, Postlewait, Stocks & Flyn**
P.O. Box 1760
Decatur, IL 62526
Tel: 217-429-4453; Fax: 217-425-8892
(Street Address: 225 North Water Street, Suite 200, Decatur, IL 62523)

**Attorneys for Defendant, MIDWEST ENGINEERING SERVICES, INC. ("MES")**
Edw. Fitzsimmons Dunne
**Crisham & Kubes, Ltd.**
30 N. LaSalle St., Suite 2800
Chicago, IL 60602
Tel: 312-327-2500; Fax: 312-327-2450
Their File No. 10412

**Attorneys for Defendant, CURRY ICE & COAL, INC.**
E. Zachary Dinardo, of Counsel
Sorling, Northrup, Hanna, Cullen & Cochran, Ltd.
Suite 800 Illinois Building
P.O. Box 5131
Springfield, IL 62705
Tel: 217-544-1144; Fax: 217-522-3173

**PERRY BROUGHTON TRUCKING AND EXCAVATING, INC.**
Perry Broughton Trucking and Excavating, Inc.
c/o Agent: Ralph Bawden
110 S. Cleveland
Farmersville, IL 62533

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.  ) <br> ) <br> CURRY ICE & COAL, INC.; DEARBORN ) <br> CONSTRUCTION, INC., an Idaho corporation; ) <br> PERRY BROUGHTON TRUCKING & ) <br> EXCAVATING, INC., a Delaware corporation ) <br> ARCHER DANIELS MIDLAND COMPANY; ) <br> and AMERICAN STORES PROPERTIES, INC., ) <br> a Delaware corporation, ) <br> ) <br> Defendants. ) | No.: 04-3276 |

**PLAINTIFF'S STATUS REPORT ON SERVICE**

NOW COMES Plaintiff, AMERCIAN STATES INSURANCE COMPANY (hereinafter "American States"), by Gregory G. Vacala and Rusin Maciorowski & Friedman, Ltd., its attorneys and for its Status Report regarding service, states as follow:

1. On March 21, 2005, this Court held a telephone status conference with Attorneys Barrow, Rouse and Talan present. Counsel for Plaintiff, Attorney James C. Barrow advised the Court that all defendants had not been served as of March 21, 2005. The Court ordered Plaintiff to serve the remaining Defendants. (See Minute Entry filed March 21, 2005).

2. On May 11, 2005, this Court ordered Plaintiff to file a status report regarding service of Defendants.

3. As of today's date, all Defendants other than Midwest Engineering Services, Inc. (hereinafter "Midwest") and Dearborn Construction, Inc. (hereinafter "Dearborn"), have either been served or signed waivers of service.

4. On March 25, 2005, counsel for Midwest drafted an abide by stipulation to be signed by American States and Midwest. Dearborn is no longer in business and is not registered with the Illinois Secretary of State. Plaintiff intends to seek Secretary of State Service with regards Dearborn in the event this matter continues to be litigated before this Court.

5. On March 23, 2005, American States Insurance Company was named as a Third-Party Defendant in a declaratory action pending in Dupage County, Case No. 2004 MR 001472, involving the same underlying facts as contained in the instant action. In addition, a declaratory action was filed in Sangamon County regarding the same underlying facts as contained in the instant action.

6. Pending before this Court is Defendant, American Stores Properties, Inc.'s (hereinafter "ASPI") Motion to Dismiss/Stay.

7. American States in the Dupage matter has filed a motion to transfer venue to Sangamon County Circuit Court. Plaintiff, subject to client approval, is intending to file a motion to voluntary dismiss the current action before this Court pursuant to F.R.C.P Rule 41. Therefore, service on the remaining defendants will be moot in the event of Plaintiff's voluntary dismissal. Counsel for ASPI, has expressed his desire to have this matter litigated in State Court, pending his client's approval.

8. Pursuant to F.R.C.P. Rule 4 (m), 120 days from the Amended Complaint (filed March 17, 2005) has not expired.

9. Plaintiff requests a <u>telephonic</u> status on Plaintiff's Motion to Voluntary Dismiss or service on remaining Defendants, not less than two-weeks from today's date.

WHEREFORE, AMERCIAN STATES INSURANCE COMPANY, respectfully requests a <u>telephonic</u> status hearing on Plaintiff's Motion to Voluntary Dismiss or service on remaining Defendants, not less than two-weeks from today's date.

Respectfully submitted,

s/ **Gregory G. Vacala**
Gregory G. Vacala Bar Number 6184543
James C. Barrow Bar Number 6269376
Attorneys for Plaintiff
RUSIN MACIOROWSKI & FRIEDMAN, LTD.
10 South Riverside Plaza, Suite 1530
Chicago, Illinois 60606
Telephone: (312) 454-5110
Fax: (312) 454-6166
E-mail: gvacala@rusinlaw.com;
jbarrow@rusinlaw.com

F:\DOCS\0783\55\00319991.DOC