E-FILED
Thursday, 16 June, 2005  01:20:55 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AMERICAN STATES INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-3276 |
| | ) | |
| CURRY ICE & COAL, INC.; DEARBORN | ) | Honorable Judge Jeanne E. Scott |
| CONSTRUCTION, INC., an Idaho corporation; | ) | |
| PERRY BROUGHTON TRUCKING & | ) | Magistrate Judge Byron C. Cudmore |
| EXCAVATING, INC., a Delaware corporation; | ) | |
| ARCHER-DANIELS-MIDLAND COMPANY, a | ) | |
| Delaware corporation; MIDWEST ENGINEERING | ) | |
| SERVICES, INC., an Illinois corporation; and | ) | |
| AMERICAN STORES PROPERTIES, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## DESIGNATION OF LEAD COUNSEL

The undersigned, counsel of record for Archer-Daniels-Midland Company, furnishes the

following in compliance with Rule 11.2 of this Court:

1.     The lead counsel for Defendant responsible for receipt of telephone conference calls is

Jerrold H. Stocks, Winters, Featherstun, Gaumer, Postlewait, Stocks & Flynn, telephone:  217-429-4453.

s/Jerrold H. Stocks
Jerrold H. Stocks (ARDC# 06201986)
WINTERS, FEATHERSTUN, GAUMER,
POSTLEWAIT, STOCKS & FLYNN
225 N. Water St., Suite 200
P. O. Box 1760
Decatur, Illinois  62525
Telephone:  (217) 429-4453
Fax:  (217) 425-8892
E-Mail:  jstocks@family-net.net

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

AMERICAN STATES INSURANCE COMPANY,    )
                                      )
            Plaintiff,                )
                                      )
      v.                              )    No. 04-3276
                                      )
CURRY ICE & COAL, INC.; DEARBORN      )    Honorable Judge Jeanne E. Scott
CONSTRUCTION, INC., an Idaho corporation; )
PERRY BROUGHTON TRUCKING &            )    Magistrate Judge Byron C. Cudmore
EXCAVATING, INC., a Delaware corporation; )
ARCHER-DANIELS-MIDLAND COMPANY, a     )
Delaware corporation; MIDWEST ENGINEERING )
SERVICES, INC., an Illinois corporation; and )
AMERICAN STORES PROPERTIES, INC.,     )
a Delaware corporation,               )
                                      )
            Defendants.               )

## CERTIFICATE OF SERVICE

I certify that on the 16th day of June, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Steven R. Rouse at spr@menges.com, and Gregory G. Vacala at gvacala@rusinlaw.com; and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

E-mail:  gvacala@rusinlaw.com
Gregory G. Vacala
James C. Barrow
William J. Harrington
RUSIN, MACIOROWSKI & FRIEDMAN, LTD.
10 South Riverside Plaza, Suite 1530
Chicago, IL  60606

E. Zachary Dinardo
SORLING, NORTHRUP, HANNA, CULLEN
& COCHRAN, LTD.
Suite 800, Illinois Building
P.O. Box 5131
Springfield, IL  62705

Edward Fitzsimmons Dunne
CRISHAM & KUBES, LTD.
30 N. LaSalle St., Suite 2800
Chicago, IL  60602

Perry Broughton Trucking and Excavating, Inc.
c/o Agent:  Ralph Bawden
110 S. Cleveland
Farmersville, IL  62533

E-mail:  spr@menges.com
Steven P. Rouse
Randall G. Talan
MENGES & MOLZAHN, LLC
20 N. Clark St., Suite 2300
Chicago, IL  60602-5002

s/Jerrold H. Stocks_____
Jerrold H. Stocks (ARDC# 06201986)
WINTERS, FEATHERSTUN, GAUMER,
POSTLEWAIT, STOCKS & FLYNN
225 N. Water St., Suite 200
P. O. Box 1760
Decatur, Illinois  62525
Telephone:  (217) 429-4453
Fax:  (217) 425-8892
E-Mail:  jstocks@family-net.net