IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CURRY ICE & COAL, INC.; DEARBORN )<br>CONSTRUCTION, INC., an Idaho corporation; )<br>PERRY BROUGHTON TRUCKING & )<br>EXCAVATING, INC., a Delaware corporation; )<br>ARCHER-DANIELS-MIDLAND COMPANY, a )<br>Delaware corporation; MIDWEST ENGINEERING )<br>SERVICES, INC., an Illinois corporation; and )<br>AMERICAN STORES PROPERTIES, INC., )<br>a Delaware corporation, )<br>)<br>Defendants. ) | No. 04-3276<br><br>Honorable Judge Jeanne E. Scott<br><br>Magistrate Judge Byron C. Cudmore |

**ENTRY OF APPEARANCE ON BEHALF OF ARCHER-DANIELS-MIDLAND COMPANY**

Now comes Jerrold H. Stocks of Winters, Featherstun, Gaumer, Postlewait, Stocks & Flynn, and hereby enters his appearance on behalf of the Defendant, Archer-Daniels-Midland Company, a corporation.

               s/Jerrold H. Stocks_____
               Jerrold H. Stocks (ARDC# 06201986)
               WINTERS, FEATHERSTUN, GAUMER,
               POSTLEWAIT, STOCKS & FLYNN
               225 N. Water St., Suite 200
               P. O. Box 1760
               Decatur, Illinois  62525
               Telephone:  (217) 429-4453
               Fax:  (217) 425-8892
               E-Mail:  jstocks@family-net.net

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, )<br>)<br>   Plaintiff,         )<br>)<br>   v.                       )<br>)<br>CURRY ICE & COAL, INC.; DEARBORN )<br>CONSTRUCTION, INC., an Idaho corporation; )<br>PERRY BROUGHTON TRUCKING & )<br>EXCAVATING, INC., a Delaware corporation; )<br>ARCHER-DANIELS-MIDLAND COMPANY, a )<br>Delaware corporation; MIDWEST ENGINEERING )<br>SERVICES, INC., an Illinois corporation; and )<br>AMERICAN STORES PROPERTIES, INC., )<br>a Delaware corporation, )<br>)<br>   Defendants.      ) | No. 04-3276<br><br>Honorable Judge Jeanne E. Scott<br><br>Magistrate Judge Byron C. Cudmore |

## CERTIFICATE OF SERVICE

I certify that on the 16th day of June, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Steven R. Rouse at spr@menges.com, Gregory G. Vacala at gvacala@rusinlaw.com; and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

E-mail: gvacala@rusinlaw.com
Gregory G. Vacala
James C. Barrow
William J. Harrington
RUSIN, MACIOROWSKI & FRIEDMAN, LTD.
10 South Riverside Plaza, Suite 1530
Chicago, IL  60606

E. Zachary Dinardo
SORLING, NORTHRUP, HANNA, CULLEN
& COCHRAN, LTD.
Suite 800, Illinois Building
P.O. Box 5131
Springfield, IL  62705

Edward Fitzsimmons Dunne
CRISHAM & KUBES, LTD.
30 N. LaSalle St., Suite 2800
Chicago, IL  60602

Perry Broughton Trucking and Excavating, Inc.
c/o Agent:  Ralph Bawden
110 S. Cleveland
Farmersville, IL  62533

E-mail: spr@menges.com
Steven P. Rouse
Randall G. Talan
MENGES & MOLZAHN, LLC
20 N. Clark St., Suite 2300
Chicago, IL  60602-5002

s/Jerrold H. Stocks_____
Jerrold H. Stocks (ARDC# 06201986)
WINTERS, FEATHERSTUN, GAUMER,
POSTLEWAIT, STOCKS & FLYNN
225 N. Water St., Suite 200
P. O. Box 1760
Decatur, Illinois  62525
Telephone:  (217) 429-4453
Fax:  (217) 425-8892
E-Mail:  jstocks@family-net.net