**E-FILED**
Friday, 17 June, 2005  03:03:41 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CURRY ICE & COAL, INC., DEARBORN ) | NO. 04-3276 |
| CONSTRUCTION, INC., an Idaho ) | |
| corporation; PERRY BROUGHTON ) | |
| TRUCKING & EXCAVATING, INC., a ) | |
| Delaware corporation; ARCHER DANIELS ) | Judge Jeanne Scott |
| MIDLAND COMPANY; and AMERICAN ) | |
| STORES PROPERTIES, INC., a Delaware ) | Magistrate Judge Byron C. Cudmore |
| corporation, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

NOW COMES LONDRIGAN, POTTER & RANDLE, P.C. and hereby enters its appearance on behalf of Perry Broughton Trucking & Excavating, Inc. in the above-captioned matter.

　　　　　　　　　　　　　　　　　　LONDRIGAN, POTTER & RANDLE, P.C.

　　　　　　　　　　　　　　　　　　By:   s/Craig A. Randle
　　　　　　　　　　　　　　　　　　CRAIG A. RANDLE, #2281961
　　　　　　　　　　　　　　　　　　JAMES R. POTTER, #2240394
　　　　　　　　　　　　　　　　　　Attorney for Perry Broughton Trucking
　　　　　　　　　　　　　　　　　　　 & Excavating, Inc.
　　　　　　　　　　　　　　　　　　LONDRIGAN, POTTER & RANDLE, P.C.
　　　　　　　　　　　　　　　　　　1227 South 7th Street, P.O. Box 399
　　　　　　　　　　　　　　　　　　Springfield, Illinois 62705
　　　　　　　　　　　　　　　　　　Telephone:  (217) 544-9823
　　　　　　　　　　　　　　　　　　Fax:  (217) 544-9826
　　　　　　　　　　　　　　　　　　E-Mail: craig@lprpc.com
　　　　　　　　　　　　　　　　　　E-Mail:  bud@lprpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on _____, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gregory G. Vacala  
James C. Barrow  
Rusin, Patton, Maciorowski & Friedman, Ltd.  
Suite 1530, 10 S. Riverside Plaza  
Chicago, IL  60606  
Email:  gvacala@rusinlaw.com  
Attorney for Plaintiff

Randall G. Talan  
Steven P. Rouse  
Menges & Molzahn, LLC  
Suite 2300, 20 N. Clark  
Chicago, IL  60602  
Email:  spr@menges.com  
Attorneys for American Stores Properties

Edward Zachary Dinardo  
Sorling Law Offices  
607 E. Adams St., P.O. Box 5131  
Springfield, IL  62705  
Email:  ezdinardo@sorlinglaw.com  
Attorney for Curry Ice & Coal, Inc.

 and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Jerrold H. Stocks  
Winters, Featherstun, Gaumer, et al.  
P.O. Box 1760  
Decatur, IL  62526  
Attorney for Archer-Daniels-Midland Co.

Dearborn Construction, Inc.  
c/o Daniel B. Dearborn, Registered Agent  
815 Park Blvd., Suite 100  
Boise, ID  83712  
Attorney for Dearborn Construction, Inc.

By:   s/ Craig A. Randle  
CRAIG A. RANDLE, #2281961  
JAMES R. POTTER, #2240394  
Attorney for Perry Broughton Trucking  
 & Excavating, Inc.  
LONDRIGAN, POTTER & RANDLE, P.C.  
1227 South 7th Street, P.O. Box 399  
Springfield, Illinois 62705  
Telephone:  (217) 544-9823  
Fax:  (217) 544-9826  
E-Mail: craig@lprpc.com  
E-Mail:  bud@lprpc.com