**E-FILED**
Wednesday, 22 June, 2005 03:02:35 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Central DISTRICT OF Illinois

AMERICAN STATES INSURANCE COMPANY,

  Plaintiff,

vs.

CURRY ICE & COAL, INC., ET AL,

  Defendants.

**APPEARANCE**

Case Number: 04-3276

To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for
AMERICAN STATES INSURANCE COMPANY

  I certify that I am admitted to practice in this court.

June 22, 2005
Date

[Signature]
Signature

William J. Harrington                6209294
Print Name                           Bar Number

10 S. Riverside Plaza, Suite 1530
Address

Chicago          IL           60606
City             State        Zip Code

(312) 454-5128              (312) 454-6166
Phone Number                Fax Number