E-FILED
Friday, 24 June, 2005  12:50:38 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, ) | |
| Plaintiff, ) | |
| vs. ) | Case No.:   04-3276 |
| ) | |
| CURRY ICE & COAL, INC.; DEARBORN ) | |
| CONSTRUCTION, INC., an Idaho corporation; ) | |
| PERRY BROUGHTON TRUCKING & ) | |
| EXCAVATING, INC., a Delaware corporation; ) | |
| ARCHER-DANIELS-MIDLAND COMPANY, a ) | |
| Delaware corporation; MIDWEST ENGINEERING ) | |
| SERVICES, INC., an Illinois corporation; and ) | |
| AMERICAN STORES PROPERTIES, INC., a ) | |
| Delaware corporation, ) | |
| Defendants. ) | |

## RULE 11.3 CERTIFICATE OF INTEREST

The undersigned, counsel of record for Midwest Engineering Service, Inc, furnishes the following in compliance with Rule 11.3 of this Court:

1.   The undersigned represents only Midwest Engineering Services, Inc., a corporation.

2.   Defendant Midwest Engineering Services, Inc. is a Wisconsin corporation.

3.   The law firm of Crisham & Kubes, Ltd. is the only law firm expected to appear on behalf of the Defendant, Midwest Engineering Services, Inc.

    s/Edward Fitzsimmons Dunne
Edward Fitzsimmons Dunne (ARDC #: 06224845)
CRISHAM & KUBES, LTD.
30 North LaSalle Street, Suite 2800
Chicago, Illinois 60602
Telephone:   312.327.2500
Fax:         312.327.2450
E-mail:      edunne@crishamlaw.com

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| AMERICAN STATES INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No.: 04-3276 |
| | ) | |
| CURRY ICE & COAL, INC.; DEARBORN CONSTRUCTION, INC., an Idaho corporation; PERRY BROUGHTON TRUCKING & EXCAVATING, INC., a Delaware corporation; ARCHER-DANIELS-MIDLAND COMPANY, a Delaware corporation; MIDWEST ENGINEERING SERVICES, INC., an Illinois corporation; and AMERICAN STORES PROPERTIES, INC., a Delaware corporation, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DESIGNATION OF LEAD COUNSEL**

The undersigned, counsel of record for Midland Engineering Services, Inc., furnishes in compliance with Rule 11.2 of this Court:

The lead counsel for Defendant responsible for receipt of telephone conference calls is Edward Fitzsimmons Dunne, Crisham & Kubes, Ltd., direct dial telephone: 312.917.8846.

        s/Edward Fitzsimmons Dunne
Edward Fitzsimmons Dunne (ARDC #: 06224845)
CRISHAM & KUBES, LTD.
30 North LaSalle Street, Suite 2800
Chicago, Illinois 60602
Telephone:  312.327.2500
Fax:        312.327.2450
E-mail:     edunne@crishamlaw.com

Doc:247046