**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> CURRY ICE & COAL, INC.; DEARBORN ) <br> CONSTRUCTION, INC., an Idaho corporation; ) <br> PERRY BROUGHTON TRUCKING & ) <br> EXCAVATING, INC., a Delaware corporation; ) <br> ARCHER-DANIELS-MIDLAND COMPANY, a ) <br> Delaware corporation; MIDWEST ENGINEERING ) <br> SERVICES, INC., an Illinois corporation; and ) <br> AMERICAN STORES PROPERTIES, INC., a ) <br> Delaware corporation, ) <br> ) <br> Defendants, ) | Case No.:    04-3276 |

**APPEARANCE**

Now comes Edward Fitzsimmons Dunne and Jeffrey Kubes of Crisham & Kubes, Ltd., and hereby enters their appearance on behalf of Midwest Engineering Services, Inc., an Illinois corporation.

    s/Edward Fitzsimmons Dunne
Edward Fitzsimmons Dunne (ARDC #: 06224845)
CRISHAM & KUBES, LTD.
30 North LaSalle Street, Suite 2800
Chicago, Illinois 60602
Telephone:    312.327.2500
Fax:              312.327.2450
E-mail:          edunne@crishamlaw.com