IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> CURRY ICE & COAL, INC.; DEARBORN ) <br> CONSTRUCTION, INC., an Idaho corporation; ) <br> PERRY BROUGHTON TRUCKING & ) <br> EXCAVATING, INC., a Delaware corporation; ) <br> ARCHER-DANIELS-MIDLAND COMPANY, a ) <br> Delaware corporation; MIDWEST ENGINEERING ) <br> SERVICES, INC., an Illinois corporation; and ) <br> AMERICAN STORES PROPERTIES, INC., a ) <br> Delaware corporation, ) <br> Defendants. ) | Case No.:     04-3276 |

**CERTIFICATE OF SERVICE**

To:   Gregory G. Vacala                              Jerrold H. Stocks
      James C. Barrow                                Winters, Featherstun, Gaumer, et al.
      Rusin, Maciorowski & Friedman                  225 North Water Street, Suite 200
      10 South Riverside Plaza, Suite 1530           P.O. Box 1760
      Chicago, Illinois 60606                        Decatur, Illinois 62525

      Steven P. Rouse                                Kenneth M. Burke
      Randall G. Talan                               Brown & James
      Menges & Molzahn, P.C.                         525 West Main Street, Suite 200
      20 North Clark Street, Suite 2300              Belleville, Illinois  62220
      Chicago, Illinois 60602

      E. Zachary Dinardo                             Perry Broughton Trucking & Excavating
      Sorling, Northrup, Hanna, et al.               c/o Agent:   Ralph Bawden
      Illinois Building – Suite 800                  110 South Cleveland
      P.O. Box 5131                                  Farmersville, Illinois 62533
      Springfield, Illinois  62705

I certify that on June 24, 2005, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: Steven P. Rouse at spr@menges.com, Gregory G. Vacala at gvacala@rusinlaw.com, and Jerrold H. Stocks at jstocks@family-net.net; and I hereby certify that I have mailed by United States Postal Service the documents to the above-named parties with non-CM/ECF participants.

                                    s/Edward Fitzsimmons Dunne
                                    Edward Fitzsimmons Dunne (ARDC #: 06224845)
                                    CRISHAM & KUBES, LTD.
                                    30 North LaSalle Street, Suite 2800
                                    Chicago, Illinois 60602
                                    Telephone:     312.327.2500
                                    Fax:           312.327.2450
                                    E-mail:   edunne@crishamlaw.com