UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY,<br>           Plaintiff,<br>       v.<br>CURRY ICE & COAL, INC.; DEARBORN<br>CONSTRUCTION, INC., an Idaho corporation;<br>PERRY BROUGHTON TRUCKING &<br>EXCAVATING, INC., a Delaware corporation<br>ARCHER DANIELS MIDLAND COMPANY, a<br>Delaware corporation; MIDWEST ENGINEERING<br>SERVICES, INC., an Illinois corporation; and<br>AMERICAN STORES PROPERTIES, INC.,<br>a Delaware corporation,<br>           Defendants. | No.: 04-3276<br>Honorable Judge Jeanne E. Scott<br><br>Magistrate Judge Byron C. Cudmore |

### NOTICE OF FILING

TO: SEE ATTACHED SERVICE LIST

   PLEASE TAKE NOTICE that on the July 19, 2005, there was filed with the United States District Court for the Central District of Illinois:

**PLAINTIFF'S STATUS REPORT ON SERVICE**

a copy of which is attached hereto and served upon you.

              *s/William J. Harrington*
              William J. Harrington #6209294, one of the Attorneys for
              Plaintiff

### CERTIFICATE OF SERVICE

   I hereby certify that on July 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants listed on the attached Service List and I hereby certify that I have mailed by United States Postal Service the document to the Non-CM/ECF participants also listed on the attached Service List.

              **s/ William J. Harrington**
              Gregory G. Vacala Bar Number 6184543
              William J. Harrington Bar Number
              6209294 Attorneys for Plaintiff
              RUSIN MACIOROWSKI & FRIEDMAN, LTD.
              10 South Riverside Plaza, Suite 1530
              Chicago, Illinois 60606
              Telephone: (312) 454-5110 Fax: (312) 454-6166
              E-mail: gvacala@rusinlaw.com;
              wharrington@rusinlaw.com

Gregory G. Vacala #6184543; gvacala@rusinlaw.com
James C. Barrow #6269376; jbarrow@rusinlaw.com
William J. Harrington #6209294; wharrington@rusinlaw.com
**RUSIN MACIOROWSKI & FRIEDMAN, LTD.**
10 S. Riverside Plaza, Suite 1530
Chicago, IL 60606
Tel: 312-454-5110; Fax: 312-454-6166
**Attorneys for Plaintiff, American States Insurance Company**
Our File No.: 783.55

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, )<br>Plaintiff, )<br>v. )<br>CURRY ICE & COAL, INC.; DEARBORN )<br>CONSTRUCTION, INC., an Idaho corporation; )<br>PERRY BROUGHTON TRUCKING & )<br>EXCAVATING, INC., a Delaware corporation )<br>ARCHER DANIELS MIDLAND COMPANY, a )<br>Delaware corporation; MIDWEST ENGINEERING )<br>SERVICES, INC., an Illinois corporation; and )<br>AMERICAN STORES PROPERTIES, INC., )<br>a Delaware corporation, )<br>Defendants. ) | No.: 04-3276<br>Honorable Judge Jeanne E. Scott<br><br>Magistrate Judge Byron C. Cudmore |

# SERVICE LIST
*(Revised 5/12/05 cn)*

Clerk of the Court
Mr. Ryan Waterman
**United States District Court**
**Central District of Illinois**
600 E. Monroe
Room 151
Springfield, Illinois 62701
Tel: 217-492-4000

# CM/ECF PARTICIPANTS

**Attorneys for Defendant, AMERICAN STORES PROPERTIES, INC.,**
**a Delaware corporation**
E-mail spr@menges.com.
Steven P. Rouse
Randall G. Talan
**Menges & Molzahn, LLC**
20 North Clark Street, Suite 2300
Chicago, Illinois 60602-5002
Tel: 312-917-1880
Fax: 312-917-1851

