E-FILED
Thursday, 18 August, 2005 10:11:41 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
AUG 1 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CURRY ICE & COAL, INC.; DEARBORN ) <br> CONSTRUCTION, INC., an Idaho corporation; ) <br> PERRY BROUGHTON TRUCKING & ) <br> EXCAVATING, INC., a Delaware corporation ) <br> ARCHER DANIELS MIDLAND COMPANY, a ) <br> Delaware corporation; MIDWEST ENGINEERING ) <br> SERVICES, INC., an Illinois corporation; and ) <br> AMERICAN STORES PROPERTIES, INC., ) <br> a Delaware corporation, ) <br> ) <br> Defendants. ) | No.: 04-3276 <br><br> Honorable Judge Jeanne E. Scott <br><br> Magistrate Judge Byron C. Cudmore |

## STIPULATION OF DISMISSAL

IT IS HEREBY stipulated and agreed by and between all the parties who have appeared in the above entitled action, acting through their respective attorneys that said action be dismissed without prejudice and without cost to any parties pursuant to FRCP 41 and that the Plaintiff's Declaratory Judgment action is to be decided in the Circuit Court, Seventh Judicial District, Sangamon County by agreement of the parties.

William J. Harrington
Rusin, Maciorowski & Friedman, Ltd.
Suite 1530
10 South Riverside Plaza
Chicago, IL 60606-3802
Attorney No. 6209294

_/s/ William J. Harrington_
William J. Harrington
Attorney for Plaintiff,
American States Insurance Company

Steven P. Rouse
Randall G. Talan
Menges & Molzahn, LLC
20 North Clark Street
Suite 2300
Chicago, IL 60602-5002

_____
Randall G. Talan
Attorneys for American Stores
Properties, Inc.

1

| | |
|---|---|
| Jerrold H. Stocks<br>Winter, Featherstun, Gaumer, Postlewait,<br>Stocks & Flynn<br>225 North Water Street<br>Suite 200<br>Decatur, IL 62523 | _____<br>Jerrold H. Stocks<br>Attorney for Archer-Daniel-Midland Company |
| Edward Fitzsimmons Dunne<br>Crisham & Kubes, Ltd.<br>30 North LaSalle Street<br>Suite 2800<br>Chicago, IL 60602 | _____<br>Edward Fitzsimmons Dunne<br>Attorney for Midwest Engineering Services, Inc. "(MES)" |
| Edward Zachary Dinardo, of Counsel<br>Sorling, Northrup, Hanna, Cullen<br>& Cochran, Ltd.<br>Suite 800 Illinois Building<br>P.O. Box 5131<br>Springfield, IL 62705 | _____<br>Edward Zachary Dinardo<br>Attorney for Curry Ice & Coal, Inc. |
| Craig A. Randle<br>James R. Potter<br>Londigan, Potter & Randle<br>1227 South 7th Street<br>P.O. Box 399<br>Springfield, IL 62705 | _____<br>Craig A. Randle<br>Attorneys for Perry Broughton Trucking and Excavating, Inc. |

F:\DOCS\0783\55\00336844.DOC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AMERICAN STATES INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 04-3276 |
| | ) | |
| CURRY ICE & COAL, INC.; DEARBORN | ) | Honorable Judge Jeanne E. |
| CONSTRUCTION, INC., an Idaho corporation; | ) | Scott |
| PERRY BROUGHTON TRUCKING & | ) | |
| EXCAVATING, INC., a Delaware corporation | ) | Magistrate Judge Byron C. |
| ARCHER DANIELS MIDLAND COMPANY, a | ) | Cudmore |
| Delaware corporation; MIDWEST ENGINEERING | ) | |
| SERVICES, INC., an Illinois corporation; and | ) | |
| AMERICAN STORES PROPERTIES, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY stipulated and agreed by and between all the parties who have appeared in the above entitled action, acting through their respective attorneys that said action be dismissed without prejudice and without cost to any parties pursuant to FRCP 41 and that the Plaintiff's Declaratory Judgment action is to be decided in the Circuit Court, Seventh Judicial District, Sangamon County by agreement of the parties.

William J. Harrington
Rusin, Maciorowski & Friedman, Ltd.
Suite 1530
10 South Riverside Plaza
Chicago, IL 60606-3802
Attorney No. 6209294

Steven P. Rouse
Randall G. Talan
Menges & Molzahn, LLC
20 North Clark Street
Suite 2300
Chicago, IL 60602-5002

_____
William J. Harrington
Attorney for Plaintiff,
American States Insurance Company

*Randall S Talan* (signature)
Randall G. Talan
Attorneys for American Stores
Properties, Inc.

