FILED EFILED
Thursday, 18 August, 2005 10:45:27 AM
Clerk, U.S. District Court, ILCD

AUG 1 6 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AMERICAN STATES INSURANCE COMPANY, )
)
                  Plaintiff, )
)
v.                          )     No.: 04-3276
)
CURRY ICE & COAL, INC.; DEARBORN )
CONSTRUCTION, INC., an Idaho corporation; )
PERRY BROUGHTON TRUCKING & )
EXCAVATING, INC., a Delaware corporation )
ARCHER DANIELS MIDLAND COMPANY; )
and AMERICAN STORES PROPERTIES, INC., )
 a Delaware corporation, )
)
                  Defendants. )

## NOTICE OF MANUAL FILING

TO:  SEE ATTACHED SERVICE LIST

     Please take notice that on August 16, 2005, Plaintiff, AMERICAN STATES INSURANCE COMPANY, has manually filed the following document:

- Stipulation of Dismissal

     The above named document was manually served on all parties by U.S. Mail on August 17, 2005.

                                 Respectfully submitted,

                  By: _____
                          William J. Harrington, one of the Attorneys for
                          Plaintiff, AMERICAN STATES INSURANCE
                          COMPANY

Gregory G. Vacala #6184543
James C. Barrow #6269376
**RUSIN MACIOROWSKI & FRIEDMAN, LTD.**
Attorneys for Plaintiff AMERICAN STATES INSURANCE COMPANY
10 S. Riverside Plaza, Suite 1530
Chicago, IL  60606
Tel:   312-454-5110
Fax:  312-454-6166

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, hereby certifies pursuant to Section 1-109 of the Code of Civil Procedure that she served a copy of the foregoing document on all counsel of record by mailing same first class postage prepaid on the 17 day of August, 2005.

_____
Eileen Szymankowski
William J. Harrington

Gregory G. Vacala #6184543; gvacala@rusinlaw.com
James C. Barrow #6269376; jbarrow@rusinlaw.com
William J. Harrington #6209294; wharrington@rusinlaw.com
**RUSIN MACIOROWSKI & FRIEDMAN, LTD.**
10 S. Riverside Plaza, Suite 1530
Chicago, IL 60606
Tel: 312-454-5110; Fax: 312-454-6166
**Attorneys for Plaintiff, American States Insurance Company**
Our File No.: 783.55

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, )<br>Plaintiff, )<br>v. )<br>CURRY ICE & COAL, INC.; DEARBORN )<br>CONSTRUCTION, INC., an Idaho corporation; )<br>PERRY BROUGHTON TRUCKING & )<br>EXCAVATING, INC., a Delaware corporation )<br>ARCHER DANIELS MIDLAND COMPANY, a )<br>Delaware corporation; MIDWEST ENGINEERING )<br>SERVICES, INC., an Illinois corporation; and )<br>AMERICAN STORES PROPERTIES, INC., )<br>a Delaware corporation, )<br>Defendants. ) | No.: 04-3276<br>Honorable Judge Jeanne E. Scott<br><br>Magistrate Judge Byron C. Cudmore |

# SERVICE LIST
*(Revised 7/18/05 cn)*

Clerk of the Court
Mr. Ryan Waterman
**United States District Court**
**Central District of Illinois**
600 E. Monroe
Room 151
Springfield, Illinois 62701
Tel: 217-492-4000

# CM/ECF PARTICIPANTS

**Attorneys for Defendant, AMERICAN STORES PROPERTIES, INC.,**
**a Delaware corporation**
E-mail spr@menges.com.
Steven P. Rouse
Randall G. Talan
**Menges & Molzahn, LLC**
20 North Clark Street, Suite 2300
Chicago, Illinois 60602-5002
Tel: 312-917-1880
Fax: 312-917-1851

Page 1 of 3

# NON CM/ECF PARTICIPANTS

**Attorneys for Defendant, ARCHER-DANIELS MIDLAND COMPANY**
E-Mail jstocks@family-net.net
Jerrold H. Stocks
**Winters, Featherstun, Gaumer, Postlewait, Stocks & Flynn**
225 N. Water St., Suite 200
P.O. Box 1760
Decatur, IL  62525
Tel: 217-429-4453
Fax: 217-425-8892
(Street Address:  225 North Water Street, Suite 200, Decatur, IL  62523)
E-Mail:  jstocks@family-net,.net

**Attorneys for Defendant, MIDWEST ENGINEERING SERVICES, INC. ("MES")**
Edward Fitzsimmons Dunne
**Crisham & Kubes, Ltd.**
30 N. LaSalle St., Suite 2800
Chicago, IL  60602
Tel: 312-327-2500
Fax: 312-327-2450
Their File No. 10412

**Attorneys for Defendant, CURRY ICE & COAL, INC.**
E-Mail ezdinardo@sorlinglaw.com
Edward Zachary Dinardo, of Counsel
Sorling, Northrup, Hanna, Cullen & Cochran, Ltd.
Suite 800 Illinois Building
P.O. Box 5131
Springfield, IL  62705
Tel:    217-544-1144
Fax: 217-522-3173

**PERRY BROUGHTON TRUCKING AND EXCAVATING, INC.**
Perry Broughton Trucking and Excavating, Inc.
c/o Agent:  Ralph Bawden
110 S. Cleveland
Farmersville, IL 62533

**Attorney for PERRY BROUGHTON TRUCKING AND EXCAVATING, INC.**
E-mail craig@lprpc.com
E-mail bud@lprpc.com
Craig A. Randle
James R. Potter
LONDIGAN, POTTER & RANDLE
1227 South 7th Street

P.O. Box 399
Springfield, IL 62705
Tel. (217) 544-9823
Fax (217) 544-9823

**Attorney for DEARBORN CONSTRUCTION, INC.**
Dearborn Construction, Inc.
c/o Daniel B. Dearborn, Registered Agent
815 Park Boulevard
Suite 100
Boise, ID 83712

Service List USDC Central Dist 03-3276   (00303214.DOC)