# NON CM/ECF PARTICIPANTS

**Attorneys for Defendant, ARCHER-DANIELS MIDLAND COMPANY**
E-Mail jstocks@family-net.net
Jerrold H. Stocks
**Winters, Featherstun, Gaumer, Postlewait, Stocks & Flynn**
225 N. Water St., Suite 200
P.O. Box 1760
Decatur, IL 62525
Tel: 217-429-4453
Fax: 217-425-8892
(Street Address: 225 North Water Street, Suite 200, Decatur, IL 62523)
E-Mail: jstocks@family-net,.net

**Attorneys for Defendant, MIDWEST ENGINEERING SERVICES, INC. ("MES")**
Edward Fitzsimmons Dunne
**Crisham & Kubes, Ltd.**
30 N. LaSalle St., Suite 2800
Chicago, IL 60602
Tel: 312-327-2500
Fax: 312-327-2450
Their File No. 10412

**Attorneys for Defendant, CURRY ICE & COAL, INC.**
E-Mail ezdinardo@sorlinglaw.com
Edward Zachary Dinardo, of Counsel
Sorling, Northrup, Hanna, Cullen & Cochran, Ltd.
Suite 800 Illinois Building
P.O. Box 5131
Springfield, IL 62705
Tel:   217-544-1144
Fax: 217-522-3173

**Attorney for PERRY BROUGHTON TRUCKING AND EXCAVATING, INC.**
E-mail craig@lprpc.com
E-mail bud@lprpc.com
Craig A. Randle
James R. Potter
LONDIGAN, POTTER & RANDLE
1227 South 7th Street
P.O. Box 399
Springfield, IL 62705
Tel. (217) 544-9823
Fax (217) 544-9823

Service List USDC Central Dist 03-3276   (00303214.DOC)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AMERICAN STATES INSURANCE COMPANY, )
)
       Plaintiff,  )
)
v.          )  No.: 04-3276
)
CURRY ICE & COAL, INC.; DEARBORN )
CONSTRUCTION, INC., an Idaho corporation; )
PERRY BROUGHTON TRUCKING & )
EXCAVATING, INC., a Delaware corporation )
ARCHER DANIELS MIDLAND COMPANY; )
and AMERICAN STORES PROPERTIES, INC., )
 a Delaware corporation,     )
)
       Defendants. )

### PLAINTIFF'S STATUS REPORT

NOW COMES the Plaintiff, AMERCIAN STATES INSURANCE COMPANY (hereinafter "American States"), by William J. Harrington and Rusin Maciorowski & Friedman, Ltd., its attorneys and for its Status Report, states as follow:

1. On or about July 12, 2005, Plaintiff received the Text Order from Judge Charles H. Evans requesting that the Plaintiff file a report on the status of this case by July 22, 2005 concerning the timing of Plaintiff's motion to voluntarily dismiss this suit. (See Minute Entry filed on July 12, 2005).

2. On July 15, 2005, attorney for the Plaintiff, William J. Harrington, contacted the Clerk of the Circuit Court of Sangamon County's office and was advised that the case which had been pending in Du Page County under Court No. 2004 MR 001472 has been successfully transferred to Sangamon County and assigned to Judge Kelley and given Court No. 05 MR 344.

3. That counsel for the Plaintiff, William J. Harrington, has prepared a Stipulation of Dismissal and forwarded the same to all counsel of record for execution as allowed by FRCP 41.

4.  Upon receipt and review of the same from all counsels who have appeared, it is the intention of the Plaintiff to file the Stipulation of Dismissal signed by all parties who have appeared in the action.

WHEREFORE, AMERCIAN STATES INSURANCE COMPANY, respectfully requests additional time to file its Stipulation of Dismissal as the Plaintiff is awaiting receipt of the executed Stipulation of Dismissal by all counsel of record.

Respectfully submitted,

**s/ William J. Harrington,** Bar No. 6209294
Gregory G. Vacala, Bar Number 6184543
Attorneys for Plaintiff
RUSIN MACIOROWSKI & FRIEDMAN, LTD.
10 South Riverside Plaza, Suite 1530
Chicago, Illinois 60606
Telephone: (312) 454-5110
Fax: (312) 454-6166
E-mail: gvacala@rusinlaw.com;
wharrington@rusinlaw.com
F:\DOCS\0783\55\00336958.DOC