1

Jerrold H. Stocks
Winter, Featherstun, Gaumer, Postlewait,
Stocks & Flynn
225 North Water Street
Suite 200
Decatur, IL 62523

_____
Jerrold H. Stocks
Attorney for Archer-Daniel-
Midland Company

Edward Fitzsimmons Dunne
Crisham & Kubes, Ltd.
30 North LaSalle Street
Suite 2800
Chicago, IL 60602

_____
Edward Fitzsimmons Dunne
Attorney for Midwest Engineering
Services, Inc. "(MES)"

Edward Zachary Dinardo, of Counsel
Sorling, Northrup, Hanna, Cullen
& Cochran, Ltd.
Suite 800 Illinois Building
P.O. Box 5131
Springfield, IL 62705

_____
Edward Zachary Dinardo
Attorney for Curry Ice & Coal, Inc.

Craig A. Randle
James R. Potter
Londigan, Potter & Randle
1227 South 7th Street
P.O. Box 399
Springfield, IL 62705

_____
Craig A. Randle
Attorneys for Perry Broughton
Trucking and Excavating, Inc.

F:\DOCS\0783\55\00336844.DOC

2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CURRY ICE & COAL, INC.; DEARBORN )<br>CONSTRUCTION, INC., an Idaho corporation; )<br>PERRY BROUGHTON TRUCKING & )<br>EXCAVATING, INC., a Delaware corporation )<br>ARCHER DANIELS MIDLAND COMPANY, a )<br>Delaware corporation; MIDWEST ENGINEERING)<br>SERVICES, INC., an Illinois corporation; and )<br>AMERICAN STORES PROPERTIES, INC., )<br>a Delaware corporation, )<br>)<br>Defendants. ) | No.: 04-3276<br><br>Honorable Judge Jeanne E. Scott<br><br>Magistrate Judge Byron C. Cudmore |

## STIPULATION OF DISMISSAL

IT IS HEREBY stipulated and agreed by and between all the parties who have appeared in the above entitled action, acting through their respective attorneys that said action be dismissed without prejudice and without cost to any parties pursuant to FRCP 41 and that the Plaintiff's Declaratory Judgment action is to be decided in the Circuit Court, Seventh Judicial District, Sangamon County by agreement of the parties.

| | |
|---|---|
| William J. Harrington<br>Rusin, Maciorowski & Friedman, Ltd.<br>Suite 1530<br>10 South Riverside Plaza<br>Chicago, IL 60606-3802<br>Attorney No. 6209294 | _____<br>William J. Harrington<br>Attorney for Plaintiff,<br>American States Insurance Company |
| Steven P. Rouse<br>Randall G. Talan<br>Menges & Molzahn, LLC<br>20 North Clark Street<br>Suite 2300<br>Chicago, IL 60602-5002 | _____<br>Randall G. Talan<br>Attorneys for American Stores Properties, Inc. |

1

Jerrold H. Stocks
Winter, Featherstun, Gaumer, Postlewait,
Stocks & Flynn
225 North Water Street
Suite 200
Decatur, IL 62523

_/s/ Jerrold H. Stocks_
Jerrold H. Stocks
Attorney for Archer-Daniel-Midland Company

Edward Fitzsimmons Dunne
Crisham & Kubes, Ltd.
30 North LaSalle Street
Suite 2800
Chicago, IL 60602

_____
Edward Fitzsimmons Dunne
Attorney for Midwest Engineering Services, Inc. "(MES)"

Edward Zachary Dinardo, of Counsel
Sorling, Northrup, Hanna, Cullen
& Cochran, Ltd.
Suite 800 Illinois Building
P.O. Box 5131
Springfield, IL 62705

_____
Edward Zachary Dinardo
Attorney for Curry Ice & Coal, Inc.

Craig A. Randle
James R. Potter
Londigan, Potter & Randle
1227 South 7th Street
P.O. Box 399
Springfield, IL 62705

_____
Craig A. Randle
Attorneys for Perry Broughton Trucking and Excavating, Inc.

F:\DOCS\0783\55\00336844.DOC

2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AMERICAN STATES INSURANCE COMPANY, )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　　　) No.: 04-3276
　　　　　　　　　　　　　　　　　　　　)
CURRY ICE & COAL, INC.; DEARBORN　　　) Honorable Judge Jeanne E.
CONSTRUCTION, INC., an Idaho corporation; ) Scott
PERRY BROUGHTON TRUCKING &　　　　) 
EXCAVATING, INC., a Delaware corporation ) Magistrate Judge Byron C.
ARCHER DANIELS MIDLAND COMPANY, a ) Cudmore
Delaware corporation; MIDWEST ENGINEERING)
SERVICES, INC., an Illinois corporation; and )
AMERICAN STORES PROPERTIES, INC., )
a Delaware corporation, )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Defendants. )

## STIPULATION OF DISMISSAL

IT IS HEREBY stipulated and agreed by and between all the parties who have appeared in the above entitled action, acting through their respective attorneys that said action be dismissed without prejudice and without cost to any parties pursuant to FRCP 41 and that the Plaintiff's Declaratory Judgment action is to be decided in the Circuit Court, Seventh Judicial District, Sangamon County by agreement of the parties.

| | |
|---|---|
| William J. Harrington<br>Rusin, Maciorowski & Friedman, Ltd.<br>Suite 1530<br>10 South Riverside Plaza<br>Chicago, IL 60606-3802<br>Attorney No. 6209294 | _____<br>William J. Harrington<br>Attorney for Plaintiff,<br>American States Insurance Company |
| Steven P. Rouse<br>Randall G. Talan<br>Menges & Molzahn, LLC<br>20 North Clark Street<br>Suite 2300<br>Chicago, IL 60602-5002 | _____<br>Randall G. Talan<br>Attorneys for American Stores<br>Properties, Inc. |

1

Jerrold H. Stocks
Winter, Featherstun, Gaumer, Postlewait,
Stocks & Flynn
225 North Water Street
Suite 200
Decatur, IL 62523

_____
Jerrold H. Stocks
Attorney for Archer-Daniel-
Midland Company

Edward Fitzsimmons Dunne
Crisham & Kubes, Ltd.
30 North LaSalle Street
Suite 2800
Chicago, IL 60602

_____
Edward Fitzsimmons Dunne
Attorney for Midwest Engineering
Services, Inc. "(MES")

Edward Zachary Dinardo, of Counsel
Sorling, Northrup, Hanna, Cullen
& Cochran, Ltd.
Suite 800 Illinois Building
P.O. Box 5131
Springfield, IL 62705

_____
Edward Zachary Dinardo
Attorney for Curry Ice & Coal, Inc.

Craig A. Randle
James R. Potter
Londigan, Potter & Randle
1227 South 7th Street
P.O. Box 399
Springfield, IL 62705

_____
Craig A. Randle
Attorneys for Perry Broughton
Trucking and Excavating, Inc.

F:\DOCS\0783\55\00336844.DOC

2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CURRY ICE & COAL, INC.; DEARBORN ) <br> CONSTRUCTION, INC., an Idaho corporation; ) <br> PERRY BROUGHTON TRUCKING & ) <br> EXCAVATING, INC., a Delaware corporation ) <br> ARCHER DANIELS MIDLAND COMPANY, a ) <br> Delaware corporation; MIDWEST ENGINEERING ) <br> SERVICES, INC., an Illinois corporation; and ) <br> AMERICAN STORES PROPERTIES, INC., ) <br> a Delaware corporation, ) <br> ) <br> Defendants. ) | No.: 04-3276 <br><br> Honorable Judge Jeanne E. Scott <br><br> Magistrate Judge Byron C. Cudmore |

**STIPULATION OF DISMISSAL**

IT IS HEREBY stipulated and agreed by and between all the parties who have appeared in the above entitled action, acting through their respective attorneys that said action be dismissed without prejudice and without cost to any parties pursuant to FRCP 41 and that the Plaintiff's Declaratory Judgment action is to be decided in the Circuit Court, Seventh Judicial District, Sangamon County by agreement of the parties.

William J. Harrington
Rusin, Maciorowski & Friedman, Ltd.
Suite 1530
10 South Riverside Plaza
Chicago, IL 60606-3802
Attorney No. 6209294

William J. Harrington
Attorney for Plaintiff,
American States Insurance Company

Steven P. Rouse
Randall G. Talan
Menges & Molzahn, LLC
20 North Clark Street
Suite 2300
Chicago, IL 60602-5002

Randall G. Talan
Attorneys for American Stores
Properties, Inc.

1

| | |
|---|---|
| Jerrold H. Stocks<br>Winter, Featherstun, Gaumer, Postlewait,<br>Stocks & Flynn<br>225 North Water Street<br>Suite 200<br>Decatur, IL 62523 | _____<br>Jerrold H. Stocks<br>Attorney for Archer-Daniel-<br>Midland Company |
| Edward Fitzsimmons Dunne<br>Crisham & Kubes, Ltd.<br>30 North LaSalle Street<br>Suite 2800<br>Chicago, IL 60602 | _____<br>Edward Fitzsimmons Dunne<br>Attorney for Midwest Engineering<br>Services, Inc. "(MES)" |
| Edward Zachary Dinardo, of Counsel<br>Sorling, Northrup, Hanna, Cullen<br>& Cochran, Ltd.<br>Suite 800 Illinois Building<br>P.O. Box 5131<br>Springfield, IL 62705 | *(signature)*<br>_____<br>Edward Zachary Dinardo<br>Attorney for Curry Ice & Coal, Inc. |
| Craig A. Randle<br>James R. Potter<br>Londigan, Potter & Randle<br>1227 South 7th Street<br>P.O. Box 399<br>Springfield, IL 62705 | _____<br>Craig A. Randle<br>Attorneys for Perry Broughton<br>Trucking and Excavating, Inc. |

F:\DOCS\0783\55\00336844.DOC

2

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, )<br>)<br>Plaintiff,                           )<br>)<br>v.                                                    )<br>)<br>CURRY ICE & COAL, INC.; DEARBORN   )<br>CONSTRUCTION, INC., an Idaho corporation; )<br>PERRY BROUGHTON TRUCKING &          )<br>EXCAVATING, INC., a Delaware corporation )<br>ARCHER DANIELS MIDLAND COMPANY, a )<br>Delaware corporation; MIDWEST ENGINEERING )<br>SERVICES, INC., an Illinois corporation; and )<br>AMERICAN STORES PROPERTIES, INC.,  )<br>a Delaware corporation,                        )<br>)<br>Defendants.                         ) | No.: 04-3276<br><br>Honorable Judge Jeanne E. Scott<br><br>Magistrate Judge Byron C. Cudmore |

### STIPULATION OF DISMISSAL

IT IS HEREBY stipulated and agreed by and between all the parties who have appeared in the above entitled action, acting through their respective attorneys that said action be dismissed without prejudice and without cost to any parties pursuant to FRCP 41 and that the Plaintiff's Declaratory Judgment action is to be decided in the Circuit Court, Seventh Judicial District, Sangamon County by agreement of the parties.

| | |
|---|---|
| William J. Harrington<br>Rusin, Maciorowski & Friedman, Ltd.<br>Suite 1530<br>10 South Riverside Plaza<br>Chicago, IL 60606-3802<br>Attorney No. 6209294 | _____<br>William J. Harrington<br>Attorney for Plaintiff,<br>American States Insurance Company |
| Steven P. Rouse<br>Randall G. Talan<br>Menges & Molzahn, LLC<br>20 North Clark Street<br>Suite 2300<br>Chicago, IL 60602-5002 | _____<br>Randall G. Talan<br>Attorneys for American Stores<br>Properties, Inc. |

1

Jerrold H. Stocks
Winter, Featherstun, Gaumer, Postlewait,
Stocks & Flynn
225 North Water Street
Suite 200
Decatur, IL 62523

_____
Jerrold H. Stocks
Attorney for Archer-Daniel-
Midland Company

Edward Fitzsimmons Dunne
Crisham & Kubes, Ltd.
30 North LaSalle Street
Suite 2800
Chicago, IL 60602

_____
Edward Fitzsimmons Dunne
Attorney for Midwest Engineering
Services, Inc. "(MES)"

Edward Zachary Dinardo, of Counsel
Sorling, Northrup, Hanna, Cullen
& Cochran, Ltd.
Suite 800 Illinois Building
P.O. Box 5131
Springfield, IL 62705

_____
Edward Zachary Dinardo
Attorney for Curry Ice & Coal, Inc.

Craig A. Randle
James R. Potter
Londigan, Potter & Randle
1227 South 7th Street
P.O. Box 399
Springfield, IL 62705

_____
Craig A. Randle
Attorneys for Perry Broughton
Trucking and Excavating, Inc.

F:\DOCS\0783\55\00336844.DOC

2